SEALED                                                                  FILED

UNITED STATES DISTRICT COURT          2012 MAR 20 PM 3: 04
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION                       CLERK US DISTRICT COURT
                                      WESTERN DISTRICT OF TEXAS

                                      BY_____
                                                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CRIMINAL NO. A12CR 105 SS |
| | § |
| HUSSEIN ALI YASSINE, | § |
| a/k/a "Mike," | § |
| MARISSE MARTHE RUALES, | § |
| a/k/a "Madi," | § |
| HADI ALI YASSINE, | § |
| and MOHAMMED ALI YASSINE, | § |
| a/k/a "Steve," a/k/a "Steve Austin," | § |
| | § |
| Defendants. | § |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and respectfully requests that the Court seal all documents relating to the indictment of Hussein Ali Yassine, Marisse Marthe Ruales, Hadi Ali Yassine, and Mohammed Ali Yassine filed in the above-styled cause. These documents include: the Indictment, Record of Grand Jurors Concurring, Personal Data Sheets, Orders for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendants and avoid a risk of flight. In addition, the United States would show the Court that information contained in these documents will jeopardize the ongoing investigation of this case.

Respectfully submitted,

JOHN E. MURPHY
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. §515

By: _____
Gregg N. Sofer
Assistant U.S. Attorney
State Bar No. 106209 (NY)
816 Congress Avenue, Suite 1000
Austin, Texas  78701
Office: (512) 916-5858
Fax: (512) 916-5854

SEALED

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUSSEIN ALI YASSINE,<br>a/k/a "Mike,"<br>MARISSE MARTHE RUALES,<br>a/k/a "Madi,"<br>HADI ALI YASSINE,<br>and MOHAMMED ALI YASSINE,<br>a/k/a "Steve," a/k/a "Steve Austin,"<br><br>Defendants. | § § § § § § § § § § § § § § §  **A12CR 105 SS**<br>CRIMINAL NO._____ |

### ORDER

Came on to be considered United States of America's Motion to Seal Indictment and related documents and the Court having considered said Motion, hereby

ORDERS that the United States of America's Motion to Seal Indictment be GRANTED and that the Indictment and related documents be filed under seal until further order of this Court.

ENTERED on this the _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE