# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ████████ |
| Task Number: | 2780 |
| Date: | 07/29/2008 |
| CD#: | 1D52-O [From Red] |
| Session#: | S1-1 |
| Languages: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

Participants:   CHS          Confidential Human Source
                HY           Hadi Yassine

Notes:   *Italics*     denotes conversation in English
         [ ]           Translator's note
         [UI]          Unintelligible
         [PH]          Phonetic
         [OV]          Overlapping Voices
         [IA]          Inaudible
         [sic]         Incorrect in the original form

Government Exhibit 24 - 0001

Case: ▮▮▮▮▮▮▮▮
CD:      1D52-O [From Red]
Session: S1-1   July 29th, 2008, 3:50pm


[Session

[Noise]

CHS:      Hello?

HY:       *Yo.*

CHS:      *What up cous'?*

HY:       *What up cous'?  How are you doing?*

CHS:      Where are you?

HY:       *Uh, downtown.*

CHS:      You're *downtown*?

HY:       *Yeah.*

CHS:      I wanted to see if you could do me a favor, cous'.

HY:       Yeah, cous'.

CHS:      Cous', uh-I need--do you still have connections with your guys?

HY:       Guys for what?

CHS:      Guys—don't you if have any connections?  I need some Ramon.

HY:       To tell you the truth, I really don't.

CHS:      Can't you find me a guy? I'm only *short* 1 K.

HY:       For real, for real. I can't, Joe

CHS:      OK, it's not--it doesn't matter.  I'm going to see if I can find--I am *dry,* Joe.

Case:        ███████████

CD:          1D52-O [From Red]

Session:     S1-1   July 29th, 2008, 3:50pm


HY:     I don't know what to tell you, cous'.

CHS:    So you don't have connections anymore. You're done with that. So forget about it.

HY:     I'm a kid.

CHS:    Yeah!  Tell me where are you?  Are you going to the lake?

HY:     *No, I'm going to the office.  I'm going to work.*

CHS:    Oh yeah?

HY:     Yeah.

CHS:    Will you go downtown this evening for-uh—

HY:     [OV] Yeah, downtown.

CHS:    [UI]'s birthday?

HY:     Yeah, yeah, we're going. You're going, no?

CHS:    Yeah. I'm coming shall I go with you?

HY:     OK, I'll wait.

CHS:    OK.

HY:     *Bye,* Ciao.


[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 UNIVERSITY HEIGHTS
SAN ANTONIO, TX 78249

| | |
|---|---|
| File Number: | ███████ |
| Task Number: | Job 2777 |
| Date: | 07/31/2008 |
| CD#: | 1D48-O |
| Session#: | S2-1, ███, S2-3, S2-4, ████████, S2-7, ███, S2-9, S2-10 |
| Language(s): | French/English/Arabic |
| Linguists: | Thu Nhi D. Barrus [French, English] |
| | Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

Participants:
| | | |
|---|---|---|
| CHS | Confidential Human Source |
| SY | Steve Yassine |
| UM: | Unknown male |

Notes:
*Italics* denotes conversation in English
<u>Underline</u> denotes conversation in Arabic

| | |
|---|---|
| [ ] | Translator's note |
| [UI] | Unintelligible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [sic] | Incorrect in the original form |

Case: ████████████
CD:        1D48-O
Session: S2-1 July 31th, 2008. From 11:51:51 to 11:53:05.

[Session begins]

[Voices]

CHS:    *What up, cous'?*

SY:       Did you do your *deal?*

CHS:    [UI] No, I had some *stuff I had to take care of.  Cous',* you're not going
         to-to-to—aren't you going to call what's his name?

SY:       Who?  *Mike?*

CHS:    [OV] *Mike.*

SY:       Yes, I'll call him.

CHS:    Huh?  Seriously—*setup a-a tim-appointment.  We can't just pop up like
         that.*

SY:       *OK.*

CHS:    Huh?

         [Pause with noises]

CHS:    Otherwise, are you awake?  You need to talk or aren't you awake?  We
         need to talk *business, Joe.*

SY:       Talk!

CHS:    You're not?  Huh?  [UI] *What if Mike asks you where the money come
         from?  You gonna tell him this is from my meth deal?  From my coke
         deal?  So what are you gonna tell him, cous'?*

SY:       *You made a deal, you made some kind of deal* [UI].

CHS:    But me [UI] *Mi-Mike*'s gonna think I'm trying to tell him a lie about
         something and he'll get mad in the end because we didn't tell him. *You
         know what I mean? You know?*  And then, *if it's not, I'd rather not do it
         if it's not gonna--he's gonna get pissed off.* [Pause] Your guy—the guy

Case: ██████████
CD: 1D48-O
Session: S2-1  July 31th, 2008. From 11:51:51 to 11:53:05.

        *texted message me--*

SY:      *Uh-huh.*

CHS:    *--for the phone number.*

SY:      *What phone number?*

CHS:    *Uh...*

        [End of session]

Case: ████████████

CD:        1D48 -O

Session:   S2-3   July 31th, 2008. From 11:55:25 to 11:57:00.


[Session begins]

CHS:    [UI] *Explain-tell me how-how-how is he gonna do this, cous'?*

SY:     *Hmm?*

CHS:    *How is he gonna do the money thing? Please explain to me. How-how-how you gonna-uh-how you gonna tell him to do it for me?*

SY:     I'm gonna tell him to take and you-you--he *writes* you checks every month—

CHS:    Yeah!

SY:     [OV]--for nothing.

CHS:    --like--but it's up to him—it's that for him it's—that it be convenient for him. Me—as long as I, *cous', I can't go and put it in my bank account. If I do it, like, cous', it's gonna open a lot of eyes.*

SY:     *I know.*

CHS:    Huh? Already—already, now, the house, *the income, all this,* it's starting to hit me at the end of the year. I am-how will I do it to *claim all this shit, you know? So I don't even know how this shit works. So* this—really—*I need Mike to explain to me* what I should do now--starting now. Now, it's more than I-I'd imagined, see? *I need some advice, cous'.* You're busy now [UI]

SY:     *You want to text Mike-Mike?*

CHS:    Uh huh?

SY:     There, "Call me when you have a second please".

        [Dogs barking]

CHS:    Are you coming with me? We're going to the bank to prep—to count the stuff. We come back, after. We take the money. We prepare. It's thrown inside like that, *Joe.*

Case: ███████████
CD:       1D48-O
Session:  S2-3   July 31th, 2008. From 11:55:25 to 11:57:00.


SY:     It's not well *wrapped up*, like that?

CHS:    *No, Dude, I have to go fix it!*

SY:     You should have brought it.  We could have done it here.

CHS:    I can't, Joe!  I'm going to get out with *safe-safe deposit* and I am taking everything out.  It's a room, *Joe;* I go in-I--when nobody is watching, I put things back in, *Joe.*  I hide.

        [Coughs]

SY:     I put [UI]

CHS:    Even *Cindy*—even *Cindy* doesn't know that all of the money's in there.

SY:     10,000, 10,000, 10,000, it's how [UI].

CHS:    *I haven't fixed it, cous'.*  I-I haven't.  I-I am in rolls.

SY:     In rolls? That's how people know that it's in...


        [End of session]

Case:          ████████████

CD:            1D48-O

Session:       S2-4   July 31th, 2008. From 11:59:22 to 12:01:21.


[Session begins]

SY:            Do you want me to tell *Mike* there's how much, 100--how much—in 5,000, 6,000, 7,000, 8,000--

CHS:           [OV] Cous',

SY:            --per month—how do you want it?

CHS:           --tell-tell *Mike*-huh [UI]

SY:            [OV]*Because he's gonna take the money.  I know he's gonna take it.* [Sniffles]

CHS:           *I-I know.  That's OK, cous'.  As long as you know at the end of the*—me, *this is what I want.  I want Mike to be able to—I can claim my taxes.  So if Mike he needs to take off the money from the money so he's gonna pay taxes on it, it's OK.  I don't care.*  But I need to *claim, cous.  At the end of the year, why my paycheck I work for Mike.  Just like when* I worked before, you see. [UI] every two months he-he made out a check for me.  So, you see?
               [Coughs]
               As long as—*in somehow—I don't know how it works.*
               [Coughs]
               [UI] *Mike* if he said--he knows how it can work for me.  But me, no!
               [Sniffles]
               I can't—I don't know how to tell you, cous'.  I came to you because *you're the one who's supposed to give me—tell me the good advice.*  I was going to take-put in the bank account 50,000 and then I'll deposit 8,500, 8,500 every month.  Where *the fuck is the money coming, man?*

SY:            *Say you're working.*

CHS:           *Well I know.  I have no-have nothing to show that I'm working.  It's all fucking meth deal, coke deal—meth deal, coke deal, the chook* [PH].  It's-it won't go over like that, *Joe.*  [Pause] I'll go to prison because of that.

SY:            *Go get a job somewhere.*

Case: ███████████
CD:       1D48-O
Session: S2-4  July 31th, 2008. From 11:59:22 to 12:01:21.


CHS:    *Huh?*

SY:     *Go get a part-time job somewhere.*

CHS:    And then I'll never be able to sit down with you?  [Noises] What will I do?  I go sit down and someone will yell at me? *Moe do this, Moe do that?  Why?*  But if *Mike* gives me a check, *Joe,* he can just give it to me *Joe.*  And then that—he just can do it for me, [Noises] I don't know, however he wants, *Joe!*

SY:     I'm going to tell him right away.

CHS:    I'm not in a hurry, *Joe!*  I don't need him to give me money today.

        [Loud voice]

SY:     *What you need to do with the 50,000--*

CHS:    *Uh huh.*

SY:     *--you need to-to use it wisely, cous'.  You need to use the money--*

CHS:    [OV] But if I give it to *Mike,* huh?

SY:     *Yeah.*

CHS:    *I know that I'm gonna do it wisely because* I can't give [UI] "Mike, give me 50,000."  *Mike* will tell me, "Are you stupid or what?  What are you going to do with it?"  I know *he's gonna tell me.  You know?  At least—* when he has that, he's gonna give every month-- he'll cut me a check.  He can—you—you see?  I take the check, I deposit it.

SY:     [OV] Each month-each month, he's gonna cut you a check-*you want to* cut a check.  But, he gives and *he's gonna spend it.*  And-and in six months, there-uh-five months, none will be left.

CHS:    But I'm on another *deal,* for a 100,000.  If that goes, I am *retired, cous'.* 100-50, huh?  *Cindy*'s an old woman...

        [End of session]



Case:       ██████████
CD:         1D48-O
Session:    S2-7   July 31th, 2008. From 12:06:09 to 12:07:25.


            [Session begins]

CHS:        *Hello*?  [Pause]
            *Good.*  [Pause][child's voice]
            *Uh- no idea.*  [Pause]
            *I'll--* [Pause]
            *Bye.* [Pause]
            *Alright.  Bye.*

UM:         *Bye.*

            [Pause]

CHS:        My guy wears me out, you know.

SY:         Why he call?

CHS:        He told me, *"Are you gonna ship me that stuff?"*

SY:         *Ship me?*

            [Noises]

CHS:        *Send the things.*

SY:         [UI]

CHS:        I can't.  The-the things I have at home, *Joe*.  I'm missing one!  What am I gonna do?

SY:         Give me the guy's number.  I'll call him.

CHS:        I-I'll do that and then what will I do?  I'll give him 20,000 back, that's all, *Joe*.

SY:         No, no. [UI]

CHS:        [OV] We'll buy 30,000. [Sniffles]

Case:          ██████████

CD:            1D48-O

Session:       S2-7   July 31th, 2008. From 12:06:09 to 12:07:25.


SY:        OK, tell me. I'm not gonna tell Mike that I don't have 50,000 and then
           you say-*decide to* [UI]

CHS:       Tell him 30,000-30,000. There is 50,000 in the account but I'll give him
           30,000. I'll give him back 50, 20,000. *I can't—I can't, cous'!*

SY:        Mike is still sleeping...

CHS:       Let's go. Get dressed. We'll go to the bank to prepare the money for
           Mike, later, huh? We're gonna count it, we're gonna prepare it. Mike, if
           I bring it like this, he's gonna tell me, "What's that?"

SY:        Even Mike--

CHS:       Huh? [UI] *make it straight, all facing the same way. You help me.
           We'll put it,* we [UI]... and then we go—it will take 10 minutes. We're
           going to eat, peanut butter sauce.

SY:        Ah, we're going to eat?

           [End of session]

Case:          ████████████
CD:            1D48-O
Session:       S2-9   July 31th, 2008. From 12:19:46 to 12:25:22.


               [Session begins]

               [Phone rings]

CHS:           Tell him-tell him there's 30,000 [clears throat] Actually, we'll do the
               100,000.

SY:            Hello?
               [Pause]
               *What's up?  You are-you're-you're awake?*
               [Pause]
               Are you asleep?  I'm here with huh Moe.
               [Pause]
               Nounou is here, he wants-he wants me to ask you something.  He has-he
               has-he has $30,000 in a-in a-in a *bank* here, *safe deposit*.  He asks if he
               can give it to you and then y-you give it to him each month, 5,000,
               5,000, about 6,000, 6,000.  And then you take off the taxes on it, *to--to*
               show that he was paid the money-uh something at the end of the year. He
               says "If he brings this to you this afternoon, if you can take it."
               [Loud noise] [Pause]
               That's good. OK, Bye. [Pause]
               He said, "*Steve, Steve, let me call you back in five minutes.  I can't hear
               you* [UI].[Noises]

CHS:           [UI] he calls? [Noises] Is he mad?

SY:            No. $30,000, Mike is gonna be happy to come with 30,000, Joe. You
               know what is gonna do with it? He's gonna pay the *rent* of all the clubs
               today. Today is the *payments* and then he's gonna give that back to you
               month by month.

CHS:           That doesn't matter, Joe! So we're gonna count the money. Put on—
               take some shorts, we'll go and come back, Joe.  Two minutes.

SY:            He told me "give me five minutes, *Can I call you back.  Will you be
               there?"*

CHS:           [OV] *But I-I have to go count-uh-uh fix the money, cous'.* [Pause]
               *Yeah.* [Pause]

Case:
CD:        1D48-O
Session:   S2-9   July 31th, 2008. From 12:19:46 to 12:25:22.

*Yeah.* [Pause]
*Ah nothing. I was gonna ask you if you're gonna cook that food?*
[Pause]
*Uh-huh. OK. I'm working right now. I'm gonna go get Steve.* [Pause]
*And say what?* [Pause]
*What?* [Pause]
*Uh, no.* [Pause]
[UI] [noise] [pause] [Voices]
OK, Bye.
*Cous'.*

SY:      *Yeah.*

CHS:     Look. Just put some [UI] on [noises] We *'ll go*—We do it here at *Frost Bank Joe.* I go in, I get the money from the account, we get it ready, we leave the money and all this, we arrange it all neatly, OK? We go -- Cindy is preparing the peanut butter sauce, we take the peanut butter sauce, we take some and bring it to the office for Mike and some for Hadi too and then we come back. [UI].

SY:      *I take a quick huh five minute shower, just to rinse my--*

CHS:     Yeah, but *you gonna shower tonight again cous'.*

SY:      I know but I want--don't wan—-I don't wanna get out sweaty.

         [Noises]

CHS:     I hope Mike is gonna want to help me Joe. But when you said that, he hung up immediately. He doesn't want to talk huh! He is afraid Mike, you see! I'm gonna do—-I brought dirty money, that's it Joe!

SY:      [UI] he said, "give me five minutes, I can't hear you in-in the cell. Let's-let me call you back in five minutes from the-from the house phone."

         [Loud noise]

CHS:     [UI] [Noise] I'm going to spend the money. I'm going to put it in [UI] and I'm going to start withdrawing-withdrawing. But I put only $1000, it's nothing but, I'm going to give you that, I want you to *have.* I have that, the 20,000, I'm going to take, and I'm going to reinvest in one.

Government Exhibit 24 - 0014

Case: ▇▇▇▇▇▇▇
CD:        1D48-O
Session:   S2-9   July 31th, 2008. From 12:19:46 to 12:25:22.


There will be 5,000 left. OK? [UI] *so whatever they work out of it is the same* [UI] Mike makes [UI].

SY:      In the 50,000 that came from you, it's for one also? For-for-for the thing?

CHS:     *There is one for one last one.*

SY:      Huh?

CHS:     There's one, *there's one for one last one.*

SY:      No, it's not for the stuff for you.

CHS:     I [UI]

SY:      [OV] [UI] is 58,000, Joe.

CHS:     It's f-it's 58,000. OK? I used the 8,000 to pay my bills, OK? There are 50,000 left. 50,000 now, in those 50,000, I do not have from now till the end of the deal, instead of making three, I was going to make four. OK now we can do four. *But I have to use* this, *the money* so I can *reinvest.*

SY:      Uh-huh.

CHS:     *Do you see what I mean? So if I don't reinvest--*

SY:      [OV] So 20,000 are gone already.

CHS:     15,000.

SY:      It's 20,000 by the time you're spending right and left in the--

CHS:     [OV] I did not spend Joe! *I'm not-I'm not-I'm not even fucking spending shit cous'.* The car, I didn't make payments for the *Escalade. I'm not, I'm not anymore. That's it. I'm waiting on— they wanna come and get it, they can come get it.* [Pause] It's-it's too much, Joe. $1,650 per month, *cous'? I have the receipt. I swear to God.* Every month-every month I pay that.

SY:      You are crazy Joe.

Case:          ████████████
CD:            1D48-O
Session:       S2-9   July 31th, 2008. From 12:19:46 to 12:25:22.


CHS:        I'm going to drive the *Beetle* Joe. [Pause]
            Where are we going, Joe?  I'm coming, I'm coming here, and then from
            here I go to *downtown.  Downtown, I come back here. I mean I use it*
            [UI] *Why?  To show off?  I don't need to show off.* [Sniffles]

            [Long pause with noises, coughing and sniffles]

CHS:        But you know, cous', there—*there's money in meth than in coke huh?*

SY:         *Of course.*

CHS:        *Five pounds of meth uh equal value of two kis of coke.  Huh?*  If you
            make 50, 0000 from that—

SY:         [OV] Is coke more expensive?

CHS:        You make 50,000, *cous'.  On five pound of meth.  I'm thinking I'm just
            gonna switch it from uh-selling coke to selling meth.* [Pause]
            Meth isn't good huh? *If you get it to the wrong people that are getting
            addicted to that shit.* [Pause]
            *Hey you have to put it in the freezer, don't you?*

SY:         *Yeah.*

            [Loud noise]

            [End of session]

Case:        ████████████

CD:          1D48-O

Session:     S2-10   July 31th, 2008. From 12:31:30 to 12:32:38.


          [Session begins]

CHS:        *OK.*

SY:         Mike says huh… [UI] tonight.

CHS:        *OK.*

          [Noise]

SY:         [UI] *the money.*

CHS:        Yeah.

SY:         And uh [UI]

CHS:        *OK.*

SY:         *"…but I don't want to be involved in drug deals and shit like that."* You know. It's-it's in $100 bills cash in 100 dollar bills."

CHS:        Yeah.

SY:         He said *"OK, just bring it-bring it and I'll write him a check."* You go whenever you want. 5,000 a month he said.

CHS:        *OK.*

SY:         "Even if I give him 5-6,000." Every month, he gives you, and then you take off taxes on it.

CHS:        *OK.*

SY:         He tells me "Ah, just as if he worked here."

CHS:        Yeah.

SY:         I said "Yeah that's for the taxes." He told me "OK, no problem."

CHS:        *OK!*

Case:       ███████████
CD:         1D48-O
Session:    S2-10   July 31th, 2008. From 12:31:30 to 12:32:38.


                [Pause with voice and noises]

SY:         [UI] *and come back.* I'll pick you up here?

CHS:        *OK.*

SY:         You go get this and bring it here?

CHS:        [UI] the money?

SY:         What?

CHS:        We're counting it here?

SY:         Yeah, we're counting it here.

CHS:        *OK.*

SY:         And then we'll take it from here, we-we'll give it to him.

CHS:        *OK.*

SY:         [UI] tonight.

            [Noise]

CHS:        He accepted-he accepted?

SY:         Yeah! *Alright*, he said "*OK bring it.*"

CHS:        *Alright* cous'. Are the dogs done so we leave?

SY:         You go get [UI]!

CHS:        We're going to get it! Go finish up, we're going to pick up food and we
            come back. Peanut sauce, we're going to eat and then we come back, we
            take the money.

            [Noise]

Case :  ▉▉▉▉▉▉▉
CD :    1D48-O
Session :    S2-10   July 31th, 2008. From 12:31:30 to 12:32:38.


SY:    OK.

      [Noises]

      [End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:     ████████████

Task Number:     2782

Date:            08/05/2008

CD#:             1D54-O [From Red]

Session#:        S1-1

Languages:       French, English

Linguist:        Thu Nhi D. Barrus

### VERBATIM TRANSLATION

Participants:    CHS       Confidential Human Source
                 HY        Hadi Yassine

Notes:           *Italics*     Denotes conversation in English
                 <u>Underline</u>   Denotes conversation in Arabic
                 [ ]       Translator's note
                 [UI]      Unintelligible
                 [PH]      Phonetic
                 [OV]      Overlapping Voices
                 [IA]      Inaudible
                 [sic]     Incorrect in the original form

Case: ██████████
CD:      1D54-O [From Red]
Session: S1-1  Tuesday, August 5th 2008, 2:26 pm [Hawk, 15:01:56]


[Session begins]

[Noise]

HY:      *Worse comes to worse* [UI] the other one…

         [Banging, buzzing sounds and voices]

CHS:     *Cous', be careful* [UI]  *Cous', I need to ask you something—I need to ask you*

HY:      *Like what?*

         [Voices in the background]

CHS:     *Cous'* [UI]

HY:      *Huh?*

CHS:     How much [UI]?

HY:      Did you ask the Mexican with regards to Karim?

CHS:     No.

HY:      Huh?

CHS:     No, he's gonna sell it to me at 18,000 at least.  Karim wants 18,500.

HY:      Karim?

CHS:     Karim.  He told me that the guy who's getting it wants to give it at *18,500.*  He--

HY:      How much are you paying for it?

CHS:     I'm paying 15, 16.  I don't care.  I know that there's [Loud noises][UI] 16,000, 17,000, 7,500.  That is true *I don't give a…Shit, I…20.  I don't want to spend 18,500.*

Case:          ████████████
CD:            1D54-O [From Red]
Session:       S1-1   Tuesday, August 5th 2008, 2:26 pm [Hawk, 15:01:56]


HY:            *Yeah, 20.*

               [Pause with noises]

CHS:           You had good connections, Joe. I have proof—

HY:            Yeah, *man. I'm staying away from all that, because I don't know—I
               know--*

CHS:           [UI] *Then, don't deal with them.*

HY:            *But I don't know if it's-I don't know if they're hot or It's not hot. I don't
               know.* [Voices] *It's been so long* [Noise] *I don't know.*

CHS:           The guy who [UI].

HY:            [OV] The guy [UI]

CHS:           It's not Karim. It's his boss. *I can't talk to him.*

HY:            Huh? There are a lot of them downtown. *I just have to nail them down.*

CHS:           *Go find out,* Joe. *Cous', you-you* make 2,000 on the spot.

HY:            I don't have the money.

CHS:           But you'll make-you'll make some! It's *business.* [Noise] *Business is
               business, cous'. I'll hook you up, cous'. Imagine you get it for 15. I'll
               give you two* [UI] *two* on *top of it.* [Loud engine noise] I'll make three –
               and I'll do it again [UI]

HY:            *When do you need it by?*

CHS:           *Whenever you can get it. I have three at home. I need-I need one more
               to ship it.* It has to be four.

               [Loud engine noise]

HY:            Ship the three.

Case:            ███████

CD:              1D54-O [From Red]

Session:         S1-1   Tuesday, August 5th 2008, 2:26 pm [Hawk, 15:01:56]


CHS:    *I can't!* I have [UI].

HY:     *Who's that?  What's the most you've ever sent?*

CHS:    *Four.*

HY:     *Every time?*

CHS:    [UI] *four, 8,500 a month.* [Voices in the background] *That's it.* [UI] *by P.O. box.*

HY:     *Huh?*

CHS:    If I don't do *four,* I lose 8,000 Already--8,500.

HY:     *Yeah.*

        [Buzzing noise]

CHS:    *I can't.* In 10 days I'll lose.

HY:     *Let me think about it.* There are a lot of them in my head. *But I don't know---*

CHS:    [UI]


        [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ■■■■■■ |
| Task Number: | - |
| Date: | 08/08/2008 |
| CD#: | 1D55-O [From Red] |
| Session#: | S1-3 |
| Source Languages: | English, French, Arabic |
| Linguist: | Thu Nhi D. Barrus [French, English]<br>Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

| Participants: | CHS | Confidential Human Source |
|---|---|---|
| | HY | Hadi Yassine |

| Notes: | *Italics* | denotes conversation in English |
|---|---|---|
| | <u>Underlined</u> | denotes conversation in Arabic |
| | [ ] | Translator's note |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [sic] | Incorrect in the original form |

Case: █████████
CD:      1D55-O [From Red]
Session: S1-3


[Session begins]

[Noises][Phone rings][Noises]

HY:    *Hello.*

CHS:   *What's up?*

HY:    *What's up, cous?*

CHS:   *Yeah, what are you doing?*

HY:    *Uh, I was stuck in the shower.*

CHS:   *Well, tell me, I wanted to tell you... Alex has been calling me. He wants to get hold of you.*

HY:    *Who's Alex?*

CHS:   *Uh, the fat Mexican guy.*

HY:    *Why?*

CHS:   I don't know. *He said you--he really needs to talk to you.* [Loud voices] *Yeah, but now, I'm gonna try to get a hold of him but I don't have the time to give him your number and everything.*

HY:    *Who's Alex, man?*

CHS:   *Alex is Karim's friend.*

HY:    *Why is he's calling-call me for?*

CHS:   I don't know. He says *you talked to him yesterday. He needed to talk to you.*

HY:    *Well, don't give him my number.*

CHS:   *Nah, you didn't give it to him, man.  That's why I called you.*

HY:    [UI]

       [Voice in background]

HY:    Huh?

Case:
CD:        1D55-O [From Red]
Session:   S1-3

CHS:     *That's why I called you.*

HY:      *Humm.*

CHS:     Otherwise, What are you doing?

HY:      I'm taking baths.

CHS:     Are you going down [UI]?

HY:      Huh?

CHS:     Are you going down?

HY:      Yeah!

CHS:     When?

HY:      *Probably uh, like in, 30 minutes.*

CHS:     Oh yeah?

         [Voices]

HY:      *Hum?*

CHS:     *You're slow today, you're slow cous'.*

HY:      *I'm tired, man.*

CHS:     *Yeah, You're tired and you're worn out.*

         [Noises]

HY:      *Worn out.*

CHS:     <u>Fine, stay at home today.</u>

HY:      *No, I'm taking a shower and gonna get dressed.*

CHS:     [Laughs] *yeah, well, OK cous'.*

HY:      *Alright man.*

CHS:     *Alright, I'll see you tonight.*

HY:      *Alright, bye.*

Case:
CD:        1D55-O [From Red]
Session:   S1-3

CHS:       *I'll see you.*

           [End of session]

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:

Task Number:       2784

Date:              08/09/2008

CD#:               1D56-57-O [From Red]

Session#:          S1-1

Languages:         French/English

Linguist:          Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:      CHS       Confidential Human Source
                   HY        Hadi Yassine

Notes:             *Italics*      Denotes conversation in English
                   Underlined     Denotes conversation in Arabic
                   [ ]            Translator's note
                   [UI]           Unintelligible
                   [PH]           Phonetic
                   [OV]           Overlapping Voices
                   [IA]           Inaudible
                   [sic]          Incorrect in the original form

Government Exhibit 24 - 0028

Case: ▮▮▮▮▮▮▮
CD:      1D56-<u>57</u>-O [From Red]
Session:  S1-1   August 9th, 2008 at 15:59:50

[2226 Westlake Drive, Unit 3, Austin, Texas]

|           |                                                        |
|-----------|--------------------------------------------------------|
|           | [Session begins]                                       |
| CHS:      | You're saying [UI] to Alex?                            |
| HY:       | What?                                                  |
| CHS:      | Do you speak to him?                                   |
| HY:       | Yeah.                                                  |
|           | [Noises]                                               |
| CHS:      | I am here.                                             |
| HY:       | Yeah!                                                  |
|           | [Long pause with Noises]                               |
| HY:       | I asked for you.                                       |
| CHS:      | What did he say?                                       |
| HY:       | He said, yeah, 15.                                     |
| CHS:      | 15!                                                    |
| HY:       | Yeah.                                                  |
| CHS:      | You see cous'?  If I go myself, he's gonna give me at 18. |
| HY:       | Oh yes, I see.                                         |
| CHS:      | Can I call him and ask him to give that to me?        |
| HY:       | But he's your buddy. Isn't he?                        |
| CHS:      | [UI]                                                   |
|           | [Pause with noises]                                    |

Case: ▓▓▓▓▓▓
CD:     1D56-<u>57</u>-O [From Red]
Session:   S1-1   August 9th, 2008 at 15:59:50


HY:       *He's not my friend.*

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:            ███████████

Task Number:            Job 3095

Date of recording:      09/17/2008

CD#:                    1D73-O

Session:                S1-1 O, ███ S3-6

Languages:              French/English/Arabic

Linguists:              Thu Nhi D. Barrus [French, English]
                        Basam Aourani [Arabic]

## VERBATIM TRANSLATION

Participants:    CHS         Confidential Human source
                 HY          Hadi Yassine
                 SY          Steve Yassine
                 NH          Nizar Hakiki
                 Unknown male  UM

Notes:           *Italics*    *denotes conversation in English*
                 [ ]         Translator's note
                 [UI]        Unintelligible
                 [PH]        Phonetic
                 [OV]        Overlapping Voices
                 [IA]        Inaudible
                 [SC]        Simultaneous Conversation
                 [sic]       Incorrect in the original form

Case:       ███████████
CD:         1D73-O

Case:
CD:         1D73-O
Session:    S1-1O   September 17th, 2008, about 15:58pm

[Session begins]

[Noises]

HY:     *What?*

CHS:    *No-no matter what he says, I'm gonna get him some cash.*

HY:     *To who?*

CHS:    To *Rudy. I've reserved three table.* [sic]

HY:     What do you want?

CHS:    [UI] *I have uh—people coming out of town.*

UM:     *Hey girl, come here. Where have you been?*

CHS:    He told me 14,400. *I'm gonna give it to him.*

        [Conversation in the background]

HY:     *Huh?*

CHS:    *I'm gonna give it to him.* I reserved with Rudy. One for [UI]. *I'm
        supposed to meet him at four.*

HY:     I give you 1,400 what?

CHS:    $1,400.

HY:     Oh, $1,400?

CHS:    *For three tables.*

        [Continued conversation in the background]

HY:     *And the guy's gonna pay or what? Will you pay for him because you're
        a—*

CHS:    *Business, cous'.*

Case:
CD:        1D73-O
Session:   S1-1O    September 17th, 2008, about 15:58pm

HY:        *You gave him* [UI].

CHS:       *The guy that's visiting is coming from Colorado.* It's my *boss* himself. *The boss* [UI].

HY:        *You never met him, uh?*

CHS:       *Huh? I met him once.* [UI] he is coming. *He is coming for one night on Saturday. Good time.*

UF:        *Uh huh.* [Pause]

HY:        *It's good huh?*

CHS:       Yes [UI].

UF:        [UI][OV]

CHS:       *They're good—they-they're—no, they're class-they're class.*

HY:        [OV]What do you get for this? [UI] *what you got?*

CHS:       Huh? 1,400

           [Conversation in the background]

HY:        Why?

CHS:       *Uh, three table* [sic]. *One—in each a bottle of vodka--in one table. And on the last table, one bottle—*

HY:        [OV] *just three tables?*

CHS:       *--and one bottle—because I'm* [UI] *I'am gonna show him around. I'm not gonna get stuck, because I'm takin' him by myself, cous'.*

HY:        *Three tables for* 1,400?

CHS:       1,300 with one bottle of Dom Perignon.

HY:        Hmm. [Pause] 1,300 with the bottle.

Case:          ███████████
CD:            1D-730
Session:       S1-1O    September 17th, 2008, about 15:58pm


CHS:        With—with—with *gratuity included in there.*

HY:         *I gotcha.*

CHS:        *1,300- even.*

HY:         *You wanna pay him that for?*

            [Loud noises]

CHS:        Well, he'll give me the one that is *reserved.*

HY:         *Uh huh.*

CHS:        *Yeah, so nobody take the place-the spots.*

HY:         *Um-hmm.*

CHS:        [UI]

HY:         Afterwards, where are you gonna go? [UI]

CHS:        *No, after that I have to go get my car.  They're hooking up the-uh--the whole system that I told you about and the DVDs and all that—*

HY:         *No, I'm talking about the-uh—*

CHS:        Yeah, I'm going to take him out.  I'm going to show him-- a little.

HY:         *OK.*

CHS:        Me—it's because you—you're *like Steve, Joe.* I've looked and found. Then now I find I keep the spot.  You see you have one hour's time, *Joe.* One hour, one and a half hour

HY:         He does not want to go everywhere?

CHS:        *No.  He's just coming out—out of town.*

HY:         *He has a lot of people with him?  A whole gang?*

Case:          ████████████

CD:            1D-73O

Session:       S1-1O   September 17th, 2008, about 15:58pm


CHS:    *Two guys—with him.*

HY:     *Why three tables in all?*

CHS:    *For him?*

HY:     *Three tables?*

CHS:    *One table for each club.*

HY:     *Ahhh!*

CHS:    We'll *bounce*, no? If I *bounce*, I'm making him *bounce* with me. It's an hour's time, *Joe*. No, he's class, hey! *Of course* suit and everything. He's old. He's in his forties.

HY:     *I see*!

CHS:    Not *trashy, cous'. I wouldn't have brought him.*

HY:     *Uh-huh.*

CHS:    And then it's the money, *Joe—fuck it!*

        [Background conversation]

CHS:    When I—[UI] they're gonna give me the 1,400 to me, *Joe*. We give to the *club* at the same time. And he drinks [UI] [Chuckles]

HY:     Did he [UI]?

CHS:    *Uh, I turned it back on.*
        [Mumbling]

        [End of session]

Case: ▮▮▮▮▮▮
CD:       1D73-O
Session:  S3-6   September 17th, 2008


[Session begins]

[Music in the background]

SY:     So how many a month has the guy done if it's A-1, A-1?

CHS:    When I do it every month. I buy three.

SY:     At 10?

[Noise]

CHS:    Ah, that is 10 huh? [Noise]

SY:     If it's A-1, it's 10, huh?

CHS:    If he has---uh [noise] What's it called? *Uh, shit! The other shit,* I [UI]

SY:     *Crack?*

CHS:    Not crack, Joe.

SY:     Uh.

[Music]

CHS:    *Meth!* It's by---*they sell it by pound* [sic] [Noise] [Laughs]

SY:     [UI]?

CHS:    *That-uh-they buy that, Joe! Meth-meth-meth* is *good! Meth is a lot of money in there!*

SY:     How many *pounds* do you have?

CHS:    Five pound [sic], $60,000.

[Noise]

SY:     Why? The coke is how much? The one they want to sell you at 18,000?

Case:        ▮▮▮▮▮▮▮▮▮
CD:          1D73-O
Session:     S3-6   September 17th, 2008


CHS:    Uh, at 18,000?  *You-you gonna—they're gonna mix the* eighteen--

SY:     [UI]*What's the quantity?*

CHS:    A kilo?

SY:     [UI]

CHS:    *You go by ki.  Meth you go by pound, like weed.*

SY:     Oh yeah?

CHS:    *So, two-two—*

SY:     [UI]

CHS:    *---pounds of meth, two pounds of meth—*

SY:     Speak quietly.

CHS:    *—two pounds of meth,* it's-it's *equal value of, uh, a kilo.* [Pause] [Music] Or *2.5* that is *the equal value of a ki.*

SY:     Did you take the lighter?

CHS:    Uh me? No.  *It's 32 ounces* [noise] *in one ki.*

        [Pause with music and various noises]

CHS:    *He! Why-why is he* [dog barking] *doing that shit every time, man?*

SY:     Huh?

        [Noise] [Dog barking]

CHS:    The bell, as if you were going to hear it when you're asleep. [Dog crying] [UI] [Dog barking]. He's going to let the dogs out huh?

NH:     *Steve!*

SY:     *It's open!*

Case:          ███████████
CD:            1D73-O
Session:       S3-6   September 17th, 2008


              [Noises]

CHS:          [UI] *bye!*

              [Coughing and noises]

CHS:          *I'm leaving the stairs right now.  I'm on the stairs, I'm saying good bye.
              Bye.*

NH:           The [UI], it doesn't work?

SY:           *It's not a [UI].*

CHS:          [UI]. *I have the keychain, I can't turn it off till I get to the car, bye. I'll
              call you back in five minute.* [sic]

NH:           How is it going?

CHS:          *I'll call you back in five minutes.* [Noises]
              He told me, huh?

NH:           Welcome? How are you?

CHS:          *He told me about the thing.*

NH:           *Oh, that was* [UI]. *Huh?*

CHS:          He told me.

NH:           Who?

CHS:          *About the thing.*

NH:           *OK.*

CHS:          He told me, the-the-the 14 [noise], there's 16, and there is 18.

NH:           *Yeah.*

CHS:          *Huh?  So what-the 18 like?  Is it pure, right, A-1?  I mean it's not 100%
              pure, that we know.  There's never 100% pure.*

Case:
CD:        1D73-O
Session:   S3-6   September 17th, 2008

NH:     [UI] *They said-they said it is.*

CHS:    [OV] *Except if you're going to Columbia.*

NH:     *This—well, exactly.*

CHS:    *Yeah. This is—*

NH:     [OV] *Even in Columbia they cannot find it.*

CHS:    [OV] *This is—-Yeah, but if it-if it's-if it's like you say, A-1, I'll-I'll take one and then we would--*

NH:     [OV] *OK.*

CHS:    *You give me and--*

NH:     [OV] *What I heard—*

CHS:    *They're gonna-they gonna try it.*

NH:     *What I heard--*

CHS:    *Uh huh.*

NH:     *—is that it's very good.*

CHS:    *Yeah. Well--*

NH:     [OV] *And the-and the guy who told me is very good. I-I can trust him for that. I know—*

CHS:    [OV] *that's not it.*

NH:     *—b'cause--*

CHS:    *The thing is if it's good and* [UI]

NH:     [OV] *I know when he says, "very good" I know what kind of very good he's talking about.*

Case:         ████████████
CD:           1D73-O
Session:      S3-6   September 17th, 2008


CHS:          *Nino, if it's good--*

NH:           But—

CHS:          *Huh? I* [UI]

NH:           [OV] *--the moment-the moment I get some of it in my hands—*

CHS:          Uh-huh.

NH:           *—of course we're gonna find out.*

              [Music]

CHS:          *But the-the-the thing is,* [dog barking] *once I get a ki huh?* [Dog barking and music] *We'll try it, I'll take it.*

NH:           [OV] *But don't get a whole* [dog barking] *ki to try it!*

CHS:          *No-no-no-no-no.*

NH:           *Get a little bit first!*

              [Noise] [Dog barking]

CHS:          *No-no, I can't. I don't deal like that. I take a ki,* [dog barking] *I don't care.*

NH:           *OK.*

CHS:          Because I'll *recompress it and redo it myself again.*

NH:           *OK.*

CHS:          But if it's good.  [Dog barking] I'll take three, four from you [dog barking] every month.

NH:           *OK.*

              [Dog barking]

Case: ███████████
CD:       1D73-O
Session:  S3-6   September 17th, 2008

CHS:    *The money in there* [sic]; *a lot of money.* [Dog barking] *But we make sure the guy* [UI]

NH:     [OV] *I'm tryin' to-I'm tryin' not to do it.  But I guess you're makin' me* [UI][laughs] *you're makin' me desparate.*

SY:     *Yeah, I've never done it.  Today, it would be my--*

        [Noise]

NH:     *Huh?*

SY:     *--first time. He is very-y. He's draggin' me with him. But-but it's good.*

        [Dog barking]

NH:     *OK!*

SY:     *A good connection.*

NH:     *I mean I don't test it usually...*

        [Dog barking]

CHS:    [OV]  So, tomorrow [noise] I'm going to talk-I'm going to –

NH:     [OV] *Whoever buys it from me, does the testing.*

CHS:    *—I'm gonna talk to my people, and I'll get the cash.  We'll grab one.  If it's good Nino* [dog barking], *I go get the-three more, four more.*

        [Dog growling]

NH:     *How we gonna go—how we gonna do the cash transaction then?*

        [Dog barking]

CHS:    *I'll g-well-I'll go with you, you give me the stuff I give you thing.* [Dog barking] *Or you want---why do you want to do it* in cash?

SY:     Yeah.

Case:
CD:        1D73-O
Session:   S3-6   September 17th, 2008

CHS:    *What make you comfortable?* [Dog barking] *Me I don't care!*

NH:     *We can do that.  It's fine.*

        [Dog barking]

NH:     *Yeah.*

CHS:    *Or you'll give it to Steve, you'll give it to Steve.*

        [Dog barking]

NH:     *Well--*

CHS:    *I don't care!  I just-I just need enough to get—*

NH:     [OV] *We just have—*

CHS:    *—we got to have focus...*

NH:     *—we just have to have confidence in each other and trust in each other for now.*

CHS:    *Well, I don't care!*

NH:     *If we don't have it... this is—*

CHS:    I don't care!

NH:     *—unless—it's better not to do it.*

CHS:    *I can't fuck my people, because when they fuck me, they kill me!*

UM:     [Laughing] *Oh, my Goodness!* [Noise]

CHS:    *They'll be big time!*

NH:     *Same thing—same thing from this side.*

CHS:    *And they coming down into town* [dog barking] *this Saturday, so we can do business.*

Case:        ██████████████
CD:          1D73-O
Session:     S3-6   September 17th, 2008


NH:     *Wait. Same for me!* [Dog barking] *Same for my side. I cannot fuck with them.*

        [Dog barking]

SY:     *No. The money is for sure.*

NH:     *Yeah.* [Dog barking] *Also...*

        [Snorting and coughing sounds]

NH:     *Yeah!*

SY:     *Me—*[dog barking] *I'm leaving there,*

NH:   . *Yeah.*

SY:      *I'm getting change* [UI]

CHS:    [OV]. *Right now, I'll call you guys tomorrow.*

NH:     *Now, I just called Karim.* Karim's at the airport, *stuck.*

CHS:    *Why?*

NH:     *He is stuck* at the airport. *He said in-in 30 minutes* [dog barking] *if he didn't get out, he's gonna just leave.*

CHS:    *Ah, yeah. I just gotta go. I don't need to talk to Karim. Right now, I'm done-done.*

NH:     *OK.*

CHS:    *I'm-ask Steve—*

NH:     *OK.*

CHS:    *—I did with Aziz, I'll do* [dog barking] *I'll do deal-I'll do deal, that's it!*

NH:     *Yeah.*

Government Exhibit 24 - 0043

Case:
CD:        1D73-O
Session:   S3-6   September 17th, 2008

CHS:    *I'll give you—I'll do the cash,* [dog barking] *but I just want him not to fuck us. That's good and not give us some shitty fuck them shit for the fucking price he's telling us A-1.*[Dog barking]

NH:     *Let's-let's just not do it in the daytime. Let's do it at nighttime,cause I fast—*

CHS:    [OV] *I know, I know, I know.*

NH:     *—I fast in the daytime and I need to test it then.*

CHS:    *I know, I don't care, I'll do it in, uh, four o'clock* [noise] *in the morning. Whatever--*

NH:     [OV] *Let's—*

CHS:    *--is comfortable.* [Knocking] I give the money to Steve. Steve gives it to you, you give us the stuff. [Noise] *I'm getting I'm out.*

NH:     *Uh huh.*

CHS:    *You're not gonna see me.*

        [Noises]

NH:     *Consider it done from my side.* [Noise] *And—*

CHS:    *I'll talk to my* [UI]

NH:     *—just so you know. I'm gonna insist on all of this. I'm gonna* [noise] *overlook everything.*

CHS:    You don't have any more--you do not have any more guns?

NH:     *Yeah, you know.*

CHS:    But we don't have [UI]—

NH:     [OV] There's always guns! [Laughing]

CHS:    *No, no,* [UI] *the shit. The good guns, not the other shit you used to--*

Case:  ████████
CD:  1D73-O
Session:  S3-6   September 17th, 2008

> *gave me.*

NH:  *What do you mean?  What's wrong with this?*

CHS:  *A motherfuckin' real one-real gun.*

NH:  *What's wrong with that one?*

CHS:  *That one's a fuckin' Walmart shit* [noise], *man.*

NH:  *It's not a Walmart shit!*

CHS:  [OV] *If it's not a* [UI]

NH:  [OV] *If you want to hurt somebody quietly--*

CHS:  *Uh-huh...*

NH:  *...and be very close to him?*

CHS:  *No, I want a real-real shit* [UI].

NH:  *Oh, you want to be far away, kind of shit.*

CHS:  *Yeah.  Can-can you get me some?*

Noise]

NH:  *Yeah.*

CHS:  *I'll—I take it from you.  Where you can-give me-give me something!* [Laughing] [Noise] *Hey, give me one-one.  I want one.*

NH:  *We have to come to get to-to get—to be able to do it now.*

CHS:  *Let's do the first deal first.* [Noise]

NH:  *Let's do the first deal first.*

[Noise]

Case:       ████████████

CD:         1D73-O

Session:    S3-6   September 17th, 2008


CHS:        *Alright.*

NH:         *Alright.*

SY:          I've never did the first [UI]

NH:         [OV] [UI]
            *We did the first deal already.*

CHS:        *Cous', I mean, look like we're gonna go buy another Hummer pretty
            soon.*

UM1:        [Laughing]

NH:         *No.*

            [Noise]

SY:         [UI]

CHS:        *I'll call you, cous'!*

            [Noise]

NH:         *Hey, are you leaving already?*

CHS:        *I have to.  I gotta get up at six in the morning.* [noise]

NH:         *You don't want to smoke?*

CHS:        *No.  I'm cool.  I don't* [noise] *want to smoke, man.*

NH:         *Alright.*

SY:         *Diva, stop!*

CHS:        *Thank you.*

NH:         *OK.*

Case: ███████████
CD:       1D73-O
Session:  S3-6   September 17th, 2008

CHS:    *Weekend-weekend.*

NH:     *No problem.*

CHS:    *Weekend.*

        [Pause with noises]

CHS:    Ya!  Ya! [Pause with music]
        *What's up?*

SY:     *Hey.* [Noise] *Let's talk about the price?*

NH:     *About the price?*

CHS:    *Right.  18?*

NH:     It's 18.

CHS:    OK.

NH:     Yeah.

CHS:    *Yeah, he told me.*

NH:     *Yeah,* but, *yeah.*

        [Noise]

CHS:    *A-1 is 18.*

        [Noise]

NH:     *I know. Yeah.*

CHS:    *Shitty one is 14.  Good one is 16.*

NH:     [OV] [UI] *with that.* [Noise]

CHS:    *We want the A-1.*

Case:

CD:        1D73-O

Session:   S3-6   September 17th, 2008

NH:        *You know. Yes.*

CHS:       *18 is fine, I don't care!*

           [Noise]

NH:        *OK.*

           [Noise]

CHS:       *I'll make-I'll make double that 18 in one w-in one day.*

           [Noises and music]

           [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████ |
| Task Number: | Job 3095 |
| Date of recording: | 09/19/2008 |
| CD#: | 1D-74-O |
| Session: | S1-1 O, ███ |
| Language: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

| Participants: | CHS | Confidential Human source |
|---|---|---|
| | MR | Marisse Ruales |

| Notes: | *Italics* | *denotes conversation in English* |
|---|---|---|
| | [ ] | Translator's note |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [SC] | Simultaneous Conversation |
| | [sic] | Incorrect in the original form |

Case: ████████████
CD:      1D74-O
Session:  S1-1  September 19th, 2008. From 15:28:50 to 15:35:04.


[Session begins]

MR:       [Speaking to unknown person]
          *Oh thank God*! [Noise and sighs] [Pause with cough] *But you took it to a cleaner or*
          *you washed it in the washing machine? [Pause] Oh thank you so much. That's so*
          *awesome. I was just gonna do that. The washing machine is broken there? [Pause]*
          *Oh sucks! OK. Thank you. You didn't have to do that. Thank you very much [Pause]*
          *What happened [Pause] Alright, bye.*
          [Speaking to CHS]
          *What's up?*

CHS:      *Hey! I talked to Mike.*

MR:       *What did he say?*

CHS:      *I'm gonna give you some cash*

MR:       *That's what I like to hear, Buddy--for me?*

CHS:      [Laughs] *I wish. I wish I could give it to you.* [Laugh] *Uh--I'm gonna give you some*
          *money and then you'll just have--write me a check for the amount--*

MR:       *OK.*

CHS:      *--and I'm just gonna deposit it. I'm not gonna walking to the bank. I'm gonna deposit*
          *in my bank account.*

MR:       *That's fine. And then I wouldn't write it from*

CHS:      *Yeah. And he said whatever bank you write it for, it's where you should make the*
          *deposit to the--to the bank. I don't know what he says. I just say thank you. I can't*
          *even believe he answered the phone to be honest with you.*

MR:       (Chuckles) *So, you just need a check?*

CHS:      *Yep! I just gotta make it look like I have some kind of employment.*

MR:       *Oh OK. Well--*

CHS:      [OV] *What I doing [sic].*

MR:       *--for Treasure Island, right?*

CHS:      *Yeah.*

MR:       *That's what you were think--*

CHS:      *Treasure Island's fine, yeah. Because that's what I'm doing as a reference anyway.*

MR:       *How much are you giving me?*

Case: ███████████
CD: 1D74-O
Session: S1-1 September 19th, 2008. From 15:28:50 to 15:35:04.

CHS: *I'm giving you 6,000.*

MR: *OK and when--am I writing the check for 6,000?*

CHS: *Yeah. Cause there's 6,500 here. But I'm gonna give you 6,500, you write me a check for $6,000 cause what I'm gonna try and do is try and pay Mike for all the stuff that I fucked him before* [UI] *but he doesn't know that.*

MR: *Man, if I write this check and he freaks out on me.*

CHS: *Nah, I swear he said that.*

MR: *I know, but you know.  I know, I--*

CHS: [OV] *you want I can wait till you talk to him.  You know-you know I'm--*

MR: [OV] *you can wait?*

CHS: *Yeah.  I'm not in a hurry.*

MR: OK.  Well that's--

CHS: [OV] *Because he told me to--go to Madi, give her the cash, tell her to write the check. Whatever check she's writing it from--*

MR: [OV] *Where--who am I writing it to?*

CHS: *To me.*

MR: *Oh!  How-how do you want me to spell your name?*

CHS: *M-O-H*

MR: *Oh Mohamad.*

CHS: *Yeah.  A-M-A-D.* [Pause] *and he said wherever the money is, you just-just tell Madi to deposit to that account.* [Pause] *Could I--*

MR: [OV] *And what do you want me to put on the reference.  Like work from this day to this day?*

CHS: *Do if you can.*

MR: *Yeah, but what-what do you want me to put?  I write for $6,000, right?*

CHS: *Yeah, 6,000.*

[Noises]

MR: *So what do you want me to put?  Like week of--like--*

Case:  ▮▮▮▮▮▮▮▮▮▮
CD:    1D74-O
Session:  S1-1  September 19th, 2008. From 15:28:50 to 15:35:04.

CHS:    *Yeah.*

MR:     *6,000 is p--your pay for how m--.*

CHS:    [OV] *Pay, one month.*

MR:     *--for a month?*

CHS:    *Yeah.*

MR:     *For one month?*

CHS:    *Yeah.*

MR:     *So I can--*

CHS:    *I don't know how-how you do that. But it's for one month. What I'm doing Madi basically is—to-to be* [UI]*-being straight out with you. I have no income.*

MR:     *Uh huh.*

CHS:    *And all this money is coming in and then it's just—I--*

MR:     [OV] *I have to show that you--*

CHS:    *--new cars and new stuff--*

MR:     *So-uh--But usually someone doesn't get paid one time for a month.*

CHS:    *OK.* [Chuckles] *You can be on salary, monthly?*

MR:     *I got to track them. OK, done.* [Pause] *Salary, deposit--for September, right?*

CHS:    *It's fine. Uh—*

MR:     [OV] *So now, wha-what are we in September the what?*

CHS:    *Oc-October, I mean. Or--*

MR:     *I can put it like it's for—*[noises] *the last two weeks of—*[Noises] *January, February, March, April, May, June, July-August and two weeks of September.*

CHS:    *That's fine.*

MR:     *That-it would look more legit like that.*

CHS:    *Whatever, you know better than me. Thanks Madi.*

MR:     [UI]

Case: ███████████
CD:       1D74-O
Session:  S1-1  September 19th, 2008. From 15:28:50 to 15:35:04.

CHS:    *Yeah.*

MR:     *--October, November, January.  What fuckin' month are we in, September?*

CHS:    *September.*

MR:     *Oh!*

CHS:    [Speaking to unknown person]
        *How you been?*

        [Voice] [Pause]

MR:     *Good.* [Pause] *This guy--crazy man.  Mike with uh—Ram—*

CHS:    *Ramadan.*

MR:     *--and fasting.*

CHS:    *Yeah.  I know it.  I can't believe he answered the phone.  I was like, hey, I talked to
        Madi before I called you.  But you're booked from 5:00 till whatever and I know
        you're fasting and I don't want to bother you.  But, I need to talk you.  It's only five
        minutes-five minutes of your day, of your time.  He's like, do it right now.*

MR:     [Chuckles]

CHS:    I was like, you sure?  He's like, do it. I was like, that's what I need.  He's like, OK go
        to the office, talk to Madi and tell Madi.  I was like, that's it?  He's like, yeah  I was
        like, thank you [Chuckles]

MR:     *It's good you got him on Ramadan.* [Laughs]

CHS:    *Oh yeah, he can't be mean!  You know if he's mean, he's supposed to f--.he cuts his-
        uh-fast?*

MR:     *Oh yeah, but he-uh-but then he should cut his fast a long time because he's a fuckin'
        dickhead here.*

        [Pause with noises]

CHS:    *And I'm not gonna have to deposit probably till tomorrow.  And then--but it's gonna
        take like-probably four business days—*

MR:     [UI]

CHS:    *--to clear to my account.  So tell Mike I'm not walking straight to the bank.*
        [Snickers]

MR:     *Well big fuckin'* [UI] [Noises and phone ringing] and then I take a five percent fee not
        to—kidding [snickers]

Case:
CD:      1D74-O
Session: S1-1  September 19th, 2008. From 15:28:50 to 15:35:04.


CHS:    *Yeah, I—[snickers]*

MY:     *Hello.*

MR:     *Hey Mike. Uh, Nounou is here and he told me what you--is that okay?* [Pause] *Uh huh.* [Pause with noises] OK, *OK.* [Pause with noises] *Oh, I wrote it from Treasure Island because he's not going to deposit it till--.*

CHS:    *I'm not, I promise.*

MR:     *He-- Well I-because—yeah, because we're saying he worked at Treasure Island.* [UI] *But is it OK I wrote the check from Treasure Island?*

CHS:    *If not I'll take somewhere else.*

MR:     *OK. Bye. No, he said you can deposit it today.*

CHS:    *I-I'll deposit it. I won't go walking to the bank. There's 500 more in there.* [Noises] *So it's 65.*

MR:     *OK.*

CHS:    *He said to tell you what it is for.*

MR:     *I'll tell him that you're trying to pay him off.*

CHS:    *Because I-I always made a promise when I get it. I-I always* [noises] *have to take care of my shit that I fucked up.*

MR:     *That's fine. That's good.*

CHS:    [UI] *it look good.*

MR:     *Very good, man. That's very nice.*

CHS:    *Good deed for me.*

MR:     [Laughs]

CHS:    *'Cause I don't want bad karma to come back on me.*

MR:     [Laughs]

CHS:    *I appreciate the help that he's doing for me.* [Screeching sounds] *So, what else is going on? He, I was gonna ask you* [UI] *What kind of haircut that's called?*


[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████████ |
| Task Number: | Job 3042 |
| Date: | 10/06/2008 |
| CD#: | 1D87-88-O |
| Session#: | ███████ S2-2███ |
| Languages: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

| Participants: | CHS | Confidential Human Source |
|---|---|---|
| | MR | Marisse Ruales |
| | HY | Hadi Yassine |

| Notes: | *Italics* | Denotes conversation in English |
|---|---|---|
| | [ ] | Translator's note |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [SC] | Simultaneous Conversation |

Case:       ███████

CD:         1D87-88-O

Session:    S2-2   Monday October 6th, 2008

[Session begins]

[Phone rings] [Noises]

CHS:    *Just four little birds.*

MR:     *Yassine Enterprises, can I help you?*

CHS:    Do you know how-uh-you say- uh—

MR:     OK.

CHS:    --the-the-the word- uh-Ramon.

MR:     *What car are you in?*

CHS:    Huh?  It's Ramon, isn't it?

HY:     Huh?

CHS:    Ramon.

MR:     Thank you.

CHS:    Ramon.

HY:     Really?

CHS:    You don't say Ramon anymore. *It's birds.*

HY:     Um hmm?

CHS:    *Birds.*

HY:     *Birds?*

        [Conversation in the background]

CHS:    *Yeah, [UI] say "one bird, four birds." One bird is one* [UI] *pound, two birds*—it's the new word, *Joe.* It's on the Internet everywhere, *Joe!*

Government Exhibit 24 - 0056

Case:　　　　　▆▆▆▆▆▆▆▆
CD:　　　　　1D87-88-O
Session　　　S2-2　Monday October 6ᵗʰ, 2008

　　　　　　　Now when I *buy* it from someone… [Laughing]
　　　　　　　I wanted--

HY:　　　　　[OV] What is a *bird*?

CHS:　　　　[Laughs]--I wanted to test my guy.  I wanted to see if, if you know you
　　　　　　　can say it.

HY:　　　　　[OV] what is *bird?*

CHS:　　　　It means *one ki.*

　　　　　　　[Noise]

HY:　　　　　*One bird.*

CHS:　　　　*One bird.  Give me one bird.*  The guy told me, *"give me one bird."*  I
　　　　　　　didn't understand anything, *Joe*!  I said, "*OK, no problem.*" [Sniffles] I
　　　　　　　went back home, I *researched it* [laughing].  I didn't understand what
　　　　　　　was going on, *Joe*!

　　　　　　　[Noises]

　　　　　　　[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ▮▮▮▮▮▮ |
| Task Number: | Job 3094 |
| Date: | 10/10/2008 |
| CD#: | 1D-92-O |
| Session#: | S1-1, ▮ S1-3, S1-4, S1-5, 1-6 |
| Languages: | French/English/Arabic |
| Linguists: | Thu Nhi D. Barrus [French, English] |
| | Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

| Participants: | | |
|---|---|---|
| | CHS | Confidential Human Source |
| | HY | Hadi Yassine |
| | MY | Mike Yassine |
| | RG | Rommel Gomez |
| | MR | Marisse Ruales |
| | LG | Laura Garcia |

| Notes: | | |
|---|---|---|
| | *Italics* | denotes conversation in English |
| | <u>Underlined</u> | denotes conversation in Arabic |
| | [ ] | Translator's note |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [SC] | Simultaneous Conversation |
| | [sic] | Incorrect in the original form |

Government Exhibit 24 - 0058

Case:
CD:        ID92-O
Session:   S1-1   Friday October 10th, 2008, about 14:58

       [Session begins]

CHS:    [UI] *Joe.*

HY:    [UI] *the fifty grand?*

CHS:    *No, the—-I-I just—I picked up—I told you I picked up like a load from that stupid Nino* [PH].

HY:    Humm…

CHS:    He gave it to me at 24,000 the kilo, *Joe.* He's crazy, *Joe!*

HY:    You paid?

CHS:    But *cous'*—100%--100%.

HY:    Did you pay him?

CHS:    *I took it. I-I shipped my la-uh*—the last four and then they paid me my 8,500. That's what I'm gonna give to *Mike*—-

HY:    Great, good for you!  You--he-he-uh-he sends you *business?*

CHS:    Who?  He brought to me—*I picked it up Sunday.*

HY:    Ah!

CHS:    *But I—he has five more!* [Pause] They gave me my money, my *guys* are *in town. Which way?*

HY:    Hey, don't pay all five at the same time.

CHS:    I shouldn't pay?

HY:    No.

CHS:    But I can't pay for all five.  I'm waiting for *you to clear me out.  If you tell me don't deal with him no more, I'm not going to deal with him.*

HY:    Have you done it with him once?

Case:  ███████████
CD:  1D92-O
Session:  S1-1  Friday October 10th, 2008, about 14:58.


CHS:    I did with him once, but *Joe*, that can't—you can't even say--*the way I did it* then. We were at *Starbucks*, huh? I got up from the table and everything. I told him, "*Just drop the thing on the table.*" He left. When he left I brought someone and the stuff—taken the stuff—he sat at the table and picked it up. I didn't even—no—*I was nothing involved with it!*

HY:     Oh yeah?

CHS:    I'm not stupid, *cous'*! Because *I was burned out. I needed to before I shipped the four—the four of them. 24,000 cous'.*

HY:     It's expensive, huh!

CHS:    *Hey, cous'*, it came *and they tested it. Not 99.9*—100% pure. *Cous'*, I shouldn't have gone to get this. But unbelievable, *Joe.* If you take some, you heart goes like this—boom, boom, boom, boom, boom, boom. You get *freaked out, Joe!*

        [Pause with music]

HY:     *I didn't even know it was possible.*

CHS:    *Ah, it's*—me either *Joe*—wait! *Only huh… Pablo Es-Estevas* [PH] from Colombia *can do that!* [Pause] I finished, *Joe.* Thank God, I finished, Joe. I—I—I sent all four out. I sent it off to Colorado, and they paid me my check today.

        [Pause with music ]

CHS:    I'm tired.

        [Pause with music]

HY:     Yeah.

CHS:    *So now I'm good. I'm set till next month.* [Pause] *By the stop sign?*

HY:     Yeah.

CHS:    Yeah? *Aw, fuck it!*

Case:          ████████████
CD:            1D92-O
Session:       S1-1   Friday October 10th, 2008, about 14:58

[Engine noise]

HY:        Yeah [UI] if-if he tells you at five times five, don't do five.

CHS:       *Say—I'm not going to do it till you tell me it's OK!  I told* [UI]*—Cous--
           if I show you how many times he calls—he calls—he's cuh-he's texting
           me right now, Please call!—*

HY:         [OV] *I know.  But I was thinking-but I was thinking--*

CHS:       *--Please call! Please call. He is asking me, "Please call!* [Chuckles]
           *Please call.  Please call.*

           [Noises]

           [End of session]

Case:          ███████████
CD:            1D92-O
Session:       S1-3  Friday October 10th, 2008.


            [Session begins]

CHS:        You'll tear it up, huh?

HY:         Unlimited bottle. <u>We're gonna get messed up, we're gonna get messed up</u>...

CHS:        *At what time you're flying tomorrow?*

            [Pause with music]

HY:         *5:55*

            [Pause with music]

CHS:        *Cous', if you—if you-- imagine, Joe, I gave to –to the Moroccan 24,000. I--my heart fell, Joe.* I said, he's going to fuck me *cous'.*

            [Pause with music]

HY:         Today?

CHS:        *No I did it Sunday night.* [Pause] But he has--he has—*he is--he came through, you know.* [Pause] The guys tested it, *cous'.* I told you. They were –usually they tell me *79-–80; 75-–90.* It's co... *come back man—* 100/100. The guy even told me, *"There's no way. It's impossible. I haven't heard of that in a long time."* [Pause] I said, ah! And now he calls me and tells me, *"I have four."* With—you know—the guy who knew the ca—the –the taxi—Karim [PH], huh? He always comes to *Vicci. He's always at Vicci.* He has a little goatee like that.

HY:         [OV] yeah. It's true.

CHS:        Ugly! It's with him. I said to hold on [UI]. He settled down a little.

HY:         [OV] How many does he sell you?  Four?

CHS:        Four. That means *a hun—uh—he wanted to do 24. I said no, at 20 a piece, 100,000—for five.* 100,000 . But if it's the same quali—But if it's *clear, I'll take it, cous'.* Fuck! Because the deal is that they take it and

Case:     ▮▮▮▮▮▮▮
CD:       1D92-O
Session:  S1-3  Friday October 10th, 2008.


          then cut it.  They redo it incomplete.  It's good, *Joe.*

HY:       If you take at five, it's when [UI]—they do it like that to [UI]…

CHS:      [OV] It's like that huh? [UI].

HY:       [OV] and the number--

CHS:      --it's what the *GPS* this?

HY:       [OV]--the number five even.

CHS:      *They say Fuck you, huh?* [UI]

HY:       [OV] I swear.  It's not—if—if— if you sell him one—

CHS:      [OV] *OK.*

HY:       --he is *OK.*  But them, they don't [UI]—he doesn't want one…

CHS:      It's five.

HY:       He wants five.

CHS:      I'm going to calm down a little, Joe.  I made my money this week, *Joe.* I don't give a damn [UI]--

HY:       [OV] Hey you know what?  [UI] to tell him-them-[UI] to tell him.  If you ask him for one—

CHS:      Yeah.

HY:       --if you ask for one, they, they're gonna say that if I buy one, we—we don't want it anymore…

CHS:      We don't want any more…

HY:       --go ahead.  Do what you want to do [UI].

CHS:      *I already see like that.  You know I'm gonna tell him that.*

Case:        ████████████
CD:          1D92-O
Session:     S1-3   Friday October 10th, 2008.


HY:          No, don't say anything.

CHS:         He calls me and I don't answer anymore, Joe!  He called *Steve*.  *Steve*
             tells me, "The guy's calling me.  What does he want?"  I said, "Forget
             about him", Joe.
             [Pause with music and engine noise]
             But where is your car?


             [End of session]

Case: ███████████
CD:       1D92-O
Session:  S1-4   Friday October 10th, 2008, about 15:20:30.

[Session begins]

CHS:    I'm going to give you the money, you give me a check?

MY:     *What are you talking about?*

CHS:    You have 8,500. Give me a check for $8,000 only.

MY:     Huh? [UI]

CHS:    *Cous',* you see —I know—I know you don't need—when I need some one day and I'm in bad shit…and it will happen soon—I'll tell you to give me some.

MY:     [UI]

CHS:    Huh?

MY:     [UI]

CHS:    *Cous'* I tell you—four—four birds to *Colorado,* and then every month he gives me 8,500.

MY:     [Whispering] Be careful huh.

CHS:    But I'm doing it slowly, *Joe.*

MY:     [Whispering] [UI]

CHS:    That's why I do that, that's why—8,500 and no more.

HY:     *Huh—just cleaned my office and I found this—I don't want to be seen with this— in Vicci 2005.*

MY:     *And it comes from— where?* [UI]

HY:     *No, no, no, no—this is my office at home.*

MY:     *Ah, OK. Why do you have then?*

HY:     *From —I don't know—long time ago.* [Pause]  *I don't know where I got*

Case:       ████████████
CD:         1D92-O
Session:    S1-4   Friday October 10th, 2008, about 15:20:30.

|        | *it. I was cleaning my office and it was there.* [Pause with noise] *I remember* [UI] |
|--------|---|
| MY: | *Hey, I-I'm gonna go to Dallas with you.* |
| HY: | Oh? |
| MY: | *Huh*! |
| HY: | Oh yeah *Joe* [UI] |
| CHS: | *Yeah, yeah, yeah, cous.* People like that—they can take off. *You know the guy--* |
| MY: | [OV] [UI] *I hope you have a good weekend* [UI]. |
| HY: | Here in Austin? *I hope so too.*[Laughs] |
| CHS: | You won't be there, *Joe.* |
| HY: | *Yeah cous'.* |
| CHS: | [OV] [UI] *Madi* gave it to me? |
| MY: | [SC] *How much is it cous'?* |
| CHS: | 8,500. |
| HY: | 8,000? |
| CHS: | 500. |
| HY: | *For what?* |
|  | [Voices] |
| CHS: | For me. |
| HY: | *Ah, you want a check?* |
| CHS: | I want a check for 8,000, that's all. |

Case:          ▮▮▮▮▮▮▮
CD:            1D92-O
Session:       S1-4   Friday October 10th, 2008, about 15:20:30.


MY:       What does it do for you?

CHS:      That shows that I'm working.  She gave me one for the two last months.

HY:       [OV] Don't put us in problems, *Joe.*

CHS:      What do you mean?  I put this as if I-I were working here.  *Mike* can say that I'm a—a—*contractor.*  I work.  I watch the bars—I don't know.

MY:       [UI]

CHS:      *Whatever.*  At least *I show some kind of income.*  I don't have any *income.*

MY:       [Whispering] [UI]

CHS:      I—*I don't have to put it in.*  Whenever you want, I'll put it.  I'm not in a rush.

MY:       [OV] *If you go put it right now,*
          [Coughs]
          *I'll put a deposit right now.*

CHS:      *No, cous'—I won't—*You tell me—the last time I got it—I waited four days—I didn't need it.

MY:       *Monday.*

HY:       *Can I have five hundred dollars off of it?  It's my weekend...*

MY:       Hey!

          [Noises]

CHS:      [UI] you go with *Mike.*

          [Pause with noises]

HY:       [UI]

Government Exhibit 24 - 0067

Case: ███████████

CD:       1D92-O

Session:  S1-4   Friday October 10th, 2008, about 15:20:30.

CHS:    *You're welcome cous'.* [Noises] I've gotten a lot of your money—good [pause with noises] *This is nice!* [Coughs] *You just have to remind Madi everyday that you're working for Yassine, huh?  Pretty soon they're gonna slam it in your face.*

MR:     *I can't even see it.*

CHS:    [laughs]

        [Voices]

RG:     [UI] *put charger here Madi?*

        [Voices]

MR:     *From my phone?*

RG:     *Um-hmm.*

MR:     *Oh, speaking of that.*

RG:     *You have it?*

MR:     *No.  No.*

        [Voices]

RG:     [UI]

MR:     *No… For your old phone?*

RG:     *No, for* [UI] *my phone* [UI].

        [Pause with noises]

MR:     *Does it match this one?*

RG:     *Yeah.*

        [Pause with noises]

Case:　　　█████████
CD:　　　　1D92-O
Session:　　S1-4　Friday October 10th, 2008, about 15:20:30.

HY:　　*Listen, when you get it take it in* [UI] *on the phone, and we'll get past* [UI].

　　　　[Coughs and noises]

MR:　　　[UI]

CHS:　　Have him bring you oil.

HY:　　　[UI]

CHS:　　[UI] *when we get it changed, you write me a check.*

MR:　　*Ah, you know for how much* [UI].

HY:　　　[UI]

CHS:　　*I don't care.  Whatever you-he says—for eight—again--*

HY:　　　[OV] [UI]

CHS:　　*—I get him eighty-five, but I—that's OK.*

　　　　[Voices]

MR:　　*Mike!*

　　　　[Loud voice]

MR:　　 *Where do you want me to write him the new check from?*

CHS:　　*You know how you did it last time?  You put the money—that's—*

MR:　　*Yeah, I know.*

　　　　[Pause with voices and noises]

CHS:　　*He's getting so old.*

MR:　　*Who?*

Case: ▮▮▮▮▮▮
CD: 1D92-O
Session: S1-4  Friday October 10th, 2008, about 15:20:30.

CHS:        *Him.*

RG:         *Are you tired?*

MR:         *I'm getting sick.*

            [Voices]

CHS:        *You want some Vicodin?*

MR:         *Yes, I do.*

CHS:        *I have a lot at home.  I can bring you some.*

MR:         *Are you serious?*

CHS:        *Yes.  I swear.*

MR:         *I hope I can go to work tonight.*

CHS:        *I give you Vicodin.*

MR:         *You are?*

CHS:        *I-I have it.  You want any, I'll give you.  What-what prescrip--what-what dose do you want?* [Laughing]

            [Laughing]

MR:         *I don't care.*
            [Pause with voices and noises]
            *Are you leaving right now?*

CHS:        *No, I'm* [UI]
            [Loud noises]

MR:         [UI] *I'll write it for you later--500. Let him* [UI]
            [Loud noises]

CHS:        *Whatever.*

Case:        ████████████

CD:          1D92-O

Session:     S1-4   Friday October 10th, 2008, about 15:20:30.


[Noises]

MR:          *Mike, tell me.*

[Noises]

MY:          *You Madi?*

MR:          *Yeah.*

[Noises and voices]

CHS:         *Target?*

MY:          *Do you know* [UI] *account?*

CHS:         *Cous', I don't care. As long as—she knows how she did it right last time. I don't care which one.*

MY:          [UI] *account. You need money?*

MR:          [UI]

CHS:         *Cous…you-you know…Hey cous'--*

MY:          [OV] *No.*[UI]

[Voices]

CHS:         *—I don't have—I'll deposit it whenever you want, OK? I have cash. But I know so that it comes in…*

MY:          *When?* [UI]

MR:          *Yesterday. It's refurbished.*

MY:          [UI]

MR:          *Yeah.* [Noises][UI] *how much? 8,000?* [Noises] *or 85?*

Government Exhibit 24 - 0071

Case:

CD:        1D92-O

Session:   S1-4   Friday October 10th, 2008, about 15:20:30.


CHS:       *Yeah, eight.*

           [Noises]

MR:        [UI]


           [End of session]

Government Exhibit 24 - 0072

Case:        ████████████
CD:          1D92-O
Session:     S1-5  Friday October 10th, 2008.


            [Session begins]

MR:         *... And the last thing I'd be doing is sending a picture of my daughter to Hadi.* [Laughing]

CHS:        *Mike I try to straighten it out as much as I can from you.*

MY:         *It's different for you.*

HY:         *Cous'...*

CHS:        *Huh?*

HY:         *And you're about the only one that's different from me.*

CHS:        What?

            [Multiple voices and noises]

CHS:        I don't give a damn [UI] For me the better you include me in there, the better it is for me even.

MY:         *Just in case somebody asks me where is that* [UI].

CHS:        That's why even if you put me down as a *contractor*, because at the end of the month—

MY:         [OV][UI] *they check-- if they come and ask me, I'm paying you for services.*

CHS:        *Yeah. Cous'*, I agree! That's why I'm saying if I am an *individual.* I can *file my own taxes at the end of the year.*
            [Coughing]
            You can see, no?  On how much I can—instead of you paying.
            [Pause with multiple voices]
            I looked—*I looked it up.*

            [Pause with multiple voices and loud noises]

1D92-O
S1-5   Friday October 10th, 2008.

MY:         *Have Moe fill out an employee package. Have Moe fill out an employee package and put him in the system, please.*

LG:         *OK.*

MY:         *You don't have to interview or nothing* [UI].

LG:         *OK.* [UI]

MY:         [UI]

LG:         *Alright* [UI]

            [Loud noises]

CHS:        [UI]

LG:         [UI]

            [Loud noises and multiple voices]

CHS:        [UI] *I'll fill it up.*

            [Loud noises]

MY:         *Rommel!*

RG:         [UI]

MY:         *This is---this is huh-the red-the hottie?*

RG:         *Yeah, you didn't know that?*

MY:         *Huh?*

RG:         *You knew that?*

MY:         *We know—we know all these bitches.*

RG:         *Huh?*

Case: ▮▮▮▮▮▮▮▮▮
CD: 1D92-O
Session: S1-5  Friday October 10th, 2008.

MY: *We know all these girls.*

RG: *Why you huh—you [UI]—there's more space?*

[Loud noises and multiple voices]

CHS: *Madi… Why do you always write my name with an "e"?*

MR: *It's not how it is spelled?*

[Loud noises and multiple voices possibly MY and RG]

CHS: *No. It's A-D. But it's OK!*

MR: *Mohammed.*

CHS: *Mohammad.*

MR: *Mohammad.*
[Dog barking]
*So it's M-O-H-A-M-D?*

CHS: *A-D*

MR: *Oh. No E? I'm sorry.*

CHS: *Doesn't matter. They don't care.*

MR: *Is Steve's that way, too? With an A?*

CHS: *I don't know.*

MR: *Uh uh.*

CHS: *I think he is with [UI] uh--*

MR: [OV] *That's why. Steve's is with an E.*

CHS: *Maybe so. Mike [UI]*

MR: [Laughing] *You should be careful. You should be cautious with that.*

Case:     ▓▓▓▓▓▓▓▓
CD:       1D92-O
Session:  S1-5   Friday October 10th, 2008.


MY:       *Everything is bullshit, man.*

RG:       *So what's up with the –uh––*

           [Voices and noises]

CHS:     *Do you want me to get you some Vicodin or what?*

           [Multiple voices and noises]
           [Phone rings]

CHS:     *You think this is bad?  I was going on* [UI] *today-- right?  And I saw two girls that go to Vicci all the time.*

           [End of session]

Case: ███████████
CD:     1D92-O
Session: S1-6  Friday October 10th, 2008. From 15:49:40 to 15:51:33.

[Session begins]

CHS:  *Who-who is your best, best, best source that works for you?*
       [Pause and noise]
       *Okay. I got you Mike talking about Colorado* [noise] *and bird and him telling me to be careful and he has no problem-and he gave me an application so I can get in the system. How much more do you want from me?*
       [Pause]
       *I want to hear it on tape with you so I can tell you right there!*
       [Pause with noise]
       *Alright... I-I got-I got it-it's done deal.* [sic] *I g-I—it's done deal too.* [sic] [Pause]
       *Mike, I handed him the $8,000. He's like, "Man, tell me what you've been doing because I want to make some money." I was like, "Hey, I just take—I deliver four kees* [sic] *every month, four birds all the way to Colorado. I g-come back and get paid $8,500 a month." And he's like, "Be care"—He's like, "Be careful cous', you know, new cars, new stuff and all that." And then Hadi's like, "Hey, be careful. I don't want that shit to come back and uh trace us back." And Mike is like, "I'm not worried about that." Then he tells me, "Hey, I got to put you in the system. Fill out this." He gave me a package and-we need to fill it up and send it back-to bring it back on Monday. You need to put me in the system so I can show that I'm-I'm working for him.*
       [Pause]
       *Yeah. And I had-uh Mike took it and I handed it to Mike. I sat on the desk.* [sic]
       [Pause and beeping]
       *No. I gave it to Madi and you're gonna hear Ma-Madi said, "Mike, what do you—do you want me to write him a check?" And he told her write it from Spill. And he's like, "Cous', you don't mind me writing it from spill?" I said, "When do you want me to deposit it?" And he's like "After Monday because if you* [UI]."—
       [Pause]
       *Yeah, they were all there, even Hadi.*
       [Pause]
       *I'm going to meet you at the uh-uhh—meet you at the school.*
       [Pause]
       *Right now. I'm on my way!* [Snorting]

[End of session]  

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ▄▄▄▄▄▄ |
| Task Number: | 4079 |
| Date: | 12/02/2008 |
| Time of recording: | 5:00 PM |
| CD#: | 1D-115-O |
| Session#: | S1-1, S1-2 O, S1-3 |
| Languages: | French/English/Arabic |
| Linguists: | Thu Nhi D. Barrus [French, English]<br>Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

Participants:
    CHS  Confidential Human Source
    MY   Mike Yassine
    HY   Hadi Yassine
    MR   Marisa Ruales
    RG   Rommel Gomez

Notes:
    *Italics* denotes conversation in English
    <u>Underline</u> denotes conversation in Arabic
    [PH]   Phonetic
    [UI]   unintelligible
    [OV]   Overlapping Voices
    [SC]   Simultaneous Conversation
    [ ]    translator's note

Case:    ██████████
CD:      1D-115-O
Session: S1-1   December 2nd, 2008, 5:00pm

[Mike Yassine's office on Colorado]

[Session begins]

CHS:    --I will always come back here.  Two weeks, two weeks.  My work is here.

HY:     You come, have fun and then you go.

CHS:    Yeah, but-but my business is here-I'm working, Joe.

HY:     Yeah, your white stuff, [Noises] where does it come from?

CHS:    Huh?

HY:     [OV] Huh? You have changed?  It comes from Austin?

CHS:    Huh? Now yes--

HY:     [OV] Huh? [Noises] Are you crazy or what?

CHS:    I don't know, yeah.  Well, it's my-it's my *base—base, cous'. I need cous' I need cous'.* An old guy like that? [UI] like that [UI] like that. [Noises]
        Another, another--five months, cous', when I am--I-I am *out completely.* [Pause] *I-uh-I'll retire.*

        [Noise]

HY:     What are you gonna do?

        [End of session]

Case:          █████████

CD:            1D-115-O

Session:       S1-2O December 2nd, 2008.


[Session begins]

HY:     *Madi, did you write any check out of Pure today by any chance?*

MR:     *Yeah, and Mike said--*

CHS:    [SC] [on telephone] *OK.*

MR:     *--you can't take more than $9,000.*

HY:     *Can't take more.*

MR:     *Um-hmm.*

HY:     *That's what I'm gonna take, that.* [OV]

MR:     *Yes. Oh, but I did write a check today.*

HY:     [UI]

CHS:    [SC] *Bye.*

        [Pause]

MR:     *I wrote one for 12,000 and 238 and 1,500.*

HY:     *11,500?*

MR:     *I wrote one for about 13,000.*

HY:     *You wrote one for 13,000?*

MR:     *Uh-huh. One for 238, and one for 1,600.*

HY:     *So how---there's only 11,000 there.*

MR:     *I know. I don't know.* [Laughs]

HY:     *Huh?*

Case:        ███████████
CD:          1D-115-O
Session:     S1-2O   December 2nd, 2008.


MR:          *I don't know.  I guess, just take nine.*

HY:          *Who did you write the $13,000 to?*

MR:          *The radio station.* [Pause] *So Mike said, just—all he told me was, "When Hadi gets here, just tell him not—just tell him—tell him not to take anything more* [UI]*."*

HY:          *Well* [UI]

             [End of session]

Case:         █████████████
CD:           1D-115-O
Session:      S1-3  December 2nd, 2008.

[Session begins]

[Conversation and noises in the background]

CHS:        *Cous'.* I have a question for you. Huh? *I'm gonna put it on the table.*
            *You tell me what you think, alright?*

MY:         *Alright.*

CHS:        We can make money, *easy*! You're—it's me--the guy-those guys are
            going to give me 50 to 100,000.

            [Hadi and Madi converse in the background throughout this
            conversation]

MY:         *Who?*

CHS:        The guys that—that I worked with last time. But—this is one month
            they're giving it to me, but it's two.

MY:         Hmm.

CHS:        If I brought 50,000 here, huh--and I place them here to issue some
            checks for me. *Basic*—

MY:         What?

CHS:        --I pick up checks for me, I mean. How long would it take for you issue
            checks for me?

MY:         *I don't understand,* what are you saying?

CHS:        Let's say I give you 50,000, huh? And then I—you want-—*basically*
            *what I want to do is I want to make it go through my account.* Maybe in
            five months-six months. Whatever way you think is *comfortable* for
            you. And then I said, we're gonna take a percentage. I would also make
            money off them *on top* of that.

MY:         *Whatever you want it* [UI] *you don't want to have to pay tax on it.*

Case:  █████████

CD:       1D-115-O

Session:  S1-3   December 2nd, 2008.


[Madi in a very loud conversation in the background]

CHS:    But that's it.  I ask how I can do it-how I can do it, I am asking you.  If the guy comes and gives me 50,000 now.  OK?  And I give it to you.  I tell you, *"Cous'* can you issue some checks to me? "

MY:     *Yeah, but he must have to pay tax on it.*

CHS:    *OK.*

MY:     *At the end of the year, I'll* [UI] *you—you—you don't have to pay tax on it but --*

CHS:    [OV] But, I'll ask you.  I ask you how I can do it—*what's your perspective?*  If you can—you see if—they want to give us money…[Phone rings] [Continued background conversation] Every—every—every—two or three-four months and then—but *basically* I'm re--laundering it for them. [Phone rings] OK?  I said I'll take a percentage—ten percent.  You get $5,000 on every 50,000.  You give me a little help, and I'll do [UI] also.

MY:     [UI] *But the 100,000 at –uh-one time-you want—at one time- you want them in a check?*

CHS:    But that—that won't be convenient for you.  I'm doing it so it'll be convenient for both of us.  If you want to do it in five months, in four months, in six months –however it can be done-- to make it easy?  I'll give it to you to see if you can come up with an idea for me.  See what I mean?  If you want to do for 100,000 in one shot, I can do that… or 50,000.

MY:     But I have a guy who can do that for you.

CHS:    But it's me.  I need it, I don't want--

MY:     [OV] One shot.

        [Continued background conversation]

CHS:    --and he takes a percentage.  But, it will be *legit* for me.  But tell me

Case:
CD:        1D-115-O
Session:   S1-3  December 2nd, 2008.

how—I am asking you if you can help me. If you can help, I mean.  If not, just say, "I can't."  I'll just say, "OK, cous'."  In fact, that's my thing.  I can't figure out how I can do it, and then I don't want to-to have problems.  That's all.  That's what I'm saying.  And if I get it one month at a time, you make, let's suppose, or 7,000, 7,000, 7,000.  It is as if I am working, I mean.  You see, no? [UI].

MY:     [OV] Hmm.  If it's not—5-6-6,000 dollars per month, *no problem.* 10,000 dollars a month, there's no problem.

CHS:    That's what I'm saying. You would be interested—

MY:     [OV] *Even 15,000, but no more than that.*

CHS:    No.  If you see—you tell me, I'll give you.  You tell me in how many months.

MY:     *Madi, that's not what I needed, man.*

MR:     *I'm sorry, Mike?*

MY:     *That's not what I needed.*

MR:     *OK, you said you wanted a copy of the check.*

MY:     *Yeah--of the—the 3,000 and the 3,800.*

MR:     *OK.*

MY:     *And you gave me the 3,800, and you gave me the 4-6,000.*

MR:     *OK.  Sure, I'll have to get the other out.*

MY:     *Yesterday you came here and you wanted—you insisted on going back, and I was like, "No, Madi, I just needed the 3,000 and 3,800."*

MR:     *So you have the 3,800.*

MY:     *And really the 3,000 is what I need.*

MR:     *OK. No problem.*

Case:           ████████████
CD:             1D-115-O
Session:        S1-3    December 2nd, 2008.


         [Noises]

MY:        *I mean, let me have that since you already have it.*

MR:        *OK.  I'll get you the other one.*

MY:        *Huh?*

MR:        *I'll get you the other one.*

MY:        *It's not gonna be today?*

MR:        *Well, I'm gonna call right and see who I—*

           [Voices]

MY:        *Well, did you not hear me yesterday when I was telling you?*

MR:        *Yes sir.*

MY:        *Did you, or did you not?*

MR:        *I heard you, and I obviously put the wrong number down.*

MY:        *Well, I mean, I remember the two checks that were back-to-back.  I'm talking to you, Madi.*

MR:        *Yes, but I'm trying to get a hold of someone before they leave so I can get this for you.*

MY:        *Well, it's too late.  It's 5:22.  I'm fucked again.*

MR:        *I can call the 1-800 number.*

RG:        [UI] *boss, you want to double-check this or you want to give it to her?*

           [Noise]

CHS:       So you see cous'.  If you tell me that you do not want to--you can do-help me.  And then you say, "I'll take--," --I say that you take five percent-ten percent on 50,000, on--ten percent on 100, OK? And you

Case:                       ████████████

CD:            1D-115-O

Session:       S1-3   December 2nd, 2008.


give me checks, you tell me one-every month, let's say---let's say 8,000 dollars-9,000 dollars.  And I take, I take and at the end, I make money off them and on---and you make money.

MY:        *Just give me the ca—I'll give you back minus five percent.*

CHS:       *Five percent?*

MY:        *Yeah.*

CHS:       *I mean*--you want to do it all in one shot or do you want to do it in checks?

MY:        No, no.  What do you mean in one shot?

CHS:       You want to give me checks?

MY:        *Whatever you give me, I'll give you back, minus five percent.*

CHS:       If I bring you 50,000?

MY:        *Hey, it's gonna take me a couple of months.*

CHS:       That's what I'm telling you. If you put for me--

MY:        [OV] *I don't want to do it in one month.*

CHS:       No, that, I said, however you want to put it in an account.

MY:        [OV] *I can do it.  I can do it, uh,* 9,000, 9,000, 9,000--

CHS:       [OV] That's it!

MY:        *--as much as you want.*

CHS:       Well *OK.*  That's it

MY:        [OV] *the thing is—no more than 10,000.*

CHS:       [OV] If you tell me that, I'm *OK.*

Case:          ████████
CD:            1D-115-O
Session:       S1-3  December 2nd, 2008.

MY:     Less than 10,000, *as much as you want me to do it. As much as you want.*

CHS:    You take t six percent. That way you take five for you and one percent for me. [Laughing]

MY:     [UI] *they all have to come back to you, or they can be to you,* your wife, your sister, your father?

CHS:    Whatever way you think you can make it work for me. I put the deal on the table for you so you can help me, so I don't make a mistake, so I don't make a mistake.

MY:     [OV][UI] 9,000 for you, 9,000 for Caroline, 9,000—

CHS:    [OV] OK, that's why I'm saying--

MY:     --and the same thing next month.

CHS:    [OV] but I said, I'll give it to you so you—so I won't do anything stupid, *cous'.* That's basically it, the purpose of [UI]—the reason why I'm telling you to help me. OK? That's it. Fine. We're done with that. I'll bring you the money. It's a *deal, done deal.* You'll do that for me. [Noise] But there's just one thing, cous'. I couldn't do—the copy I brought for the thing.

MY:     *Well, I told you to bring me the stuff.*

CHS:    *I can't. I have to go to the courthouse--I'll get arrested.* I'm telling you the truth. It's 2,400. If I give Madi my *information, she calls uh--downtown,* she can find out how much it is. [Noise] I'm not asking you to pay, cous'. [Coughing] I'm just asking if you, can you help.

MY:     [OV] *You give me the information, and let me see what I can do.*

CHS:    *Should I give Madi my info? She can call? Because I—if I go over there, I'll get pulled over.*

MY:     *Yeah, I mean, I'm not gonna give you 2,400 because I can't—*

CHS:    [OV] *I don't want it—I don't want to pay it.* I don't want to pay. I don't

Case:            ███████████
CD:              1D-115-O
Session:         S1-3   December 2nd, 2008.

|       | want to pay.  I'll make an arrangement--*if you can break it down and pay in arrangement, I'll break it down.*  So Monday, *cous*'? |
|-------|------|
| MY:   | *Yes.* |
| CHS:  | *Huh?* |
| MY:   | *Yes.* |
| CHS:  | [UI] |
| MY:   | *Let me* [UI] |
| CHS:  | [UI]. *Say go—-say goodbye.* Ah, *cous*' did you see the new *Sprint?* There is better than this... [SC] *It's better than this*, I brought it to show you. |
| MY:   | [UI] |
| CHS:  | Look, you make-you make contact.  *Everything is like this-on hand*, it's great, I mean.  It's— |
| HY:   | [Speaking to unidentified person or on the telephone] |
|       | [Noises] |
| CHS:  | *Alright, Madi.  Thank you Madi for the time.* |
|       | [Noises] |
| MY:   | [Speaking to unknown person on the phone] I'll talk to you soon.  Bye bye. |
|       | [Noises and voices] |
| CHS:  | *Cous*'? |
| CHS:  | [UI]. *Say go—say goodbye.* Ah, *cous*' did you see the new *Sprint?* |
| HY:   | *All good?* |

Case:         ▉▉▉▉▉▉▉▉▉▉
CD:           1D-115-O
Session:      S1-3   December 2nd, 2008.

CHS:          *All good.*

HY:           *All worked out?*

CHS:          *Yeah.* You want something else, *cous'*? *If I don't see you this week, I'll see you next week.*

MY:           *Alright, cous',* thank you.

CHS:          Thank you, *Mike.*

MY:           [UI] *Thanks.*

CHS:          *Bye, Madi.*

MR:           *Bye, bye, Chase.*

MY:           *Bye, Chase.*

CHS:          [Baby's voice] *Say goodbye* [UI]
              [Laughing] [Baby's voice]
              *Come on.*
              [Noises]

              [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number: ███████

Task Number: 3478

Date: 01/16/2009

CD#: 1D-117-O

Session#: S1-1

Source Languages: French/English

Linguist: Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
CHS          Confidential Human Source
MY           Mike Yassine

Notes:
*Italics denotes conversation in English*
[UI]         Unintelligible
[PH]         Phonetic
[OV]         Overlapping Voices
[SC]         Simultaneous Conversation
[IA]         Inaudible
[sic]        Incorrect in the original form

Case: ████████████
CD:       1D117-O
Session:  S1-1   Friday January 16, 2009, about 19:45.

[Yassine Enterprises office]

        [Session begins]

CHS: [UI] [Noise]
Call him. I'm leaving tomorrow, [UI]. *I'm flying*—I'm traveling—

MY: Uh...

CHS: —Uh, do you remember that thing uh-the checks? I'm going to do my-- my taxes. But I don't know how I-I *file* uh, uh, since I'm con-contractor. What do I need to do to *file*? I want to ask you that before I go. Because normally I do that at *Jackson-Hewitt.*

MY: *Well you're gonna tell them you work where?*

CHS: *Well, that's why I'm saying I*—That's why I'm asking you.

MY: You want to do your *taxes?*

CHS: I'm going to do my *taxes.*

MY: *OK. You want to tell them you work where?*

CHS: That's what I'm asking you. If I...I took checks and deposited them, they don't need to know, do they?

MY:: Am I the one-who gave you the checks?

CHS: Yeah.

MY: How many checks I [UI] you.

CHS: Not even four, uh, seven and seven and seven, not even 14.

MY: *If you want to—you don't have to file.*

CHS: *I don't have to?* That's what I'm asking you. I want you to tell me what I need to do.

MY: *If you want to file it, if you want to . . .*

Case:         █████████
CD:          1D117-O
Session:    S1-1  Friday January 16, 2009.

CHS:       The—the less money I make—you see my deal?  It's the—the most that I have myself paid back from the-the government. They only gives me 6,000 per-per year.  If it's less than a certain something…

MY:         *You want to—you want to—you want to—in—present that money or not?*

CHS:       *I-I don't know.  If I do want to present it, how do I do it?*

MY:         *Then you tell them that you work and this is-is how much you made.*

CHS:       *I don't have to . . .*

MY:         *And you pay taxes on it.*

CHS:       *And, uh, that's what I'm saying, because usually I use . . .*

MY:         *You don't have to.  Then they'll be on me.  They come to me, I say, "No, I gave him the money."*

CHS:       *OK, but that's why I don't want it to come to you.  I'll—I'll file.*

MY:         *You want to file it?*

CHS:       *OK.  I want to file it so I can take the—usually I have W-2.*

MY:         *You're gonna pay taxes on it.*

CHS:       Yeah—That doesn't matter, because the government pays me *back*, *because I make less than 60,000 a year.*

MY:         *Who told you that?*

CHS:       Every year I get 5,000 from them.  But normally I have W-2.  Now *how do you file the in-independent contractor?*

MY:         *1040*

CHS:       *1040.*  That's it, right?

MY:         *I-I can pay for you, though.*

Case: ▮▮▮▮▮▮▮▮
CD:       1D117-O
Session:  S1-1  Friday January 16, 2009.

CHS:    *OK,* it's--but I don't want you to pay.  I want to pay, like I pay the--it's-it's [UI].

MY:     [OV] *No, I don't need to pay; I can give you a 1040.*

CHS:    *OK. That's why I will need to ask you.*  That's it.  That's all of my questions since yesterday.

MY:     *Just tell me how much you want on the 1040.*

CHS:    Oh yeah?  OK.  That's all, cous'.

MY:     *I can—but whatever I leave you on the 1040, you'll have to give back to 'em*

CHS:    *OK. I have to somehow.*

MY:     *You tell 'em-tell-tell 'em you want to save 10,000-1,000.*

CHS:    *OK,* and the thing is—it's the second thing.  The money that Igav-I told you—that I'll bring, to do—for you to give me some checks—I can give you 50 or even 100, whatever you want.  As soon as you tell me.  But I want to know just one thing, cous'.  I don't want to come and fuck you up, because I know you don't like that.  Tell me in how much time you want to do for me-how many checks you want to give me.  That's all.

MY:     Um-hmm.  When you give me the money, *I'll give it to you right back.*

CHS:    You're going to give me—I give you—50,000, you'll give me 50,000 back right away?  Does that work for you?

MY:     *I don't care.*

CHS:    Or do you want to do that over a period of *time.*

MY:     Umm, I don't care-when it's ready.

CHS:    It's like I told ya-it'll be whichever way you want.  It doesn't matter to me.  You'll give me one-one check or two, three?

MY:     You're gonna give me *cash or check?*

Case: ████████████
CD:      1D117-O
Session: S1-1  Friday January 16, 2009.

CHS:    I'm going to give cash—100,000.  If you want 100, I give you back six
        —I give you 50.  Either of the two.
        [Pause]
        And I'm not playing around.  I'm not wasting your time.  That's why I'm
        asking you.

MY:     *Let me give you a check.*

CHS:    There is—you talked about that.  Do you remember?  You said you'll
        take five percent off of that- I don't know what.

MY:     Yeah, at the end of the year!

CHS:    That's right.  We'll come back the next year-we're going to face the
        same problem.  That's why I'm asking you how I should do it.  When
        all's said and done, I don't want to be screwed by them, you see--the
        government.

MY:     *Right now I didn't give you enough money to worry about it.*

CHS:    *OK, so I*—we'll forget that.

MY:     [OV] If you want—

CHS:    Yes?

MY:     *I can give you a 1040.  Forget what I give you.*

CHS:    *OK.*

MY:     *I'll give you a 1040. When we give you a 10-1040 that you made money
        here this year-- I can give you a 1040.*

CHS:    *OK*

MY:     [UI] *you pay.  You tell me how much you want to tell them you make.  I'll
        give you a 1040.*

CHS:    And—and—*I can---and that—then I don't have to pay taxes on it.*

MY:     *You have to pay taxes on it.*

Case:          ▮▮▮▮▮▮▮▮
CD:            1D117-O
Session:       S1-1   Friday January 16, 2009.

CHS:     *OK. but* if I don't—I haven't made enough this month.  What I've done...those checks that I've done with you--they *can't*-they can't *trace for that.*  I won't pay on those.  But now, the checks--if I give you 100 or 50, how am I going to do next year?

MY:      *Same thing.  You have to come and--.*

CHS:     [UI] *1040*

MY:      *--and we'll have to figure out a way.*

CHS:     *OK.*  In how much time will you--do you want to take the money?

MY:      *1040 is a simple piece of paper--*

CHS:     [OV] *I-I don't even know.*

MY:      *--you get it from the IRS--*

CHS:     *OK.*

MY:      *--that I have to fill out.*

CHS:     *OK.*

MY:      *And send it to IRS.*

CHS:     But *you don't pay—I pay the taxes.*

MY:      [OV] [UI] *they're gonna send you a bill.*

CHS:     *A bill—for the amount of money I make?  But-but you know usually when I cl-claim my taxes,* I go, *I claim my-uma-uma-I'm a four—four people, Cindy* and the children.

MY:      Yeah.

CHS:     And *how much money I made this year.*

Case: ████████
CD:        1D117-O
Session:   S1-1  Friday January 16, 2009.


MY:        [OV] It depends on how much I give you—

CHS:       *And then they deduct it.  But usually because I don't make a certain amount like 80—90,000 a year, you—you—they get—uh—get—I get money, like a 1,000 for each kid and something.*

MY:        *Yeah, but on the 1040 you're gonna pay them.*

CHS:       *I gotta pay on it.*

MY:        *Um, sure.*

CHS:       But can't I *bypass* that?
           [Pause]
           I can.

MY:        *Don't put it down.*

CHS:       And they can't *trace* me?

MY:        *No.*

CHS:       OK, that's all I wanted to ask you.  The last thing before—and I know you're *busy;* you've got *paperwork.*  Uh, if I give you the money, how much time do you want to do it?  The checks?  How many checks?

MY:        That I give back to you?

CHS:       Yeah, but I'll bring to you.  If you want, I'll bring 50 or 100, whichever way you want.  [Pause] How many checks?

MY:        *You know what?  [UI] instead of writing…instead of me writing checks to people . . .*

CHS:       *Um-hmm.*

MY:        *I'll just write a check to you, and I'll pay people in cash.*

CHS:       *OK, but that's what I was saying-uh-how long do you want to do it?  See, I'm going to give you—*you're going to give me the checks, a-a normal check.

Case:
CD:        1D117-O
Session:   S1-1   Friday January 16, 2009.

MY:      *Just three days.*

CHS:     *OK.* Whatever you want.  OK, cous'.  So, I'll bring that to you.

MY:      *Every Tuesday.*

CHS:     *Every Tuesday.* OK, that's it.  That's the question I'm asking you, because I know that you're *busy.*  I don't want to come and bother you.

MY:      *Every Tuesday.*

CHS:     *Every Tuesday.  OK.  I'll—I'll call.*

MY:        Did you speak to Steve?

CHS:       Yeah, the old man went out.

MY:        Hmm.

CHS:       He's at the airport.  He didn't sleep yesterday…

           [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ██████████ |
| Task Number: | 3499 |
| Date: | 01/22/2009 |
| CD#: | 1D-120-O |
| Session#: | ███ S1-2 |
| Languages: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

<u>Participants</u>
CHS        Confidential Human Source
MY         Mike Yassine
Child      Child

<u>Notes</u>
*Italics denotes conversation in English*
[UI]        Unintelligible
[PH]        Phonetic
[SC]        Simultaneous Conversation
[OV]        Overlapping Voices
[IA]        Inaudible
[sic]       Incorrect in the original form

Government Exhibit 24 - 0098

Case:         ████████████

CD:           1D120-O

Session:      S1-2    Thursday January 22nd, 2009, about 5:45pm


CHS:          *Duda, hold on.*

Child:        *Mommy--*

              [Phone rings]

CHS:          *OK.  Hold on.*

Child:        *No . . .*

CHS:          *It's fine...*

MY:           *Hello?*

CHS:          *Mike?*

MY:           *Yes sir.*

CHS:          *Sorry, cous'...*

MY:           *Hmm.*

CHS:          How are you?

MY:           What's up?

CHS:          Nothing, cous'.  *I apologize I couldn't call you, because here you get a ticket when you drive and talk on the phone.*  I wanted to ask you, *cous'.* I wanted to get my plane ticket, but I didn't know how long you wanted me to stay over there.  *You know I was going to be there on the 9th.  I don't know how long you want me to stay, before you see me.*

MY:           *Where?*

CHS:          To come see you, the—for the-the February--the *nine..*

MY:           *Yeah, what about it?*

CHS:          *If I come, how long do you want me to stay . . . before you see me and stuff?*

Case:            ███████████

CD:              1D120-O

Session:         S1-2    Thursday January 22nd, 2009, about 5:45pm


MY:      I don't understand- uh-what-what-- *you're coming to do what?*

CHS:     To d—to do—get the checks and then to give you the dough.

MY:      *One—one day . . . same day.*

CHS:     *Same day?*  That's why I--because I--once I buy my ticket, it's *$99, $99, seven days ahead.  I can't change it.  I'll have to pay $129 if I change the day . . .*

MY:      *OK.  No problem.  One day.*

CHS:     *OK.  Thanks.  I lo--I love you, cous'.  Thank you.*

MY:      *Alright.  No problem.*

CHS:     *Alright, bye.*

MY:      *Bye.*

         [End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number: ▮▮▮▮▮

Task Number: 4080

Date: 04/28/2009

CD#: 1D-121-O

Session#: S2-1, ▮▮▮ S2-3

Source Languages: French/English/Arabic

Linguists: Thu Nhi D. Barrus [French, English]
Basam Aourani [Arabic]

### VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Confidential Human Source | CHS |
| Mike Yassine | MY |
| Hadi Yassine | HY |
| Marisa Ruales | MR |
| Unknown Male | UM |

Notes:
*Italics denotes conversation in English*
<u>Underlined</u> denotes conversation in Arabic

| | |
|---|---|
| [UI] | Unintelligible |
| [OV] | Overlapping Voices |
| [SC] | Simultaneous Conversation |
| [PH] | Phonetics |
| [IA] | Inaudible |
| [sic] | Incorrect in the original form |

Case:      281N-SA-60041
CD:        1D121-O
Session:   S2-1   Tuesday April 28th, 2009, approximately 17:00.


            [Session begins]

            [Phone rings]

CHS:       *Mike.*

            [Female voice in the background]

            [Noise]

CHS:       *Cous'* can I come and take the checks from you?

            [Phone rings]

MY:        Huh?

            [Phone rings][Noise]

CHS:       Take the checks from you? *Cashier's checks--for payroll*?
           [Phone rings]
           *Huh?* Can—can you do that...it's not too [UI]

MY:        [UI]

CHS:       OK*? I'll give you the cash.*

MY:        *Um-hmm.*

CHS:       *OK.* I'll give it to her tomorrow or Thursday.

MY:        Whenever you want.

CHS:       OK.

MY:        Tomorrow is fine... *just give it direct, give me the checks.*

CHS:       How much—*Mike,* uh, *I know you're busy,* and each time I bug you. But
           this time, I'm not lying to you, I'm here for that reason.

MY:        Uh-huh.

                .

Case:
CD:        1D121-O
Session:   S2-1   Tuesday April 28th, 2009, approximately 17:00.

CHS:    So, if I give you the-uh-a *hundred.*

MY:     Uh huh.

CHS:    How long will it take you to *clear the checks* for me?

MY:     *Two weeks.*

CHS:    *Huh?*

MY:     *Couple weeks.*

CHS:    [UI] *Can I-can I ask you for something? Can you postdate 'em? So I don't have to come back?*

MY:     *Uh-huh.*

CHS:    *Huh?*

MY:     *Uh-huh.*

CHS:    *OK.*

        [Phone rings]

MY:     *No problem.*

CHS:    I *set up* with *Madi?*

MY:     *Huh?*

CHS:    I *set it up* with *Madi?*

MY:     *Yeah, just—just give-just give her the check. She--cash. She gives you the checks.*

CHS:    I give her the-uh—all the money and then she gives me the checks?

MY:     Uh-huh.

CHS:    *Thanks, Mike.*

Case: ████████████
CD:  1D121-O
Session:  S2-1  Tuesday April 28th, 2009, approximately 17:00.

CHS:  So, if I give you the-uh-a *hundred.*

MY:  Uh huh.

CHS:  How long will it take you to *clear the checks* for me?

MY:  *Two weeks.*

CHS:  *Huh?*

MY:  *Couple weeks.*

CHS:  *Can I organize it for something—can you postdate 'em? So I don't have to come back?*

MY:  *Uh-huh.*

CHS:  *Huh?*

MY:  *Uh-huh.*

CHS:  *OK.*

       [Phone rings]

MY:  *No problem.*

CHS:  I *set up* with *Madi?*

MY:  *Huh?*

CHS:   I *set it up* with *Madi?*

MY:  *Yeah, just—just give-just give her the check. She--cash. She gives you the checks.*

CHS:  I give her the-uh—all the money and then she gives me the checks?

MY:  Uh-huh.

| | |
|---|---|
| CHS: | *Thanks, Mike.* |
| Case: | ███████████ |
| CD: | 1D121-O |
| Session: | S2-1   Tuesday April 28th, 2009, approximately 17:00. |

| | |
|---|---|
| MY: | *No problem.* |
| | [Noises] |
| CHS: | *Hey, Madi.* |
| MR: | *Mike, where do you want the checks from?* |
| MY: | *What?* |
| MR: | *For them.* |
| MY: | *You have to cash them now?* |
| CHS: | *No tomorrow.* |
| MY: | *Huh?* |
| CHS: | *Tomorrow I'm gonna bring it.* |
| MY: | [OV] *Yeah, just write up* [UI] |
| CHS: | [OV] *I just got back in town.* |
| MY: | *--split it from the accounts.* |
| MR: | *Accounts?* |
| MY: | *Qua, Pure and . . .* |
| CHS: | *Can we do it me and Cindy?* |
| MY: | *Yeah.* |
| CHS: | *Alright, because it's a lot.* |
| MR: | *You want me to write them tomorrow when he brings the cash or you want me to write—* |
| CHS: | [OV] *No, tomorrow.* |

Case:   ████████████
CD:      1D121-O
Session:  S2-1   Tuesday April 28th, 2009, approximately 17:00.

MR:     *OK.*

CHS:    *Thank you.*

MY:     *Qua, Pure and, uh—*
        [Phone rings]
        *--what's the other one?*

MR:     *Malaia?*

MY:     *No.*

MR:     *Qua, Pure and . . .*

CHS:    [OV] *Kiss and Fly.*

MY:     *Kiss and Fly.*

        [Phone rings]

CHS:    [Laughing]

        [Voices and noises]

CHS:    *Thanks, Mike.*

MR:     *Um-hmm.*

CHS:    *Cous'...*

MR:     *Are you gonna want...*

        [End of session]

Case:   ███████████
CD:   1D121-O
Session:   S2-3   Tuesday April 28th, 2009.

[Session begins]

[Conversations and noises]
[Phone rings]

MR:   [UI] *may I help you?*
[Pause]
*Yeah.*
[Pause]
*Yeah, um-hmm. May I help you to catch up* [UI] *for just a second?*

CHS:   *Mike?*

MR:   *Um-hmm.*

[Long pause with noises and conversations in the background]

MY:   Tell me . . . how much *cash* will you bring tomorrow?

[Noises]

CHS:   Uh—uh—100 . . . 100.

MY:   *Tomorrow?*

CHS:   Yeah.

MY:   100,000?

CHS:   Yeah. I-I just got here. The *guy*—I'll go get my money tomorrow in San Antonio, so tomorrow night.

MY:   *You'll have the hundred?*

CHS:   *Uh-huh. All hundred.*
[Noise]
Let's go?
[Noises]
[UI] *the money.*

Case:        █████████

CD:          1D121-O

Session:     S2-3   Tuesday April 28th, 2009.


HY:          Is he gonna give you 100,000?

CHS:         Yeah.

HY:          And what will you do with it?

CHS:         I'll give it to Mike, and then I'll get *postdated* checks *to-* since *Mike* will
             *clear*. I don't give a damn. I can't take it like that, I'm not working, *Joe*.

             [Pause]

HY:          You're-you're going to give 100 to *Mike*, every month he takes—every
             month he takes a check?

CHS:         Whichever way he wants.  He'll give me some *postdated* checks and
             then I just deposit them.

HY:          [UI]

             [Pause with noises]

CHS:         Are you hungry?

             [Noises and conversations]

[UM]:        *Do you have, uh,*
             [Background conversations]
             [UI] *a check for me?  The last time* [UI].

CHS:         Who's that for? [Pause] Huh? [Pause]

HY:          If you want it, take it.

             [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:          ▬▬▬▬▬▬

Task Number:          4081

Date:                 04/29/2009

CD#:                  1D-122-O

Session:              S1-1

Languages:            French, English, Spanish

Linguist:             Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
CHS          Confidential Human Source
MY           Mike Yassine
LG           Laura Garcia

Notes:
*Italics denotes conversation in English*
*Italics underlined denotes conversation in Spanish*
[UI]          Unintelligible
[OV]          Overlapping Voices
[SC]          Simultaneous Conversation
[PH]          Phonetic
[IA]          Inaudible
[sic]         Incorrect in the original form

Government Exhibit 24 - 0109

Case: ██████████
CD: 1D122-O
Session: S1-1 April 29, 2009, 14:00

[Session begins]

LG: *Yassine Enterprises.*

CHS: *Uh, is this Laura?*

LG: *Yes.*

CHS: *Hi, it's Mo.*

LG: *Hey, Mo. What's up?*

CHS: *I was just—wanted to see if Madi was there.*

LG: *No, she's not.*

CHS: *Is Mike there?*

LG: *Mike? Uh, yeah, hang on, let me see if he's still here, hold on, OK?*

[Long pause]

MY: *Hello.*

CHS: *Hey, Mike.*

MY: *Hey, cous'. What's up?*

CHS: *I-I'm sorry to bother you. I just wanted—*

MY: *No problem.*

CHS: *—tomo-tomorrow* can I come at 3:00 or 4:00?

MY: *Honestly, tomorrow, man, it's not looking good.*

CHS: *No?*

MY: *Not looking good at all—at all—at all.* Then *Friday I'm going out of town.*

Case:            ███████████

CD:              1D122-O

Session:         S1-1  April 29, 2009, 14:00


CHS:    *Right. So*, can't I come and drop off the stuff tomorrow?

MY:     Tomorrow *I have a meeting—2, 3, 4, 5, 6, 7.*

CHS:    *OK.*

MY:     *2, 3, 4, 5, 6, 7.*  At what time do you want to come?

CHS:    At the time that's *convenient for you.*

MY:     *Uh... between 2 and 6 not-—not possible—2 and 7 is not possible.*  From 2:00 to 7:00 *is not possible.*

CHS:    OK.  At what time—

MY:     *So—*

CHS:    —can't you—tell me the time that you—

MY:     *Either before 2:00 o'clock or after 7:00 o'clock.*

CHS:    OK.  Whatever you want.

MY:     *Before 2 PM or after 7 PM.*

CHS:    Do I come to the office?

MY:     Uh-huh.

CHS:    OK.

MY:     Yes, *and just let me know which one is better for you.*

CHS:    *OK, uh, whatever—what—what—what do you want?*  Two o'clock—I'll come before 2:00.

MY:     *OK, before 2:00 then.*

CHS:    *OK, cous'.*

MY:     *OK.*

Case:
CD:       1D122-O
Session:  S1-1  April 29, 2009, 14:00


CHS:      *Alright.  Bye.*

MY:       *Bye.*

          [End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 UNIVERSITY HEIGHTS
SAN ANTONIO, TX 78249

File Number:

Date:              04/30/2009

CHS Call#:         46

Language(s):       English

Linguists:         Thu Nhi D. Barrus

### VERBATIM TRANSLATION

Participants:    CHS      Confidential Human Source
                 MR       Marisse Ruales

Notes:           [ ]      Translator's note
                 [UI]     Unintelligible
                 [PH]     Phonetic
                 [OV]     Overlapping Voices
                 [IA]     Inaudible
                 [SC]     Simultaneous Conversation
                 [sic]    Incorrect in the original form
                 [RC]     Recorded conversation/message

Government Exhibit 24 - 0113

Case:
CD:        CHS Consensual
Session:   46-O April 30th, 2009. 12:32:40


[Session begins]


MR:     *Yassine Enterprises, how may I help you?*

CHS:    *Hey Mady [PH], it's me.*

MR:     *Hey Moe, what's up?*

CHS:    *What's going on?*

MR:     *Uh… Mike said to give you a call… [Noise] Are you try—are you coming in today?*

CHS:    *Yeah. I'm coming right now, actually. I was in the shower, I just got up. We went out last night, so I couldn't get up earlier.*

MR:     *Uh… You're coming right now. Hold on one second. [Pause] Okay, uh, you—hurry, because he's gonna start getting all of the appointments to come in.*

CHS:    *Okay, I-I-I just got out of the shower right now; I'm leaving—I'm gonna leave about five minutes [sic], I'll be there in ten.*

MR:     *Okay, bye.*

CHS:    *Bye.*

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:      281N-SA-60041

Task Number:      4082

Date:             04/30/2009

CD#:              1D124-123-O   [124 = Video, 123 = Body recorder]

Session#:         S1-1 O, S2-1, S2-2
                  S3-1, ██████████, S3-4, ██ S3-6

Source Languages: French/English

Linguist:         Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
CHS          Confidential Human Source
MY           Mike Yassine
HY           Hadi Yassine
MR           Marisse Ruales
JL           Jeff LNU
RG           Rommel Gomez
UM           Unknown Male
SA           Special Agent

Notes:
*Italics denotes conversation in English*
[UI]         Unintelligible
[IA]         Inaudible
[OV]         Overlapping Voices
[SC]         Simultaneous Conversation
[PH]         Phonetics
[IA]         Inaudible
[sic]        Incorrect in the original form

Case: ▮▮▮▮▮▮▮▮
CD:      1D124-123-O
Session: S1-1O  April 30th, 2009, 13:13 [14:13:00 to 14:13:44]

[Yassine Enterprises office]

> [Session begins]

SA:  *The time is 1:13 PM. This is April 30th, 2009. This is Special Agent Don Holstead. This is a consensually recorded conversation inside 213 West 4th Street, Suite 200, Yassine Enterprises office, between Mike Yassine laundering $100,000 of reported cocaine trafficking proceeds.*

> [Pause with whispers and noises]

SA:  *You gotta take it.*

CHS:  *Aw, man!*

SA:  *Shhh...*

> [Pause with whispers and noises]

CHS:  [UI] *I can't take that, seriously.*

SA:  *He's not gonna search you.*

CHS:  *I promise you, he will. I promise you. You have to take that out. I have seen it.*

> [Pause]

SA:  *This is video, we need it.*

> [End of session]

Case: ███████████
CD: 1D124-123-O
Session: S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

[Session begins]

[Noises]

CHS: I have a notebook like you now, *cous'*.

JL: [UI] *Do you want me to get you two of those Cokes in ice* [UI]?

MY: *Eh!*

JL: *And when you pull up you can just click.*

MY: [OV] *Go ahead.*

CHS: It's for *Steve*'s *birthday.*

MY: *Steve*?

CHS: *Steve's birthday.*

[Pause with noises and conversation in the background]

MY: This is, [UI]

JL: [UI] He got you some of the change...

CHS: *Cous'.*

MY: That's scary *Joe...*

CHS: If you don't want it, I keep it, *cous'.*

MY: Huh?

CHS: It's 10,000—10,000—1,000—1,000.

MY: Why is it like that?

CHS: That's how they gave it to me, *cous'.* I haven't touched it. I was at *Steve*'s, [UI] I was going to sit with the dogs and everyone...

Case:
CD:        1D124-123-O
Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MY:        Is that how they give the money, *Joe?*

CHS:       That's how, *cous'.*

MY:        Huh?

CHS:       [UI]

MY:        That scares me, *Joe!*

CHS:       Uh, uh--*cous'*...

MY:        Huh?

CHS:       --*you get five percent.* I take ten percent.

MY:        How much, how much is there here?

CHS:       There's ten—100.

MY:        You're lying.

CHS:       Yeah.

MY:        *I get what?*

CHS:       100. You get five percent, and I get five percent.

MY:        But, *Joe*, you can't cause me problems, *cous'.*

CHS:       *Cous'*, here, I'm not causing you—if you're not com-comfortable—

MY:        [OV] They don't know- know-know, do they?

CHS:       --huh?

MY:        They don't know.

CHS:       They don't know. They think I work as a *manager.* I put a little, I take

Case:

CD:        1D124-123-O

Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


out.  I put a little, I take out.

MY:    What I'm going to do.  *I'm never gonna—probably never gonna use it—*

CHS:   *OK.*

MY:    *—but just in case.*

CHS:   *OK.*

MY:    You're gonna sign a letter for me…

CHS:   *OK.*

MY:    …that *I'm paying you back for the money I borrowed.*

CHS:   *OK.*

MY:    *Huh?*

CHS:   *OK.*

MY:    *Uh . . .*

CHS:   *Whatever makes you comfortable, cous'.*

MY:    *This is for reimbursement for*—[noise] *the money I borrowed from you.*

CHS:   $100,000?

MY:    Yeah.

CHS:   *OK.*

MY:    *I'm paying you back.*

CHS:   *OK.*

MY:    *Right?*

CHS:   *OK.*

Case: ███████████
CD:       1D124-123-O
Session:  S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MY:    *So that Mike Yassine, uh, owes me a 100 grand, and is paying me back.*

CHS:   *OK.*

MY:    *For money I've—you've let me borrow a long time ago for the club.*

CHS:   *OK. Whatever makes you comfortable, cous'.* That's why I knew—I said—I said maybe you wouldn't do it—I knew—if you're not comfortable, I take it away. Whatever you want.

MY:    *It scared me a little bit on—on—on-uh-we don't have--but it's scare—but it's scary—but it's not the IRS—*

CHS:   If you don't want the 100,000—

MY:    [OV] It's not the *IRS--*

CHS:   --we can do it bit by bit.

MY:    *--who scares me*

CHS:   We can do it bit by bit.

MY:    Whatever you want. It's the —It's the same for me.

CHS:   [OV] For me, it's whatever you want, huh, *cous'.* I do it. The quicker I can do it [noise] the quicker I can-- I can make money. That's all. [Voice in the background] It's however you want. It's—they have--he told me it's ten and then it's 1,000—-1,000—1,000.

MY:    Huh?

CHS:   It's—

MY:    You—how—how are you going to bring the money to the guy?

CHS:   I put it in the check. You give me a check—

MY:    Yeah.

CHS:   —let's say today. *OK?*

Case: ▐▐▐▐▐▐▐▐▐
CD:       1D124-123-O
Session:  S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MY:      Yeah.

CHS:     You told me that you'll cut-uh-in two or three weeks, let's say.

MY:      Huh?

CHS:     Yeah? You said you'll do it in two, three weeks.

MY:      Yeah.

CHS:     Let's say you cut.  You make a check for me.  I put it on me and *Cindy*.
         When I *cash* the check –

MY:      *Madi, bring the checkbook—*

MR:      *Yes, sir.*

MY:      *—for—*

MR:      *Pure?*

MY:      *—Pure, uh, and, uh, Kiss and Fly and Warehouse* [pause] *and, uh—*

MR:      [Laughing] *And, uh-- every other one.*

CHS:     She can do it for just 95.

MY:      Hey, tell me.

CHS:     Yeah.

MY:      Eh yeah, you're going to put the check in your account.

CHS:     I deposit the check, *Mike*.

MY:      *OK*.

CHS:     *I*-I write, I have bought a notebook—look!

MY:      Yeah.

Case:
CD:        1D124-123-O
Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


CHS:   I write in the notebook. I write the dates. You tell me.

MR:    *Look! You have a little calendar!*

CHS:   *Yes, I did.* Mike, you buy the notebook for me--I buy--I write the date. You tell me. I write the date. When it clears, me and Cindy, I take it.

MR:    *I didn't mean it like that part. I wasn't [UI]. I didn't mean to be rude.*

UM:    *Oh no-that's OK.*

MY:    [UI]

       [Pause with noises]

MR:    *Whose pen is this?*

CHS:   *Uh, it's mine.*

       [Noises]

MR:    *OK. I'm on—I'm at Pure's checkbook.* [Pause with noises] *What date and how much?*

CHS:   [OV] Hey Mike, *if you can't,* and if that clears—if you don't want—if one check does not clear, you need to tell me.

MY:    [UI]

CHS:   You can't bounce them; otherwise I'll have problems with them.

MY:    No, no. Everything will go through.

CHS:   *You had—Even—you know—you know, cous',* if you need to, let me know. I said, 'Don't put it--at the date". I don't put it.

MY:    *No, no. It's not a problem.* The money—she has already as of now.

MR:    *What's up with you Yassines? Ya'll don't want to dye your hair? Ya'll like the salt and pepper look?*

Case:        ████████████
CD:          1D124-123-O
Session:     S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

CHS:     *Yeah.*

MR:      [Chuckles]

MY:      *Hey, Jeff!*

MR:      *What am I doing?*

Jeff:    *Sir.*

MY:      *How come this mail—it's been compounding down there or what?*

CHS:     *I just need—I just need the checks.*

MY:      *Is all this mail came* [sic] *today or it's been compounding down there?*

Jeff:    *All today.*

         [Noises]

MY:      *It's not possible.*

MR:      *You can check the dates.*

MY:      *4/10.  4/10.  4/10.  That's three weeks old!*

MR:      *4/10? Well, Rommel checks it too.*

MY:      *When is the last time you checked the mailbox?*

Jeff:    *Yesterday.  I check it everyday.*

MR:      *Well, he was gone for a little bit, too, but then Rommel was checking it.*

MY:      *That's not—something is wrong.  Somebody been holding our mail?*

MR:      *I don't know.*

         [Pause with noises]

MY:      [UI] *checking both?*

Case: ████████████

CD: 1D!24-123-O

Session: S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


Jeff: *Yes, sir.*

[Pause]

CHS: Hey, *cous*'?

MY: Uh-huh?

CHS: How long do you want to take?

MY: It doesn't matter to me.

CHS: You're the *boss.*  Tell me, *Joe*!

MY: I don't know.  You want that in two weeks, I give you two weeks, I don't care!

CHS: *Whatever is uh—uh good for you!*
[Phone rings]
For me—the fastest I go.

MY: *So who is on the check?* [UI].

CHS: *For two people.  Me and Cindy.*

MY: *Yeah, but on how much?*

CHS: *I don't know* [UI]
[Phone rings]
*—you-you split it the way you think is better.*

MR: *How much is the money?  How much money?*

CHS: *95.  It's a 100, but I need it for 95.*

MR: *A 100 -- thousand?*

[Phone rings]

CHS: Yeah. *Yeah* [UI]

Case:            ████████████
CD:              1D124-123-O
Session:         S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MR:      *No—here—I have-never-uh-but--how am I gonna—*

CHS:     *I don't know.*

MR:      *—only in three check books?  You want me to do three checks for a 100,000? [Pause] 30, 60, 90--35-36-nine—90--so 32---two--on each check? 32,000?*

MY:      *[UI] Write the check from this one.*

MR:      *Two checks?*

CHS:     *Cindy and Moe.*

MY:      *Cindy [UI].*

CHS:     *Cynthia---C-Y.*

MY:      *[UI] checks.*

         [Pause with voices and noises in the background]

MR:      *Uh, Cynthia?*

CHS:     *Cynthia.  C-Y-N-T-H-I.*

MR:      *Yassine?*

CHS:     *Yeah.*

         [Pause with noises]

MR:      *And then her again?*

CHS:     *Uh, Mike, do we do three—two to me, one to her on this one?*

MR:      *Are we doing three checks, three checks, and three checks?*

         [Phone rings]

Case: ▮▮▮▮▮▮▮
CD:       1D124-123-O
Session:  S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


MY:      *OK, I got another idea.  Hold on* [UI].

CHS:     [OV] But don't do more than 10,000 huh?

MY:      *Hold on.*
         [Phone rings] [IA]
         *--75, OK.  Scratch the—you already wrote them?  Hold these. You want*
         *four checks from each.  7,500 each.*
         [Phone rings]
         *Hello? Yeah.*

HY:      *How ya do! How ya do! How ya doin'! How ya doin'! How ya doin'!*
         *How ya do! How ya do! How ya do!*

MY:      *Yeah. What's up?*

         [Pause]

HY:      *Do you wanna go eat? Let's go eat, I'm starved, let's go eat!*

MY:      *Single toilet paper center Madi—*

MR:      *Yes.*

CHS:     *—that's what you talked to him about, right?*

MR:      *Yeah,* [UI] *he, I mean ...*

HY:      *What's up cous'?*

MY:      *Hold on.*

MR:      *Because—*

MY:      *Hold on!*

HY:      What's going on?

CHS:     Nothing and you?

Case:

CD:        1D124-123-O

Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

HY:    Nothing.

CHS:   Yesterday I went out.  I didn't see you.

HY:    Yeah... [UI]

MR:    *OK, Rommel, and how many singles does he have?*

HY:    [UI]

CHS:   What?

MR:    *Only two?  And how many doubles does he have?*

       [Pause]

CHS:   At four checks at 7,500, that makes 100.

MR:    *OK.  Mike, OK, he has two singles, and then he has, uh, like eight doubles.  So what do you want—how many do you want me to get?  Do you want me to get two singles?  Cuz' that's what BJ needs, but then you said three.*

MY:    *How much are they . . . each?*

MR:    *The singles are—he doesn't know their exact price, but it's under $20 the d—*

       [Noises]

MY:    *Huh?*

HY:    *Hi baby! Hi baby! Hi baby! Hi baby! Hi baby! [Claps]*

MR:    *The doubles—the doubles are under $30, and the singles are under $20.*

MY:    *The singles are under $20?*

MR:    *Yeah, so just get two singles?*

Case:            ▮▮▮▮▮▮▮▮
CD:              1D124-123-O
Session:         S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MY:     *How much are they?*

MR:     *He doesn't know the exact price!*

HY:     *How much [UI]?*

MY:     *He doesn't know exactly--fuckin'[UI] doesn't know the fuckin' price*

CHS:    100--100.

HY:     *100,000?*

MY:     *How does the fuck does he get it—he doesn't know the price.  He wants you to buy and he doesn't know the price?*

MR:     *Go ahead...*

CHS:    *Hey, Mike.*

MR:     Um-hum...

CHS:    If 7,500 on four checks, four times, that makes how much?

MR:     *OK.*

MY:     *75 times four is 30. 30, 30, 90.  And I give you another check [UI].*

MR:     *19.75 for the singles and 29 dollars for the doubles.*

MY:     Why don't you take the 5,000 for yourself.  You leave *cash?*

CHS:    I took—I get the 5,000 when I *cash.*  You take for yourself.  I only want 95.

MY:     *That's what I'm saying...*

CHS:    *Why don't—*

MY:     *...so let me just do 90 then?*

CHS:    *And then fi—OK, yeah, that's fine!*  Do you want me to take out the five?

Case: ███████████

CD:        1D124-123-O

Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MY:        *And I'll give you five--*

CHS:       [OV] But I wanted to put it in my check. But I take 5,000! *I'll take 90.*

MY:        [UI]?

CHS:       You see?  Yeah, I was going to take it out of the money when it clears, see, no? But I-we do it that way if you want.

MR:        *Mike, excuse me.*

CHS:       Yeah, it's even better.

MR:        [OV] *I need to-uh- figure out-- singles are $19.75 and he only has two, and then the doubles are $29.00.*

MY:        *$19.00 and $29.00?*

MR:        *Um-hmm.*

MY:        *And he has how many doubles?*

MR:        *Like six or eight.*

MY:        *OK, so, which one is the one like we've been using in our clubs?*

MR:        *OK.  The one that he has it-it-doesn't match—*

MY:        [OV] *Even the doubles?*

MR:        *—even they don't match.  That's why I told you earlier, we can—*

MY:        [OV] *OK, tell him to give him three singles.*

MR:        *He—he—he only has two singles.*

MY:        *Two singles.  Yeah* [UI]

MR:        *Just get the two singles and I'll-and I'll deal with him. Thank you.*

Case:            [redacted]
CD:              1D124-123-O
Session:         S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


CHS:     Hey, Mike, in two weeks, two weeks, don't you think that's too—too
         quick?  Huh?
         [Phone rings]
         What do you think?


MY:      [Throat clearing]

CHS:     To put—

MY:      [OV] How much time do they want?

         [Phone rings]

MR:      [To third party] Yes sir.

CHS:     The quicker I do it, *cous'*, the quicker I can do it again.

MR:      [To third party] *For Treasure Island.  Thank you.*

CHS:     That means I'll make more money, you see?
         [Pause with noises]
         They don't know what I'm doing.  They know that I put it. I deposit it. I
         give them.  That's all.
         [Sounds of paper shuffling]
         I-I put in my father's name also, a third person, is it better?
         [Pause with noises]
         And huh…We can't do everything.

         [Noises]

MY:      Do they know how much uh—how much uh—do they know to whom—
         with whom you are doing this?

CHS:     No, *cous'*!  I swear to you on my mother's coffin, no!  They know that I
         take the money, OK, instead of getting my check at the end of the week,
         I deposit it, and I get some money.  I make 7,000—10,000, max.  That's
         a big deal that they've done for me that way.  [Pause with noises]
         They've been telling me to do it for a month and a half *cous'*, OK?  I'm
         here, I don't know how I'm going to do it, because 7,500—7,500, it's a
         lot—you see, in two weeks on top of that, clear in my account.  What am

Case:      ▓▓▓▓▓▓▓▓
CD:        1D124-123-O
Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

I going to say?
[Pause with noises]
Do you want to do it in four weeks?

MY:        Um-hmm

CHS:       We do it within four weeks?

MY:        Do you know these people or what?

CHS:       I know them.  They're my guys, they're my guys!

MY:        And do they know where [UI]—what we're doing?

CHS:       They don't know!  They know they give me the money, and I put it, and then I give them the other money, you see, no?  That's all.  But the problem now is that if I deposit a lot of money in my account, what do you think?  Will it—will it happen quickly or what? [Sniffles]

MR:        *Am I putting all today's date?*

MY:        You don't want to deposit more than two checks per day.

CHS:       I don't want to deposit one check per day...  *Postdate them!*  Because I'm leaving tomorrow, *cous'.*

MY:        [OV] You can't put two checks per day—two per day.

CHS:       *Cous'*, I'll put one—each—one week, if you want.  I—I-you're helping me out.  It's however you want it.  See?  But I can't—I can't come, see?  I can't get a check and come back in—every two weeks, see, no?  From California to here.

           [Noises]

MR:        *What you should do is write checks from Steve Kawabunga* [PH] *and make it from him, like he's hiring him and this is his—for his art design, for this, for the startup company.*

           [Noises]

CHS:       And then you don't need—I don't want to put everything at the same

Case:          ████████
CD:            1D124-123-O
Session:       S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

         time, *cous'*. What can you do---you can give me a date. Like you tell
         me, "OK, next week you deposit one." See? And the date, afterward,
         you give me another date, and I'll write it.

MY:      [OV] *Before you deposit,* call Madi and tell her.

CHS:     That's it. And if you tell her, "Today's not good," I don't do it. Because
         if it's returned--the last time—

MY:      [UI]

CHS:     I use the money, see? In the end, I don't know how to put it back.
         [Laughing]

         [Pause with noises]

MR:      *So---what, Mike, what's the date? Where am I putting on them--or
         nothing?*

MY:      *Yeah, put dates.*

MR:      *To-what?*

MY:      *Just one week apart. All of them. All of them one week apart. One-one
         today, one next week, one at the beginning of next week.*

CHS:     *No* but, *today* what will it be? Next week, Monday?

MY:      *I don't know.* It doesn't matter. *OK, start Monday then.*

CHS:     [OV] *Monday. Start Monday.*

MR:      [OV] *I already did—I already did it. You all telling me something I
         can't—*

CHS:     [OV] *That's OK. I'll put it on a Monday.*

MR:      *—can't keep voiding these checks. Uh---then-- give me-give me your
         calendar.*

         [Loud noises]

Case:        ████████████
CD:          1D124-123-O
Session:     S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


CHS:      *March?  May?*

MR:       *May.  Well then, if you're gonna deposit this one on Monday--.*

CHS:      *Uh-huh.*

MR:       *Well then, where's May?*

CHS:      *2009?*

MR:       *This is 2008 to 2009—2009.  January, February, March, April, May.  So
          you're gonna deposit that one--*

CHS:      [OV] *On the—on the—on the-the 4th.*

MR:       *--on the fourth, so this one goes—11th.* [Pause] *You know what I mean?*

CHS:      *Yeah, I got you. So, the 4th, the—*

          [Notes]

MR:       *5/11, five—*

          [Pause with noises]

CHS:      *You do the 4th so--*

MR:       [OV] *What's--*

CHS:      *--11--18.*

MR:       [OV] *18.*

CHS:      *Then you got 25.*

          [Pause with noises and sniffles]

MR:       *Do I put any memo or no?*

MY:       *Huh?*

Case: ████████████
CD:      1D124-123-O
Session: S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MR:      *Am I putting any memo or not?*

         [Loud noise]

MY:      *Any memo?*

MR:      *On the memo?  On the line?  The for...*

MY:      *Oh!* [Pause] *Yeah, start putting every one of them.  Give me one, two, three to whatever.  Just one, two, three, four—and then...*

         [Noises]

CHS:     *So,* how many checks in total will I have, *cous*?

MY:      *Huh?*

CHS:     How many checks will I have?  That's four here.

MR:      [OV] *Four times three.*

CHS:     *Three times four.*

MY:      *12.*

CHS:     *Huh, 12?  OK.*
         [Pause with noises]
         *So we did in May, right?  We're do--we've done June?  The last--*

MY:      [OV] *It's important you get the—*

MR:      [OV] *No.*

MY:      *--date that's—'cause—'cause that's how you're gonna account for them. In the-comp-bank account.*

MR:      *Yeah, well, here's the thing.  Uh, since I already wrote this one for 30, but he's gonna--*

CHS:     [OV] *He's gonna put it on Monday.*

Case:      █████████
CD:      1D124-123-O
Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


          [OV] *deposit on Monday--*

MY:       *Yeah* [UI].

CHS:     [OV] When I arrive in LA.

MR:       *--so that's—*[UI] *the 1st, the 11th, the 18th, the 25th.*

MY:       *OK.*

CHS:     [OV] *OK. So this is—all this—uh-uh, May.*

MY:       *You're putting* the first time, *OK.*

MR:       *OK, but here's the thing.*

MY:       *Cynthia Yassine—*

MR:       *Now...*

MY:       *--Cynthia Yassine, Moe Yassine.*

MR:       *I haven't stamped 'em yet, but here's the thing. So now o- the next checkbook, am I still putting the same dates for May, or—*

CHS:     [OV] *No!*

MR:       *--are you just going to June?*

CHS:     Oh, you want to do it that way?

MR:       [OV] *Yeah.*

MY:       That will take three months, then.

CHS:     [Chuckles]

MR:       *Otherwise it's--*

CHS:     Yeah, you're right.

Case:  ▮▮▮▮▮▮▮▮▮
CD:        1D124-123-O
Session:   S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]

MR:        *--you have to wait until June and July.*

CHS:       *Yeah, you are right-you are. Yeah.* [Sniffles]

           [Noises]

MY:        *So it's gonna be*—what you're gonna do, it's-it's 15 *grand.*

CHS:       *That means that I deposit every-check--two checks-at a time,* right?  Me
           and Cindy, or what—*I don't get it!*

MY:        *Moe and Cindy every week.*

MR:        *You all have the same bank account?*

CHS:       *OK, OK, yeah, Washington Mutual.*

           [Phone rings]

MR:        *You all don't have separate ones?*

CHS:       *Uh, I have Bank of America, too.*

MR:        *OK, well, then I would do Cindy's at Washington Mutual—*

CHS:       [OV] *I have no problem.*

MR:        *--and you at Bank of America.*

CHS:       *OK.* [Sniffles]

MR:        *So then it won't---you know what I mean?*

CHS:       *And I have a Frost Bank.*

           [Noises in the background]

MR:        *Well then I would put 'em in all your accounts—*

CHS:       *OK.*

Case:          ████████████
CD:            1D124-123-O
Session:       S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


MR:      *--so they won't—because if you put all of them in one—*

CHS:     *[OV] OK, I-I understand everything we're doing.  But what I don't-I don't understand is—this right here is gonna be the same date?*

MR:      *Uh huh. That's why I'm saying.  Two at all different banks.  All these in all different--*

CHS:     *[OV] So I'm depositing two checks every month—every—every other week.  Right?*

MY:      *Every week.*

CHS:     *OK. Every week.*

MR:      *Every week.  Two checks.*

CHS:     *OK.*

MR:      *So every week, two checks in one bank, one bank, and one bank.*

CHS:     *So we're staying in May, that's it!*

MR:      *All May.*

CHS:     *OK, so I can close the calendar.  I thought we better go at it.  So [UI] I don't know why. [Sniffles] But, cous', sorry, if I-really—you see that—I know business is business.  If really you see there's a check—not put it, I don't put it, cous'.[Sniffles]*

MY:      *Madi.*

MR:      *Yes.*

*MY:*      *Just go-just-just-just-this-this is-this-this—leave—this is fine.  He's gonna-uh- start on Monday, and then you're gonna go like this.*

*CHS:*     *OK.*

MY:      *OK?  This one, uh. also do the same on these two.*

Case:          ███████████
CD:            1D124-123-O
Session:       S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


MR:        *Yeah.*

MY:        *Do the same on these.*

MR:        *The only thing is--this date's gonna be 5/1, because that's when he's
           really depositing it—5/1.*

CHS:       *Yeah.*

MY:        *Yeah. Do the same—exactly the same on these. And the other one, we
           might change it a little bit- 'cause you're gonna do two* [UI]

CHS:       [OV] But, *cous',* don't you see—I have to—I'll do one for the, uh,
           [Noise] the fir—the beginning of next month, a little, too?

MY:        *That's why I'm saying that maybe the third check will--.*

CHS:       Yeah. Because if everything's in the same month, that's too much,
           *cous'.* [Sniffles] [Pause]
           *Cous'* you don't think I'll have problems like that, do you? Huh? Good.
           That must go through—there won't be any doubts. [Sniffles]

MY:        How?   What problems?

CHS:       The bank. So they won't have problems with me.

MY:    .   When you'll give to the guy, how will you give to the guy?

CHS:       *Cous',* when the check clears—the first one—

MY:        Yeah.

CHS:       --I'll withdraw the *cash.*

MY:        How, in *cash*?

CHS:       I withdraw the *cash* and I give it, *Joe.*

MY:        *I'll give you the cash!*

Case: ███████████

CD:       1D124-123-O

Session:  S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


CHS:      I'm cleaning up his money for him, *Joe.*

MY:       *I'll give the cash?*

CHS:      Yeah.
          [Pause]
          And at the same time that uses me, see?

MY:       Hmm?

CHS:      They're using me, and I'm using them to make money.

MY:       You're going to give *cash* back to him?

CHS:      I'll give him back, *cash.* [Clears throat]

          [Pause]

MY:       *Hey, if you did do anything and you give this cash back to him, why he's gonna know?*

CHS:      Well, it's them—it's for them—for them, it's not with them anymore. That means that now—I am—I'm being paid, or I'm having checks in my account. The money is [UI] for me. You see, then? Do you understand?

MY:       Yeah, but-but—the guy, if he *gets in trouble--*

CHS:      Yeah.

MY:       *--then they're gonna come to you.*

CHS:      I'm going to take all the hit!

MY:       Yeah, they'll say, *"You know, Moe-Moe give us the money."* How did you get the money?

CHS:      I-I-I'm not a [UI].

MY:       [UI] *account?*

Case:        ███████████
CD:          1D124-123-O
Session:     S2-1   April 30th, 2009, from 14:59:45 to 15:17:01 [Video]


CHS:         *Moe give me the money, but why?* I don't have—I work—you're giving
             me—you said payments, and then you-you make payments to me, right?
             *The last check I got, it was four months ago.*

MY:          *Um-hmm.*

CHS:         Right? I can say I wasn't—I wasn't paid? For four months? Or do you
             think I'm doing that the wrong way?

             [End of session]

Case:                  ████████████
CD:        1D124-123-O
Session:   S2-2   April 30th, 2009, from 15:18:14 to 15:20:04 [Video]


                    [Session begins]

MR:        *Right.*

CHS:       *Cous' we'll have to do next month.*
           [Repetitive sound]
           *I can't do it all in one month.*
           [Pause with repetitive sound]
           *Cous', you gonna count 'em all?*

MY:        *Ha!*

CHS:       [Laughing uproariously]
           But I—I thought that you will not even gonna [UI]

MR:        *You just asked Mike if he's gonna count all of it?*
           [Pause with noises]
           *Mike Yassine. Alright what do you want me to do on the third check?*

CHS:       *OK, right now we're still in May, right?*

           [Noises]

MY:        *Go-go-uh-the other check is which—which account* [UI]

           [Noises]

MR:        *2009-- June, on Monday? One, eight, fifteen--hold on. One—eight--*
           *what's after eight?*

CHS:       *15*

MR:        *And then?*

CHS:       *22nd.*

MR:        *OK.*

MY:        *Put this in an envelope for him, and if—and, uh—*

Case:          ██████████
CD:            1D124-123-O
Session:       S2-2    April 30th, 2009, from 15:18:14 to 15:20:04 [Video]


CHS:      *No, I have a* notebook...
          [Laughing]
          *I have a* notebook!
          [Long pause with noises]
          *OK, so-so* now, *Cous'*, how much does that-that make?  That-that makes
          7,000—uh how many threes?  [UI]

MY:       *30, 30, 30...90.*

CHS:      30, 30, 30...*90?  OK.* [Sniffles]

MY:       I'll give to you [UI].
          [Pause with noises]
          *Here.*

CHS:      *Thank you. OK.*
          [Sighs]

          [End of Session]

Case: ███████████

CD:      1D124-123-O

Session: S3-1  April 30th, 2009, from 15:20:09 to 15:20:49 [Video]


[Session begins]

MY:     [UI]?

CHS:    No, that's fine.

MY:     *No, huh?*

CHS:    I'm going to spend that, *cous'*, before leaving.
        [Phone rings]
        *We're going to the mall.*

        [Pause with noises] [Phone rings]

MR:     *Who's gonna pay me off when they ask questions?*

CHS:    *Who's gonna ask questions?*

MR:     [Laughing] *You never know!*
        [Noises]
        *I answer all the phone calls that come into this office. I was thinking
        that Carmax is looking for you.*

CHS:    *Ah yeah?  I know!  Today will be the last day.*

MR:     [Laughs]

        [Pause with noises]

CHS:    *Cous', [UI] to—I...*


        [End of session]

Case:   ████████████
CD:     1D124-123-O
Session:   S3-4   April 30th, 2009, from 15:22:37 to 15:24:14 [Video]

        [Session begins]

MR:     [UI]

CHS:    Hey, his brother is coming Sunday, *Joe*. His brother said he's coming to
see him. His brother said he's coming to see him. [Sniffles]
[Long pause with noises]
*Madi, before I do this, and when I drop 'em off, I'll call you, like the day
before or the same day, and you tell me if I can go do it.*

MY:     *No, for Monday, the first one, you don't have to call.*

CHS:    *OK.*

MY:     *Drop them off.*

CHS:    [OV] *The two—I drop two on the Monday, right?*

MR:     *Yeah.*

MY:     *The two, you don't have to call for apparently.*

MR:     *They're different accounts. You'll be fine on those.*

        [Long pause with noises]

CHS:    *Joe*, you know? You're right, *cous'*. Like if I could put in different
envelopes and different dates, *OK*?

MY:     [OV] *Yeah, give him different—different envelopes. When you give it to
him, the ones that he drops, put them in the envelopes.*

CHS:    [OV] *Yeah, envelopes.*

MY:     [UI] *do that with that one Sami like--it's gonna be like—four-six
envelopes.*

MR:     *Oh, you—no! I mean, come on--you can't...*

MY:     *Yeah, Monday.*

Case:  ███████████
CD:       1D124-123-O
Session:  S3-4    April 30th, 2009, from 15:22:37 to 15:24:14 [Video]


MR:       *--I'm gonna put one, and I'm-uh-put on the envelope the date.*

CHS:      *[OV] for March, yeah.*

MR:       *These--this check on this date, this check—*

MY:       *[OV] No, you make an envelope for each week when he's supposed to drop it.*

MR:       *Yeah, I know, but not—so, I only need three envelopes.*

MY:       *No.*

CHS:      *You need 12.*

MY:       *Four for these, and two more for the—didn't you do Vicci in June?*

MR:       *Yeah, I did, but, I mean, really...[Chuckles]*

CHS:      *It's slow Moe.* [Chuckles]
          [Pause with noises]
          *Cous' what are you gonna do for my--Steve's birthday?*
          [Noises]
          *Had—*

          [End of session]

Case:         ███████████

CD:           1D124-123-O

Session:      S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]


[Session begins]

[Noises]

HY:           [IA] [UI]

CHS:          [OV] [UI]

HY:           *It's what I need.* [Pause] *I need.*

CHS:          *You work out?*

HY:           *Uh huh?*

CHS:          *Do you work out?* [UI]

HY:           [UI] [OV]

MY:           *Let me see those before you seal the envelopes.*

              [Pause]

MR:           *Moe.* [Noise]

CHS:          *Yeah.*

MR:           *Give this to Mike please.*

              [Throat clearing and noises]

UM:           [UI]

MY:           *No, copy of the letter real quick* [sic]. *With today's date on it.*

MR:           *Uh, it doesn't-have a heading?  Like doing it—*

MY:           *No, just—*

MR:           *—ju—OK, go ahead.*

Case: ▮▮▮▮▮▮▮▮
CD:        1D124-123-O
Session:  S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]


[Noises]

MY:        *Huh?  Mike, uh, as of today's date—as of today—as of—as of date.*

[Noises]

MR:        *Go ahead.*

MY:        *The $100,000--put it in parenthis* [sic]*—in, uh, in writing and in letter.*

MR:        *Uh-huh.*

MY:        *Borrowed from Mohammed and Cindy Yassine—or loaned—loaned from.*

[Noises]

MR:        *Loaned from?*

MY:        *Yeah.*

MR:        *Mohammed Yassine?*

MY:        *Mohammed Yassine and Cindy.*

[Pause with noises]

MR:        *OK.*

MY:        *Has been paid back.*
           [Noises]
           *With checks—numbers.  Put the check numbers.  With—with—with 12—with 12 checks numbers* [sic]*.*

CHS:       [Snorting]

           [Phone rings]

CHS:       Hey, *cous',* basically, right? This is already—it's in the 90,000s in-in this

Case:     ███████

CD:       1D124-123-O

Session:   S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

year. How will I *claim* this?

MY:         That's easy for you.

CHS:       *Yeah, [UI] you said that because you know [UI].*

MY:         Your father gave you $100,000.

CHS:       *OK.*

MY:         You gave it to me.

CHS:       *OK.*

MY:         I gave it back to you!

CHS:       *I won't have to pay taxes?*

MY:         *No. Not if you—not if you didn't make—if you didn't make that money.*

[Throat clearing]

[Pause with noises and sniffles]

MR:        *Damn it.*

CHS:       Hey, cous', if you want—if—*you wanted to take Steve out for dinner* and you were going to do that Saturday instead of Friday, *let me know so I can push my plane if I have to.*

MR:        *When's his birthday?*

CHS:       *Tomorrow.*

[Pause]

MY:         *Make us two signature lines and a date for me and him to sign.*

MR:        [UI]

Case:       ████████████
CD:         1D124-123-O
Session:    S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]


[long pause typing and whistling sounds]
[Noises] [phone rings]

MY:     Hey, if you need to deposit the money—

CHS:    No.

MY:     —[UI] those of June, tell me.

CHS:    No.  I don't need to, *cous'*.
        [Phone rings]
        I can't use it.  I can't—-I don't need.

MY:     *Hello?* [Pause] *Yeah.* [Pause] *Yeah.  Yeah.  Yeah, I got it.  I got it.*
        [Pause] *Bye, bye.*

CHS:    See, I look at the date, *cous'*.  That's—if you tell me not to deposit that
        day, I won't deposit.  I don't want it to bounce, and then—

MY:     [OV] No.

CHS:    --I'll-I'll have problems with them.

        [Long pause with noises and throat clearing]

MY:     *I gave you the payroll, Madi?*

MR:     *Yes, sir.*

        [Long pause with noises]

MR:     *How's Cindy?*

CHS:    *After today?*

MR:     [Laughing]

CHS:    *She'll be alright.  But she's good.  She's at Steve.*

MR:     *Tell her I said, "Hi."*

Government Exhibit 24 - 0149

Case:
CD:           1D124-123-O
Session:      S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

         [Pause]
         *You want Mike Yassine or Hussein?*

MY:      *Mike Yassine.*

         [Phone rings]

CHS:     That letter, what is it exactly for, *Mike*? It's for *backup*, right? For us?
         Huh?

         [Long pause with noises]

MY:      It's in case *you walk out of here, and the IRS walks in the door, right
         behind you.*

CHS:     *Cous'*! [Sniffles][Laughs]

         [Pause]

HY:      Didn't you *check* to see if he is *wired*?

CHS:     [Chuckles]

HY:      [Laughs]

MY:      *Put a date and inside of the document.*

HY:      *Hello?*

MR:      *What's inside of the document?*

MY:      *Huh?*

MR:      *What's inside of the document? Yassine versus Yassine?*
         [Laughs]

MY:      *100,000 dollars* [UI].

HY:       [UI] *sale.*

Case: ▮▮▮▮▮▮▮
CD: 1D124-123-O
Session: S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

MR: [UI] [Laughs]

MY: *For 100* [UI].

HY: [Phone call] *What? Huh?* [Pause] Yeah, Hadi. Do you know *what you want to do for your birthday* or what? [Pause] *Decided what you want to do for your birthday* or what?

MY: [UI]

HY: [UI]? Huh? Yeah.

[Coughing]

HY: Huh?

CHS: So in the end, we're going [UI]

HY: [OV]*You want to go get dinner somewhere?*

MY: Huh?

CHS: [UI]

HY: *You want dinner?*
[Pause]

CHS: [Laughing]

HY: *Ah, okay...*

CHS: *What's up?*

HY: *Ah, okay...*

MR: *Thank you. Did he give it to you?*

RG: *Yeah.*

MY: Forty.

Case:          ▮▮▮▮▮▮▮▮
CD:            1D124-123-O
Session:       S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

CHS:      *How are you doing?* [Noise]

RG:       *OK, OK...*

HY:       *OK...*

          [Pause]

CHS:      What?

HY:       *He don't want to do anything.*

CHS:      Steve doesn't want to?

          [Conversation in the background between Mike and RG]

CHS:      Did you just speak with him?  [Pause] What does he say?

HY:       *Go to Pure and get drunk.*

CHS:      He didn't say, *"Let's go to Taco Bell."*?

MR:       *The thing is with Steve you all can't ask him.  You all just do it and then tell him, "Hey, you need to mu—meet us here at this time," 'cause if you ask him—*

HY:       [OV] *What you gonna do if he's doesn't show up?*

MR:       *--he's gon—then you'll all have—*

CHS:      [OV] I am here, I'll bring him

MR:       *--a nice dinner.  How many times have you all had dinner without him? So, a regular...Friday night.* [Laughing] *Y'all gotta eat, right?*

CHS:      [Snorts] *You have to retype the whole thing?*

MR:       *No.*

CHS:      *OK.* [Laughs] *I—I took Caroline's car, and she's at work.*

Case: ▮▮▮▮▮▮▮▮
CD:        1D124-123-O
Session: S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

MR:     *Where is she working at?* [sic]

CHS:    *At that gas station on uh 2222, next to Steve's house.*

        [Long pause and miscellaneous noises]

MY:     *Hadi.*

HY:     *Hmm.*

MY:     *Your Famous Vodka is ready?*

HY:     *Yeah.*

MY:     Here you go.

HY:     *I need that.*

MY:     Huh?

HY:     *I'm gonna need that.*

MY:     *That's for Famous Vodka.*

HY:     Huh?

MY:     *That's for Famous Vodka.*

HY:     *I was hoping you'd say that.*

CHS:    When does it come out?

HY:     Huh?

CHS:    When are you *going to get it out?*

HY:     Three months from now.

CHS:    Oh, yeah? [Pause] Do you already have a *distributor,* or what?

Case: ▮▮▮▮▮▮▮

CD: 1D124-123-O

Session: S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]


HY: *I have everything.*

CHS: Oh, yeah?

HY: *Um-hmm.*

CHS: You're different from Kawabunga [PH].

HY: *I'm ten—ten step up.*

CHS: *A step up, huh?*

HY: [UI] *Now I'm looking to step up because the point is I want-I want to get it out, man.*

[Laugh]     .

MR: *Damn.  He got his out before you.*
[Laughs]
*I'm just joking.*

HY: *Man! You know—you know* [UI].

MR: *Oh, Steve--*

HY: [OV] *It's two different ball games, man.*

MR: *--beats you at something--*

HY: *It's like opening a Goodies* [PH]

MR: *Oh... Uh-huh, uh-huh.*

HY: *-and opening Qua* [UI]

CHS: *Every—everybody's working for Kawabunga.*

MR: [Laughs]

CHS: *Everybody and their momma is working for Kawabunga.*

Case:  ████████████

CD:       1D124-123-O

Session:  S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

MY:     *Rommel!*

RG:     *Yo!*

MR:     [Laughs] *Everybody and their momma.*

CHS:    [Laughs] *Facebook. Everybody—everybody's working for Kawabunga.*
        {Pause}
        *Kawabunga,* he's out. *Joe-Joe.*

MR:     [Laughs]

        [Pause with sniffles and noises]

MY:     *This mail, something is wrong with this mail that we haven't been getting it.*

        [Long pause with sniffles and noises]

MR:     I am trying to get the letter [UI]

CHS:    [UI] I'm leaving, you want something? [Voices and noises] Aren't you going out tonight, *cous'*?

HY:     Yeah, we'll see each other tonight.

CHS:    *OK.*

MR:     *You can come and find this.*

MY:     [UI]

MR:     *Uh--On the top—it has the top right.  It's the date.*

        [Noises]

MY:     *Go-go throw this in the trash--on the back--in the neighbor's trash.*

MR:     *Wait, when-when you fill the little bag?*

MY:     *No, no.  Go throw the bag away.*

Case: █████████████
CD:       1D124-123-O
Session:  S3-6   April 30th, 2009, from 15:28:16 to 15:40:20 [Video]

[Pause] [UI].

CHS:      [UI]

MR:       [Laughs]

MY:       *I'm probably going to eat somewhere.*

MR:       *I'll file it.  Your personal--file.  Where all the uh* [laughs]...*personal*
          [Noise] [UI] *Do you want to save this?  No.* [Noise] *Here, Moe!*

CHS:      *Thank you.*

          [Noises]

MR:       *Have a good one.*

CHS:      *Thanks Mike.*

MY:       *Um-hmm.*

CHS:      Alright.

MR:       [UI] *to Cindy I said, "Hi."*

CHS:      *I will.*

MY:       *Thank you for the loan, man.*

CHS:      *Thanks, cous'.  I appreciate it.  Appreciate business.*

          [Noise]

          [End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:

Date of recording:     05/02/2009

CHS Call #:             129

Languages:              French/English

Linguists:              Thu Nhi D. Barrus

### VERBATIM TRANSLATION

Participants:    CHS    Confidential Human Source
                 HY     Hadi Yassine

Notes:           *Italic* denotes conversation in English
                 [UI]    Unintelligible
                 [PH]    Phonetic
                 [OV]    Overlapping Voices
                 [SC]    Simultaneous Conversations

Case: ▮▮▮▮▮▮▮
CD:       T-III 141-O, CHS, PH
Session:  00129-001   Date: 05/02/2009, Time: 15:10:31

[Session begins]

[Phone rings, burp and noises]

HY:    Hello?

CHS:   *What's up?*

HY:    *What's going on?*

CHS:   Tell me. I-I asked—I called—I called last night several times *to make sure you got home.*

HY:    Oh, fuck, I wasn't—I was done yesterday.

CHS:   But yesterday, but your guy when—your guy, the-the Lebanese said *he got it—he got it under control.*

HY:    Yeah, but yesterday, *you guys left. You should have told me you left. I was waiting for your guys.*

CHS:   Oh, cous', *I told you a million times. I talked to that guy. I talked to the-the Lebanese guy. I said, "tell Hadi let's go". He said, "no, I'm driving him home."*

HY:    *Uh huh.*

CHS:   But tell me, look that's not why I am calling you. I am calling you for something.

HY:    Yeah.

CHS:   *I need you to find out* when-when-when—because when Mike comes. Mike won't answer me. Just ask him if there are the two—in the checks—the last two checks he wrote to me, the last two ones. He knows which ones they are, the 15th-- 13th and the 14th.

HY:    Hmm.

CHS:   If we can *remove-uh-move the date up on the-on the last two, huh?*

Case:　　　████████████
CD:　　　　T-III 141-O, CHS, PH
Session:　　00129-001   Date: 05/02/2009, Time: 15:10:31

HY:　　　*I don't remember--whatcha talking about?*

CHS:　　　The checks!

HY:　　　*I know what you're saying, but I-I—I don't know—I don't like, uh-* I wasn't there. I-I-I don't know *what he is doing today.* [Clears throat]

CHS:　　　No, all that I wanted was--if you could as--him--because he won't answer me. If you could ask him about the last two checks, if I can push the dat—move up—move the date up.

HY:　　　Move up, Joe! [UI]

　　　　　[OV]

CHS:　　　Huh?

HY:　　　*That's what I was doing. Huh?*

CHS:　　　Yeah, sorry—because if I move up the last two, they'll—they want me to do it again, I can do it again. I can bring some.

HY:　　　Uh huh.

CHS:　　　*That-th-th-th-th--Ramon* [PH] *is good,* you see?

HY:　　　Yeah [sniffles]

CHS:　　　*So, I don't know if you could do that for me, because I know he's not gonna answer my call.*

HY:　　　Well, *OK.*

　　　　　[End of Session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████████ |
| Date of recording: | 05/02/2009 |
| CHS Call #: | 132 |
| Languages: | French/English/Arabic |
| Linguists: | Thu Nhi D. Barrus [French, English]<br>Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

Participants:    CHS    Confidential Human Source
HY    Hadi Yassine

Notes:    *Italic* denotes conversation in English
Underline denotes conversation in Arabic
[UI]    Unintelligible
[PH]    Phonetic
[OV]    Overlapping Voices
[SC]    Simultaneous Conversations

Case:
CD:        T-III 141-O, CHS, PH
Session:   00132-001   Date: 05/02/2009, Time: 16:19:32

[Session begins]

[Phone ringing]

HY:     Hello.

CHS:    Yo.

HY:     Yeah.

CHS:    What are you doing?

HY:     *Taking a shit.*

CHS:    Yeah, I'm leaving, huh cous'.

HY:     *Are you leaving?*

CHS:    I'm going to the airport, because I don't know if I can change my ticket because *it's d-one of these special tickets you get online.*

HY:     Yeah.

CHS:    *At least, uh,* Cindy wants to leave, so we're going to go up, Steve and I to drop her off and check from over there. But cous', look, *I know-I know I asked you that.* Look, *if you could talk to Mike for me, just to let me know, like* that way—

HY:     But *yeah*! *I already told you I'm gonna see him and talk him.* Enough already with this.

CHS:    And that way I can buy *a* Ramon Joe, when I return!

HY:     *Oh, fucking, fucking* [UI].

CHS:    *See?*

HY:     *Huh?*

CHS:    Here, look, if—I'll call you from the airport if I haven't been able to— uh, have been able to change my ticket.

Case:          ▮▮▮▮▮▮▮▮▮
CD:            T-III 141-O, CHS, PH
Session:       00132-001    Date: 05/02/2009, Time: 16:19:32


HY:        *OK.  Call me back.*

CHS:       *I will, cous'.*

HY:        *Bye.*

           [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ▮▮▮▮▮▮ |
| Date of recordings: | 05/11/2009 |
| CHS Call #: | 379 |
| Languages: | English |
| Linguists: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

Participants:   CHS   Confidential Human Source
MR    Marisse Ruales

Notes:   *Italic* denotes conversation in English
[UI]    Unintelligible
[PH]    Phonetic
[OV]    Overlapping Voices
[SC]    Simultaneous Conversations

Case:       ▮▮▮▮▮▮▮
CD:          T-III 141-O, CHS, PH
Session:     00379-001   Date: 05/11/2009, Time: 13:29:35

[Session begins]

[Phone ringing]

CHS:     *Hello?*

MR:      *Nounou [PH].*

CHS:     *Hey, what's up?*

MR:      *Hey. Mike wants to know wha-uh-you haven't deposited those checks?*

CHS:     *Uh, actually I was gonna deposit them all today if it's OK. I haven't deposited anything.*

MR:      *And you're gonna deposit all of them today?*

CHS:     *Well, there was two from like la-last uh last Monday, and then two for tu-the 11ᵗʰ.*

MR:      *Hold on. [Pause] Uh OK.*

CHS:     *Is that OK?*

MR:      *Well, I don't-well, the reason why-uh-we put it those dates, so that, you know . . .*

CHS:     *Well, I mean, if you want, I'll deposit the one from last week, and if he doesn't want me to deposit the two of them, you know. Whatever he wants. It's my fault, because I had—I was so busy with my uncle and stuff, I haven't done—*

MR:      *Yeah...*

CHS:     *—any of this.*

MR:      *OK, well, I mean, I don't know. I mean. But he said go ahead and deposit them. But, if you can start depositing them on time that would be good.*

CHS:     *OK, I will. But does he want me to hold on to the one for today—*

Case:            ████████
CD:              T-III 141-O, CHS, PH
Session:         00379-001    Date: 05/11/2009, Time: 13:29:35


MR:         *But—I don't know.*

CHS:        *--or should I deposit?*

MR:         *He just said, whatever.*

CHS:        *OK.*

MR:         *OK, bye.*

CHS:        *Alright.  Thanks, Madi [PH].*


            [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:

Date of recordings:   05/19//2009

CHS Call #:   447

Languages:   English

Linguists:   Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:   CHS   Confidential Human Source
MR   Marisse Ruales

Notes:   *Italic* denotes conversation in English
[UI]   Unintelligible
[PH]   Phonetic
[OV]   Overlapping Voices
[SC]   Simultaneous Conversations

Case:
CD:        T-III 141-O, CHS, PH
Session:   00447-001   Date: 05/19/2009, Time: 15:47:06


[Session begins]

[Phone rings]

CHS:    *Hello?*

MR:     *Hey, Moe.*

CHS:    *Hey, Madi!*

MR:     *How—*

CHS:    *How you doing?*

MR:     *Good.  How are you?*

CHS:    *I'm fine.*

MR:     *Hey, Mike hasn't gotten back to you, cause he's out of town, but he told me—*

CHS:    *I know.*

MR:     *—to let you know you can go ahead and cash those checks.*

CHS:    *I understand.  I-I knew he was in-uh-uh-out of town, and I just—you know—I didn't want to make a- uh stupid move and he gets upset.*

MR:     *Yeah.*

CHS:    *But I wanted to talk to--.*

MR:     [OV] *But he said that's fine.*

CHS:    *OK. Hey, do you think he—can—when he gets back, can you just ask him if he could be back—he think he's gonna be in town on—around the 26th?*

MR:     *Uh, I have no—on the 26th—I'm-I'm sure he'll be here.*

CHS:    *OK.  I'll—I'll call back and ask you like tomorrow or the next day when*

Case:         ███████████
CD:           T-III 141-O, CHS, PH
Session:      00447-001   Date: 05/19/2009, Time: 15:47:06

              *he gets back in.*

MR:           *OK.*

CHS:          *So I can fly back down.*

MR:           *OK.*

CHS:          *Thanks, Madi.*

MR:           *No—*

CHS:          *I appreciate the call.*

MR:           *Bye.*

CHS:          *Bye.*

              [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:          ████████████

Date:                 05/26/2009

CHS Call#:            740

Languages:            English

Linguist:             Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:    CHS    Confidential Human Source
                 MR     Marisse Ruales

Notes:           *Italic* denotes conversation in English
                 [UI]    Unintelligible
                 [PH]    Phonetic
                 [OV]    Overlapping Voices
                 [SC]    Simultaneous Conversations

Case: ▓▓▓▓▓▓▓▓
CD:    T-III-O-CMT- CHS [Complement of ID141]
Call:  00740-001   05/26/2009, Time: 16:27:17

> [Call begins]
> [Children voices in the background]

MR:   *Yassine Enterprises, how may I help you?*

CHS:  *Mady, how are you doing?*

MR:   *Hey, Moe, what's up?*

CHS:  *Uh, I was just calling to see if, uh, Mike's in the office.*

MR:   *No, he is not... he is on his cell phone.*

CHS:  *Okay, uh...I tried his cell phone* [UI]...*I just wanted to let him know that yesterday was a holiday so I didn't deposit the two checks; I was gonna deposit it today.*

MR:   *Yeah, then deposit it today.*

CHS:  *I have to do it today though, uh... because I need--I couldn't do it yesterday.*

MR:   *Okay.*

CHS:  *Yeah, I just want know* [UI]

MR:   [OV] *did you leave it on voicemail?*

CHS:  *No, actually I didn't.*

MR:   *Then leave it on voicemail.*

> [Voices in background]

CHS:  [UI]

MR:   *Huh?*

CHS:  *Shall I call him on his voicemail and leave a message?*

MR:   *Yeah, and leave that one.*

CHS:        *Okay, because I called his voice—his voicemail and* [UI]

MR:         *Yeah, probably, cause—uh-- he probably doesn't want to be disturbed right now but he'll check his messages.*

CHS:        *Okay, I'll do it.*

MR:         *Okay, bye.*

CHS:        *Thanks, Mady.*

            [Call ends]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:          ████████████

Date of recordings:   05/28/2009

CHS Call #:           870

Languages:            French/English

Linguists:            Thu Nhi D. Barrus

### VERBATIM TRANSLATION

Participants:   CHS   Confidential Human Source
                HY    Hadi Yassine


Notes:          *Italic* denotes conversation in English
                [UI]    Unintelligible
                [PH]    Phonetic
                [OV]    Overlapping Voices
                [SC]    Simultaneous Conversations

Case: ██████████

CD:        T-III 141-O, CHS, PH

Session:   00870-001   Date: 05/28/2009, Time: 14:09:19


[Session begins]

[Phone ringing]

HY:    *Hello?*

CHS:   *What's up?*

HY:    *Hey, what's up, cous'?*

CHS:   *What are you doing?*

HY:    *Uh* [sneezing] *not much. Uh, about to get ready. What's going on?*

CHS:   *Uh,* nothing.

HY:    What'up? [Sniffling]

CHS:   Nothing good.

HY:    *What are you up to?* [Sniffling]

CHS:   *I was supposed to come in Austin today, but I-I couldn't—I couldn't make it. I have some issues here.*

HY:    Oh, yeah?

CHS:   *Yeah, I couldn't make it. I'm trying to come back and get it done by Monday or Tuesday. But I had a question. That's why I'm calling you, because I need...*

HY:    [OV] [UI]

CHS:   *...to ask you a question. But I-before I call Mike. My* guys—my guys—

HY:    [OV] [UI]

CHS:   —my guys *who come by your club.*

HY:    [OV] [UI]

Case:        ███████████
CD:          T-III 141-O, CHS, PH
Session:     00870-001   Date: 05/28/2009, Time: 14:09:19

CHS:    Do you remember?

HY:     *What?*

CHS:    *Do you remember my-my-my-my-my-my boss?  The guy that came to the club and then you* [UI]

HY:     *No. I wasn't there.*

CHS:    [Voice breaking up] [UI]

HY:     Huh?

CHS:    *They're in town.  They're in town* [UI]

HY:     Yeah.

CHS:    *And they offered to take you guys out to dinner.  I didn't know if you think Mike would do it.*

HY:     No, not in your lifetime.

CHS:    Huh?

HY:     [Inhaling] Not in your lifetime.

CHS:    [Voice breaking up] [UI]

HY:     *Cous', you're cutting out.  I can't hear you.*

CHS:    [IA]

HY:     *Huh?*

CHS:    *Can you hear me?*

HY:     Yeah.

CHS:    Yeah, *my phone is--this is cutting.  Hey, do you want me to call you from my home phone?*

Case:  
CD:        T-III 141-O, CHS, PH  
Session:   00870-001   Date: 05/28/2009, Time: 14:09:19

HY:      *No, it's OK.*

CHS:     *OK.  No, do* you think he'll say, no?

HY:      Not in your lifetime!  What's the matter with you?  Are you crazy or what?

CHS:     He'll say, no.  I know!  They w—they want to invite hi—they want to invite you to the restaurant and all that *with* [UI] *out downtown and stuff. They tell me they'll take you, uh, your cousin out to dinner and stuff.* I said, *I-I don't know if they can make it.*

HY:      *No, thanks.  I honestly—I really don't know what you're talking about.  I was never there!  I or I did.*

CHS:     [OV] *I thought* you weren't there.

HY:      *I didn't get to meet them.*

CHS:     You were *out of town.*

HY:      Yeah.

CHS:     OK.  *So definitely, they're coming in Austin and they wanted to take me out to dinner and take everything.*  I said, "*Hold on...*"

HY:      *Yeah, yeah, that's nice!*

CHS:     *That's nice that they—I—that's why I say I'll give it a try.  But if not, I would—that's fine.*

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:              ██████████

Date of recordings:   05/28/2009

CHS Call #:              871

Languages:              French/English/Arabic

Linguists:               Thu Nhi D. Barrus [French, English]
                                Basam Aourani [Arabic]

### VERBATIM TRANSLATION

<u>Participants:</u>     CHS    Confidential Human Source
                               MY     Mike Yassine

Notes:                   *Italic* denotes conversation in English
                               <u>Underline</u> denotes conversation in Arabic
                               [UI]      Unintelligible
                               [PH]     Phonetic
                               [OV]     Overlapping Voices
                               [SC]     Simultaneous Conversations

Case:       ████████████
CD:         T-III 141-O, CHS, PH
Session:    00871-001   Date: 05/28/2009, Time: 14:14:53

·

    [Session begins]

    [Phone rings]

MY:     *Hello?*

CHS:    *Hey, Mike.*

MY:     *Yeah.*

CHS:    *How are you doing?*

MY:     *What's up, cous'?*

CHS:    <u>What's up</u>, *cous'. You miss me?*

MY:     What's up?

CHS:    I know that you-I-you miss me a little like that.

MY:     *A little bit.*

CHS:    *A little bit? Anyway, cous', look, I know you're busy and stuff, but I wanted to ask you a question.*

MY:     *Alright.*

CHS:    My-my-*my*-my guy [child's voice] the guys I work with—*they're in town.* Those who came last time to the club.

MY:     Yeah.

CHS:    *They come—they come to town and stuff, and they wanted to take us to dinner to Soloman* [PH] *and he-and then try to see if he could talk to you and make-do business and stuff.*

MY:     I can't hear you, Moe. Repeat, repeat what you said.

CHS:    They're *in town.*

MY:     Yeah.

Case: ███████████
CD:       T-III 141-O, CHS, PH
Session:  00871-001   Date: 05/28/2009, Time: 14:14:53


CHS:    *They wanted to take you out with me and Hadi and everybody else to Soloman—*

MY:     Yeah.

CHS:    *—to dinner. And then I-I was wondering if you wanted to do that.* [Child shouting]  *Be-before—I know—I know you're gonna say, no, but I have to try. you know.*

MY:     *No, no, I'm-I'm not gonna go, but if you guys wanna, I'll buy you a bottle somewhere. A couple bottles.*

CHS:    *Yeah. Right, that's why-he-they* wanted to invite you to *dinner and stuff, so I said, you know* [child shouting] *I'll give it a try, but I know you're not gonna go, cous'.*

MY:     *No, no.*

        [Noise]

CHS:    *Well anyways.*

MY:     [OV] [UI]

CHS:    *That uh—*

MY:     [OV] *Let me know if you need—anything, uh-uh bottle service. I'll tell the manager to take care of you.*

CHS:    *OK,* I'll-I'll tell them that. Because I was supposed to come today, cous', but I can't yet—I can't manage to leave, Joe. Aunt Najat [PH] is alone here and all of that, *so I'm trying-I'm trying to push it till Monday to come down and* [UI]

MY:     [OV] Oh, are you in Austin?

CHS:    *I was supposed to get there today, but I haven't gotten there.*

MY:     Oh, how can you tell me that the guy wants to come go out tonight?

Case:
CD:        T-III 141-O, CHS, PH
Session:   00871-001    Date: 05/28/2009, Time: 14:14:53

CHS:    *Because,* if you wanted—if you'd accepted, I would—I would have come.

MY:     Oh, no, no.

CHS:    You accepted—

MY:     [UI]

CHS:    [OV] You answered my phone, Joe! Cous'!

MY:     Did he go back? [Laughing]

CHS:    You answered my phone call!

MY:     Did Akram go back?

CHS:    Huh? He left.

MY:     Yeah.

CHS:    He moved uh last week. *I can't believe* you answered my phone!

MY:     Huh? Huh?

CHS:    You answered my phone call cous'. Do you know what that means? You made my day today!

        [Child crying]

MY:     Uhhh. [UI]

CHS:    That's *cool* like that.

MY:     What's up?

CHS:    Nothing. There's nothing good here. We're here. There's only drama in our area.

MY:     The guy *he doesn't-he doesn't want to do another-another 100 soon?*

Case:
CD:           T-III 141-O, CHS, PH
Session:      00871-001    Date: 05/28/2009, Time: 14:14:53

CHS:     Yes, he does.  Do you want to do it?

MY:      Yeah.

CHS:     I-he has--that's why I'm calling you.  He wants to do--he wants me *to
         clear* the-the last two a little faster and then he wants to do 150.

MY:      When-when are uh the-the...

CHS:     [OV] Mike!

MY:      ...last checks dated?

CHS:     I don't know.  I need to look.  I think it's next month.

MY:      How many do you have left?  You-you should only have four left [UI].

CHS:     Four.  There are only four left.  But Mike--

MY:      Huh?

CHS:     —there are only four left.

MY:      Yeah.

CHS:     And he asked me--one thing they asked me.  I didn't know—because I
         can't get--get you on the phone.  How many times can you do that, Mike,
         that it wouldn't be a problem for you?

MY:      Hmm, one-one more time and then, wait—we must wait another six
         months.

CHS:     OK, that's the question I hadn't asked, because they asked me that, and I
         don't know how to answer.  How many times can I do—

MY:      [OV] One more time this year and then next year we can do some more.

CHS:     OK, so how much this time?  The maximum?  This-this last time for you.
         How much can we do?

Case:      ██████████
CD:        T-III 141-O, CHS, PH
Session:   00871-001   Date: 05/28/2009, Time: 14:14:53


MY:        As you want.

CHS:      You need to tell me, cous'. You're the one who knows.

MY:        As you want.

CHS:      [OV] You know the laws.

MY:        As you want. 100,000, 200,000, 300,000. As you want.

CHS       OK. So I'll call them--I'll tell them--

MY:        [OV] *Well, I'll do-I'll do* one more time this year and then next year we'll do it once more.

CHS:      So, I can come in—if I come Monday or Tuesday, you can see me, and then we—I'll bring the money to you.

MY:        What will you bring me?

CHS:      I'll take the money with me. I'll come. I-I buy my plane ticket, I'll be there during next week. I'll come Monday or Tuesday, we'll do it.

MY:        [OV] But you told me you'll *cash* the other ones first.

CHS:      But I will change—I'll change the date of the last check. That doesn't mean anything. I can still bring the money as long as I change the date of the last check.

MY:        Yeah, but does he know that you have the checks?

CHS:      Yes, of course, Mike. I deposit them and then I do wire transfers on his account.

MY:        But does he uh—he doesn't know—does he know—did he—did you show the checks to him or not?

Case: ██████████
CD:       T-III 141-O, CHS, PH
Session:  00871-001    Date: 05/28/2009, Time: 14:14:53

CHS:    Uh the last two ones?

MY:     Yeah.

CHS:    No, I didn't give him the checks. It's with me!

MY:     Oh, so you're the one who deposits the checks.

CHS:    I'm the one depositing.

MY:     Yeah.

CHS:    We can't--

MY:     [OV] [UI] But-but—

CHS:    [OV] [UI]

MY:     —when are the checks dated? I don't know. You need to tell me when the last checks are dated.

CHS:    I need to look at them. I'm not upstairs-in the thing. I can call you back right away. In five minutes.

MY:     OK, *well,* next week you still have two checks.

CHS:    I have two for next Mon-Monday.

MY:     What's left?

CHS:    I think there are two after that.

MY:     OK, then it's done.

CHS:    Yeah but the one that [UI]

MY:     [OV] [UI] next week.

CHS:    —the last two that are left are [voice breaking up] if you tell me—if you-you accept, at the same time, that makes for me —I bring 100 more with me. I must move the checks up--

Case:     █████████
CD:       T-III 141-O, CHS, PH
Session:  00871-001    Date: 05/28/2009, Time: 14:14:53


MY:     [OV] If you bring more, I'll do that for you.  No problem.

CHS:    OK, yeah, that's it.  I—there's no problem.  We can do that.  And you
        did say—there's no maxi—you can [UI] do how much?  100, 200. 300.

MY:     *Yeah, but anytime—any amount you want.*

CHS:    OK, this is the last time for this year?

MY:     Yeah.

CHS:    OK.

MY:     OK.

CHS:    *OK.  Thanks, cous'.  I'll call you back.  Are you gonna answer your
        phone, cous'?  Please?*

MY:     *Yeah, yeah, yeah.*

CHS:    *I appreciate it.*

MY:     *OK.*

CHS:    *Bye.*

MY:     *Uh.*

        [End of session]

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



5740 University Heights
San Antonio, TX 78249

File Number:            ███████████

Date of recordings:     05/28/2009

CHS Call #:             874

Languages:              French/English/Arabic

Linguists:              Thu Nhi D. Barrus [French, English]
                        Basam Aourani [Arabic]

### VERBATIM TRANSLATION

<u>Participants:</u>       CHS    Confidential Human Source
                        MY     Mike Yassine

Notes:                  *Italic* denotes conversation in English
                        <u>Underline</u> denotes conversation in Arabic
                        [UI]     Unintelligible
                        [PH]     Phonetic
                        [OV]     Overlapping Voices
                        [SC]     Simultaneous Conversations

Case:

CD:       T-III 141-O, CHS, PH

Session:  00874-001   Date: 05/28/2009, Time: 15:03:38

[Session begins]

[Phone ringing]

MY:    Hello?

CHS:   Mike?

MY:    Yeah?

CHS:   *Uh, you have a minute?*

MY:    Yeah.

CHS:   *OK,* look . . . they want-they want to do--they want to clear 300.

MY:    Yeah.

CHS:   Uh, they want to [UI] [phone breaking out] *uh-uh* 100, 100, 100.  They
       can—I know that they want [phone breaking] me if you can do that.

MY:    What do they want to do?

CHS:   It's 300, but they—they won't give 300 all at once.  They want to give
       them in 100 [UI] [voice breaking up].

MY:    100, 100, 100?

CHS:   Yeah, before the end of the year.  Are you OK with that?

MY:    OK.

CHS:   OK.  So now, if I come, I-I-I'll buy my plane ticket for *June-uh,* [child
       noise] *June—June the 9th.*

MY:    Yeah.

CHS:   *That's when I was gonna come and then, uh,* I'll bring the dough with
       me.

MY:    *OK.*

Case:

CD:       T-III 141-O, CHS, PH

Session:  00874-001   Date: 05/28/2009, Time: 15:03:38

[Child's voice]

CHS:    *OK, deal.*

MY:     *M-Make sure you tell me bef-a couple days before.*

        [Child's voice]

CHS:    Yeah, I-I'll call you and tell you—but it's-it's-it's 100% sure. I just
        spoke with them. *What I needed, cous', the check that I was talking
        about is the 9206 and 9205. Those were the last two checks*—the-the
        two last ones. If I could move up . . .

MY:     [OV] How many checks to you have left *now?*

CHS:    There are four checks now, Mike. There's the-the 9203, 9204, 9205, and
        9206.

MY:     *It's all the same account?*

CHS:    *It's all Kiss and Fly.*

MY:     *All four of them?*

CHS:    *Four of them. But it's all—one is on June 1st, one is June 8th, June 15th,
        and June 22nd. One, one, one.*

MY:     OK, what do you want to do? You want to put *two-two?*

CHS:    They-they want to change the *-06—the last two: 06 and 05.* I want to
        change those dates to-to one date.

MY:     *OK, so the-n-next week he's gonna put one.*

CHS:    *The-the-* [voice breaking up] [UI] *the 9203.*

MY:     *You'll put one.*

CHS:    *And then the-the next one is not till June 8th, but that I'm not gonna put
        it, because* I'm coming-I arrive-I arrive in Austin. I 'm going to Austin.
        I'll call you the 9[voice breaking up][UI] *both -5 and -06 and I can*

Government Exhibit 24 - 0186

Case:  ████████████
CD:       T-III 141-O, CHS, PH
Session:  00874-001   Date: 05/28/2009, Time: 15:03:38

*switch the date to one.*

MY:     *OK.  Bring me those two checks, the last two, and I'll write you one.*

CHS:    *OK, and then-then the last question, cous', I know you're busy, uh-uh-next year, how much can we do?*

MY:     Do what?

CHS:    If I-if I do the——can you do the 300 before the-the end of the year?

MY:     Yeah, yeah, yeah. *Just let-uh-just let me know what-just let me know and-if you're gonna do during-on the 9th or not.*

CHS:    *No, I-I'm coming for sure.  It's 100%.  That——I just talked to them. That's why it took me so long.*  I needed to get my dates straight.

MY:     Yeah.

CHS:    *I had to clear it with you first before I make any choices, because I can't just…*

MY:     [OV] Yeah, yeah.

CHS:    *…fly up there.*

MY:     *OK, no problem.*

CHS:    *Thanks, cous'.*

MY:     *OK.*

CHS:    *Well*, you know, that way, cous', you made my day.  You answered me twice!

MY:     [Laughing]

CHS:    You love me!  You love me!

MY:     *Hahaha…*

Case:       ██████████
CD:         T-Ill 141-O, CHS, PH
Session:    00874-001   Date: 05/28/2009, Time: 15:03:38

CHS:    *I'm gonna make more little-I'm gonna have more little birds for myself!*
        I'm happy, cous'!  You're my-you're my day!  It's happiness, Joe!

MY:     Good. *OK, well, good deal.  I'm gonna answer the phone from now on.*

CHS:    Sorry, [UI] cous', you don't know how that [child noise] that-that-that's
        worth money-that's worth more than 100,000 for me, the money—

MY:     Oh yeah.

CHS:    —when you pick up the phone.

MY:     Uh, *OK.*

CHS:    In God's name.

MY:     *Alright, bye.*

CHS:    *I know—I know you love me.  OK, cous'.*
        *Alright, bye.* [Laughing]

        [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████ |
| Serial Number: | 1D-126-O |
| Task Number: | 4412 |
| Date: | 06/19/2009 |
| CD#: | 1D-126 |
| Session#: | S1-1 |
| Languages: | French, English, Arabic |
| Linguists: | Thu Nhi D. Barrus [French, English]<br>Basam Aourani [Arabic] |

## VERBATIM TRANSLATION

<u>Participants:</u>
CHS        Confidential Human Source
MY         Mike Yassine

Notes:
*Italics denotes conversation in English*
<u>Underlined</u> denotes conversation in Arabic
[UI]          Unintelligible
[PH]         Phonetic
[SC]         Simultaneous conversation
[OV]         Overlapping
[sic]         Incorrect in the original form
[IA]          Inaudible

Case:          ████████████

CD:            1D126-O

Session:       S1-1   June 19th, 2009, 10:13am

               [Session begins]

MY:            *Yeah, man.*

CHS:           Hi, Mike.

MY:            Hi, cous'.

CHS:           *How you doing?*

MY:            What's new?

CHS:           Nothing.  *Good. Cous', I was just wondering, are you going to be in town on Wednesday?*

MY:            *Yeah, yeah, Wednesday, yeah.*

CHS:           *OK, 'cause I was getting my plane—*

MY:            *Why?*

CHS:           *—but I'm getting my plane ticket, but I wanna make sure you're gonna be there.*

MY:            *Alright. For what?*

CHS:           I'm coming—

MY:            [OV] Why?

CHS:           —I'm coming—I'm coming to see you to get uh—to give you the-the stuff—the money.

MY:            *So, you gonna have cash or what?*

CHS:           *Yeah, on Wednesday.  I'll come in—I'll come in on Monday, but I'll—I'll have it on Wednesday.*

MY:            *Yeah, I don't think I'm gonna be in town Monday.*

CHS:           *Well, but I'll come in on Monday, if that's OK.  If you're in town on Tuesday, that's good, because I—I wanted to leave on Fri-Friday.*

Case:      ████████████

CD:        1D126-O

Session:   S1-1    June 19th, 2009, 10:13am

MY:     *Alright.  OK.  Wed—Wednesday's good.*

CHS:    *Wednesday's good?*

MY:     *Uh-huh…*

CHS:    *OK.* You give me—*uh, what time you want me to come to the office? Anytime or whenev—you have a certain time?*

MY:     *I have no* [UI]—*tell—tell—*call me first.

CHS:    OK.

MY:     *Because I don't know, because I'm gonna be out—out of town now, Monday.  So I don't know when I—what—what I have Tuesday.*

CHS:    *OK.* Are you coming back Monday or are you coming back Tuesday?

MY:     Maybe Monday night.

CHS:    *OK, cous'.*  Otherwise, other than that . . . <u>Congrats for the house</u>… *I saw it.  It's nice.*

MY:     *Oh, thank you, thank you, thank you.*

CHS:    It`s *nice, cous'!  It's total nice!*

MY:     Tell me, are you sending me the money or not?

CHS:    Yes, I'm coming.  I swear, *cous'!*

MY:     *No, I know* you're coming.  *You—you go by the—I just need to be prepared if you're gonna be here.  You'll bring money or not?*

CHS:    *I'm bringing money, cous'.*  I'm bringing 100,000.  That's it.  I'm coming to do the last 100 and then it's over.

MY:     *OK, so for sure* or what?

CHS:    It's *100%, cous'.  That's why I'm making sure you're here, because* I

Case:        ████████████
CD:          1D126-O
Session:     S1-1    June 19th, 2009, 10:13am

              can't come and go right back.

MY:          OK.

CHS:         *Alright, cous'.*

MY:          *Alright.*

CHS:         *Thank you, cous'.*

MY:          *Alright.*

CHS:         *Have a good day.*

MY:          *Alright, bye.  Bye.*

              [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:      ████████████

Serial Number:    1D-130

Task Number:      -

Date:             06/24/2009

CD#:              1D-130-O

Session#:         S1-1 [One call]

Languages:        French, English

Linguist:         Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
CHS               Confidential Human Source
MY                Mike Yassine

Notes:
*Italics denotes conversation in English*
[UI]              Unintelligible
[OV]              Overlapping Voices
[ ]               Translator's notes
[PH]              Phonetic
[IA]              Inaudible

Case:  ███████████
CD:  1D130-O
Session:  S1-1 [Call #1]   Wednesday June 24[h], 2009, around 14:13:34 to 14:13:39.


[Session begins]

[Music]

CHS:  *Hello?*

MY:  *Hello.*

CHS:  *Hey, Mike.*

MY:  What's new?

CHS:  Are you in the office?

MY:  Not yet.  What's new?

CHS:  I-I'm ready whenever you want.

MY:  OK.  *Just give me, uh, uh 3:00 is not good?*

CHS:  Yes, I-it's-I just wanted to know if you were in the office.  I wanted to finish up.  But if-I can come at 3:00.

MY:  Yeah, *I'll be there at 3:00.*

CHS:  *OK, cous'.*

MY:  *OK, cous'.*

CHS:  *OK, bye.*

[End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:          ▇▇▇▇▇▇▇▇

Task Number:          4411

Date:                 06/24/2009

CD #:                 1D128-127-O   [128 = Video, 127 = Body Recorder]

Sessions:             S3-1O, S3-2, S3-3
                      S4-1, ▇▇▇, S4-3, ▇▇▇, S4-5, S4-6, S4-7
                      S5-1, S5-2, ▇▇▇, S5-4

Languages:            French/English/Arabic

Linguists:            Thu Nhi D. Barrus [French, English]
                      Basam Aourani [Arabic]

## VERBATIM TRANSLATION

Participants          CHS    Confidential Human Source
                      MY     Mike Yassine
                      MR     Marisse Ruales
                      RG     Rommel Gomez
                      LG     Laura Garcia
                      KL     Kamal LNU
                      UM     Unknown Male
                      UF     Unknown Female

Notes                 *Italic* denotes conversation in English
                      <u>Underline</u> denotes conversation in Arabic

Abbreviations:        [ ]     Translator's note
                      [PH]    Phonetic
                      [UI]    Unintelligible
                      [IA]    Inaudible
                      [SC]    Simultaneous Conversation
                      [OV]    Overlapping Voices

Case:        ████████████
CD:          1D128-127-O
Session:     S3-1O  Wednesday, June 24th, 2009, 14:47:23 to 14:50:03 [Video]

[213 West 4th Street, Austin, Texas, Suite 200]

        [Session begins]

MY:          When did you arrive?

CHS:         Monday night. [UI]

MY:          Huh?

        [Loud rumbling noises]

CHS:         Monday night.

MY:          When did you see the guys?

CHS:         This morning.  An hour ago.

        [Loud rumbling noises]

MY:          Fuck, but this is—this is dangerous! Huh?

CHS:         [UI]

        [Noises from a machine]

MY:          Who put it like this *man*?

UM1:         *Come on!*

MY:          Huh?  It's scary Joe.

        [Loud rumbling noises]

CHS:         The second time, you were not afraid?

Case:           █████████████
CD:             1D128-127-O
Session:        S3-1O  Wednesday, June 24th, 2009, 14:47:23 to 14:50:03 [Video]

MY:      Who put things together like this?

CHS:     I don't know cous'.  *I didn't ask him.*

MY:      Who is the guy? What does he sell? What kind of *drugs*?

UM1:     *Come!*

         [Loud rumbling noises]

CHS:     Uh, the birds.

MY:      Huh?

CHS:     The white stuff.

MY:      The birds?

CHS:     Cous', the-the-the last check *it bounced.*

MY:      Are you sure? *I can get you another one.* You're going to take it right
         away?

         [Loud rumbling noises]

CHS:     *I'll rerun it.*

MY:      *You can rerun it or I'll give you another one.*

CHS:     *I'll rerun it.*

MY:      *The money's there.  Madi, she paid the same bill twice.  10 grand.*

CHS:     *Can I rerun it?  Huh?*

MY:      *Try it again.*

CHS:     *I did.*

         [Loud rumbling noises]

Case:
CD:        1D128-127-O
Session:   S3-1O  Wednesday, June 24th, 2009, 14:47:23 to 14:50:03 [Video]


MY:     *Huh?*

CHS:    *I think they did.*  [UI].  *But they called from—from the*  [UI]

MY:     *Are they gonna rerun it or you are?*

CHS:    *They are because they told me that they rerun it or I can rerun it. Still need some money to* [UI].

        [Loud rumbling noises]

MY:     Tell me something.

CHS:    Yeah.

MY:     *Rommel, can you get me something to drink?*

RG:     *Yeah.*

CHS:    *You have water down there?*

RG:     *Yeah.*

CHS:    Cous', I have a flight at five o'clock.

MY:     Yeah, *we'll just—Madi is going to give you the checks* . . . don't you want checks?

CHS:    Yes.

RG:     *Let's go!*

MY:     Tell me something . . .

CHS:    *Yeah, I want to get some water.*

MY:     How does it work uh [UI] the birds?

CHS:    Where?  In the streets?

Case:        ███████████
CD:          1D128-127-O
Session:     S3-1O  Wednesday, June 24th, 2009, 14:47:23 to 14:50:03 [Video]

MY:      No-no-no

CHS:     [UI]

MY:      How do we do these checks?  Will he pay you for that?

CHS:     I take off uh 10% for you.

MY:      Won't he pay you?

CHS:     Take 10 percent. Then we'll [UI].

MY:      Why? The last time, how much did you give me?

CHS:     Five percent.

MY:      Ten percent?  Huh?

CHS:     *I hooked you up,* Joe!

MY:      *Huh?*

CHS:     I did—*hook you up!* [sic]

MY:      You're lying.

CHS:     I swear to god. [UI] you see when it's 5%, 10% [UI].

         [Loud rumbling noises]

MY:      You're lying.

CHS:     Yes, are you going to give me something out of it?

MY:      Yeah, what do you want?

CHS:     When, later.

MY:      Later or what?

Case:         ■■■■■■■
CD:           1D128-127-O
Session:      S3-1O  Wednesday, June 24th, 2009, 14:47:23 to 14:50:03 [Video]

CHS:        Later on, at night.  I'll like to have—if I can take-change my flight...

MY:          You're telling me you're gonna split!

CHS:        But yeah! Cindy is wears me out, cous'.  Don't you know my wife?  I don't want to leave! [UI]

MY:          Tell me, uh, cous', the guy, he doesn't work for the government huh?

CHS:        No, cous', <u>I swear by the Koran</u>, I've been working with him for one year, *Joe*. [Pause] Cous', [whistle] if I knew--I'll be telling you [Noise] If something were to happen, they would have come and pick me up a long time ago.

MY:          *Hello?*

              [End of session]

Case:          ████████████
CD:            1D128-127-O
Session:       S3-2  Wednesday, June 24th, 2009, afternoon [Body Recorder]


          [Session begins]

CHS:      *Cous',*

MY:       *Uhm.*

CHS:      *I have a couple of questions.*

CHS:      [Noise] [UI]
          Uh, they want to know . . . if we . . . if it's the last time for this year,
          huh?  You said, huh? *Can't we do it again?*  Really?
          [Pause]
          Because you had told me this the last time.
          [Pause]
          I told them "Nah, that's the last time" . . . They wanted to know when if
          you have the last time—if you were going to do it for the last time, *make
          sure* when can we start and until when?

MY:       *No, I'll do one more time.*

CHS:      *OK.*

MY:       *M-uh? When?  When this clears up?*

CHS:      Yeah, *the faster you clear it out, the faster I can do it.* [Pause] That's fine
          with me, because I can--I'm making money.

MY:       Oh, yeah?

CHS:      Yeah, I'm going to Vegas. [Dog barking] Cous', I'm leaving here, I
          arrive in LA, I'm going to Vegas--

MY:       You're lying.

CHS:      --[OV] tomorrow, tonight.

MY:       So, the guy, you are talking about, *you want to join him*?

Case:  
CD:       1D128-127-O  
Session:  S3-2  Wednesday, June 24th, 2009, afternoon [Body Recorder]

CHS:    No, cous'.

MY:     Huh?

CHS:    Can you see [UI] for me, it's the money!

MY:     Yeah, but how do you give him the money?

CHS:    I do it by *wiring before*--from my bank.

MY:     Yeah, but how—I don't understand how it helps him!  
        [Dog barking]

CHS:    I think that, in principle—*Mike*, you know, what he is doing, he is taking uh-—

        [Dog barking]

MY:     How does it help him if you [UI], I don't understand.

CHS:    I'm cleaning it up for him!

MY:     [UI]?

CHS:    He's not cleaning for you—I am the one cleaning up, from my account.

MY:     When they catch him, they're going to look at his account. They see the money comes from you?

CHS:    It's—it's about the money for me.  The money they're giving me—  
        That's why I'm coming to you, you're giving me checks—I'm working!

MY:     Mnn-uhm.

CHS:    Isn't that right?

MY:     But you don't pay *taxes*?

CHS:    I haven't yet paid this year! I didn't *file!* [UI] the IRS, but what do I do?  
        I've never done something where I have money like this—[OV]

Case:

CD:       1D128-127-O

Session:  S3-2  Wednesday, June 24th, 2009, afternoon [Body Recorder]

MY:     Your guy, he sells *big time* or what?

CHS:    Yeah…

MY:     Huh?

CHS:    Yeah…

MY:     *Big big.*

CHS:    Five—five uh—five kilos per uh-per-per month… it makes 100-100-000. I calculated myself—

MY:     You sell five kilos per month?

CHS:    Five kilos.

MY:     [UI]

CHS:    Five kilos, it's 20-23,000 the kilo. Do you imagine? That's what I'm doing. It can't be more than that because the price is currently at 23,000. [Noise] 24, 23.

UF:     *Hey Moe!* [UI]

        [End of session]

Case:            ████████
CD:              1D128-127-O
Session:         S3-3  Wednesday, June 24th, 2009, 15:00:22 to 15:02:58 [Video]


[Session begins]

MY:       You didn't say how you want to do it?

CHS:      How what?  Your checks?

MY:       [OV] [UI]

CHS:      Aren't you—aren't you going to write me checks?

MY:       Yes, I will!

CHS:      OK, that's all.

MY:       Yeah, but for how long?  One month, two months?

CHS:      You—-the-the-the faster you do it, the better it is.  If you're going to do a
          second time, yeah.

MY:       The fastest is four—two checks per week.

CHS:      That's it.

MY:       That's the fastest I can do it.

CHS:      OK.  OK, that's fine!

MY:       [OV] [UI]

CHS:      Hey, *Mike*, I'm—I'm starting to think it worries me now you make me --
          you talk to me—how am I going to pay *tax* on that?

MY:       *This is the deal.*

CHS:      You've played with my head.  You-you –you didn't put me—-you've put
          me into a corner, now I'm in another world.

MY:       [OV] No, if they catch him . . .

Government Exhibit 24 - 0204

Case:
CD:         1D128-127-O
Session:    S3-3  Wednesday, June 24th, 2009, 15:00:22 to 15:02:58 [Video]

CHS:    Yeah...

MY:     ...and they see his bank account... You're sending that to him [UI] . . .
        how are you sending that?

CHS:    *Sometimes I do it Western Union transfer--wire transfer.*

MY:     *A wire transfer.*

CHS:    I need to stop the *wire transfer.*

MY:     Do you do *wiring* for more than 10,000?

CHS:    No. 7,000, 7,500.

MY:     If he was caught—but *it's a long shot!*

CHS:    But c—but c—cous', you gave me a scare just now.

MY:     In the worst case scenario.

CHS:    Because I never think about all of that. You're giving me a scare
        because I see it as being *safe* for me, Joe. I found a job. I'm working.
        You told me *I'm a "self contractor".*

MY:     *Uh, we can always fix it.*

CHS:    [UI] what's-what's-what I'm going to do about *taxes*? Now, how am I
        going to *file*? [Pause] Because I don't need-I don't . . .

MY:     [OV] *The thing is-is—it-it*--what we need to do. You need to listen to
        me straight.

CHS:    I'm listening to you, cous'!

MY:     If the guy gets caught . . .

CHS:    Yeah.

MY:     . . . you need to tell me right away, so this way, *I can go and file the
        taxes for you.*

Case: ██████████
CD:     1D128-127-O
Session:   S3-3  Wednesday, June 24th, 2009, 15:00:22 to 15:02:58 [Video]


CHS:     Yeah, right, but I'm not even thinking about [UI].  But me—what are you going to do for me? But now, even if they don't catch him, how am I going to pay my taxes?

UF:      *Hi cutie!*

MY:      Nobody will know.

CHS:     Not to pay until--uh, OK.

MY:      If they don't catch him, *you'll never have to worry about it.*

CHS:     OK, but they won't catch him!

MY:      As soon as he's caught, you need to tell me how I can go *file tax [sic]* [UI].

CHS:     But, cous', you're going far Joe!  You're making me think about him getting caught!  [Phone rings] I don't think so, Joe.

MY:      Do you understand what I'm saying?

CHS:     Yeah, I understood.

MY:      *Yeah, I can do it.*

UF:      *Yassine Enterprises.*

CHS:     [SC] Yeah, well we can just *file anyway*, cous'.

MY:      Huh?

CHS:     We can just *file anyway*, at least something, Joe! Because that goes into my bank account!

MY:      *There's still* [UI]—I paid you to work.

CHS:     Yeah, but me-me . . .

MY:       [OV] It's not a problem.
Case:     ███████████████
CD:       1D128-127-O
Session   S3-3  Wednesday, June 24th, 2009, 15:00:22 to 15:02:58 [Video]


CHS:      [OV] But me—

MY:       [OV] *I can do it.*

CHS:      --me, Mike—you-you're OK.  You *generate* . . .

MY:       [OV] [UI] *even if you didn't file, you have three years to file.  It's not a problem.*

CHS:      OK.

MY:       But *I have to do it for you to be able to do it.*

CHS:      OK, but here's what I'm asking you.  I'm asking you, I have money coming in now, but in two or three months, that will come to 200,000 with that.  Yeah?  That means I work.  I don't *file* for the work?

          [Pause]

MY:       *You get Diet Coke man?*

RG:       *Huh* [UI] *You don't want it?*

MY:       *No, man. From where?*

RG:       [UI]

MY:       *OK, fuck it.  I'm tired, I'm dying.*

CHS:      Mike, excuse me, tell her to write, it's 3:00-4:00 [loud noises] I have a flight at 5:45.

MY:       OK, she's going to it for you right away.

CHS:      I—since—I still need to go to the bank, to your brother's house, pack my suitcase . . .

          [End of session]

Case:        ████████████
CD:          1D128-127- O
Session:     S4-1   Wednesday, June 24th, 2009 [In Video=15:04:00 to 15:06:40]


[Session begins]

CHS:    Mike, when are you coming back to LA?

MY:     [UI]

CHS:    Come see me.

MY:     Tell me something cous'.

CHS:    Yeah.

MY:     How much time do you need for the checks?

CHS:    As fast as possible, cous'. It's money for me.

MY:     In addition, tell me—what is as soon as possible?

CHS:    A month . . . a month and two weeks.

MY:     A month and two weeks is *excellent*.

CHS:    A month and two weeks. Like the other, one month—it was a month and
        two weeks, and you sent me both— it was one month and two weeks
        precisely.

MY:     Yeah. [Pause]
        Cindy doesn't work?

CHS:    Nobody works, Joe!

MY:     How much do you live on?

CHS:    I live on that.

MY:     On that is [UI] How much the guy-- five thousand?

CHS:    Five thousand? I make money, cous'. How do you think I--It's been a
        year that I came, I lived in a $5,000 house uh, rent uh. . .

Case:       ██████████
CD:         1D128-127-O
Session:    S4-1   Wednesday, June 24th, 2009 [In Video=15:04:00 to 15:06:40]


MY:    [OV] Well I know—I know you make money.  But you need to be careful, Joe.

CHS:   Yeah, but I stopped selling--and all that.  Cindy's mother also sends me 3,000, 4,000 a month.

MY:    [OV] Tell me, if-if-if you get caught, you won't see your kids for the rest of your life…

CHS:   I know cous'.  But, what am I gonna do, cous'?  Will I stay with problems?  I don't have any other choice, cous'.  [Pause]

MY:    OK.

CHS:   Over there, cous', it's *expensive*, you know.  *I'm talking uh-the house we're in.  It's at—I pay the same thing I was paying on my mortgage here, $2,300.*  [MR talking in the background] *Mike, and it's only three bedroom.*  And it's small, it's *1,500 square feet.*  My car, my payment is $700 per month.  I have too many *expenses!* [Pause]  It's five- [UI]

MY:    [OV] [UI] a *Range Rover?*

CHS:   [UI]?

MY:    *No, no I want* [UI].

MR:    [SC]

CHS:   Ali?

MY:    Ali who?

CHS:   Ali the…

MY:    *No, I don't wanna buy a* [UI].

CHS:   *Oh, you wanted a lease?  Lease option?  Huh?*

MY:    How do you send the Hummer and all that?

CHS:   The Hummer, *I bought it at the Carmax.  I paid three thousand down.*

Case: ██████████
CD:       1D128-127-O
Session:  S4-1   Wednesday, June 24th, 2009 [In Video=15:04:00 to 15:06:40]


MY:     *Maybe Carmax they have Range Rovers?*

CHS:    *Oh, they have-they have Porsche. they have Ferrari.*

MY:     *Ferraris--*

CHS:    *Cous' you know-you can-you know, cous', you can shop online. I know you go online, cous'. You shop and any car you find in all the states, you just pay the fee, $250, when you talk--*

MR:     *I forgot to clock in.*

CHS:    *--to the guy, and they'll ship the car to you* [UI].

MY:     *What?*

MR:     *I forgot to clock in.*

MY:     *Huh.*

MR:     *And* [UI].

CHS:    Do you know that cous' don't you? *OK,* me, *to purchase my Hummer, I went online, and I saw it. It was in-in* [UI] *somewhere in Michigan, right? I fill-I filled out my application over the phone with the guy. They approved me, he said, "Pick a car." I went online to all state-wise* [sc]. *I—my car is in Michigan. They tell you the shipping fee next to it. I said, "OK, I like this Hummer." He said 250 to ship to Austin. They'll ship it to the dealer* in *Austin, and you go pick it up.*

MR:     *OK!*

MY:     Madi, call [UI] Carmax [UI].

CHS:    *Go to carmax.com . . .*

        [Noise]


        [End of session]

Case:          ████████████
CD:            1D128-127-O
Session:       S4-3   Wednesday, June 24th, 2009, 15:13:58 to 15:15:25 [Video]


              [Session begins]

CHS:          No, they know that you—one can do well here, Joe.  [UI] l know cous'!
              Oh, I talk highly of you cous'! I--

MY:           [OV][UI] I want to know what do they- uh—*ask him what do they want
              to know.*

MR:           Um-hmm.

CHS:          *What, they first-they want to know-uh-how you got to what you are doing*
              [UI] *cor-corporation, a* large *corporation* with the clubs and all of that.
              *I told them you live on a penthouse, at the Hilton.* [Repetitive noise] Joe,
              they want to know, cous', aunt Najat [PH] asked "how is Hassunah" and
              all of that.

              [Pause with repetitive noise]

MR:           [UI] *You're welcome. I'd like to see if I get proof before I go on saying
              anything.*

CHS:          [UI]

MR:           *Yeah.*

              [Pause with repetitive noise]

MY:           How come did he close that in a *bag* like that?

CHS:          *Mike- uh- you have to go to uh-k-k-k-Kinko's, that-that place.*

MY:           Yeah.

CHS:          [UI] to *Staple.*

MY:           Yeah.

CHS:          You see there are things you put like that, *you zip it.* Just like the stuff for
              *food.*

Case:

CD:        1D128-127-O

Session:   S4-3   Wednesday, June 24th, 2009, 15:13:58 to 15:15:25 [Video]


MY:       *Ziploc.*

CHS:     *Ziploc.* You have-*you-you buy and you go like this, cous',* [noise] *and you compress it and zip* it here *so you can leave it in the freezer.*

MR:      *No problem--*

CHS:     [SC] That's what he used.  That's not …

MR:      *Uh-huh.*

CHS:     Is it worrying you? The-the bag drives you nuts?

MR:      [SC] *I'm at work, I can't.*

CHS:     Is it the bag that *bothers* you, nothing else. Huh?

MY:      Should not have!

CHS:     [Laughing]


[End of session]

Case:  ███████████
CD:      1D128-127-O
Session:  S4-5   Wednesday, June 24th, 2009, 15:20:59 to 15:23:31 [Video]


[Session begins]

CHS:  [UI] and *you can't tell if it's rental fee* [UI].  Have you seen my Hummer? My Hummer is *clean. I don't have no problem. I just put it in the shop and then-then if you buy the extended warranty with it for $75,000.*

MR:  [UI]

[Repetitive noise]

CHS:  *That's what I do, because then you only pay $50 deductible at Carmax whatever you want to do, they send you the* [UI] *fee. You don't pay nothing.* [UI].

[Long pause with repetitive noise]

CHS:  *Mike?*

[Loud noise]

MY:  *Uh-huh?*

CHS:  Hey, if you want to do one month and two weeks, how many—how many checks will that be?

MY:  If I pay one month it's eight checks.

CHS:  Eight checks.

MY:  Right? 15, 15, 15, 15.  *Right?* Eight checks. *I mean* it's *eight checks anyways. No matter what I want to do it's eight checks.*

CHS:  *OK.*

MY:  *Huh?*

CHS:  Yes, it's-- Yeah, on 90.

Case:   ▮▮▮▮▮▮
CD:      1D128-127-O
Session:  S4-5  Wednesday, June 24th, 2009, 15:20:59 to 15:23:31 [Video]

MY:      On 90 what?

CHS:     You don't have to give 7,500, it's 90?

         [Noises]

MY:      Not 90 it's 7,500.

CHS:     7,500.

MY:      And I will give you ten checks.  Uh, for 9,000 each.

CHS:     Ten checks in how much, how?

MY:      Uh, ten checks, *you divide the 90 by 10.*

CHS:     [UI]

         [Loud noises]

MY:      *Yeah that's 9...divided by 10 . . .* [UI] *No, no,* [UI] *I'm talking about. 90...*

CHS:     No, cous'.

MY:      *Divided . . .7,500 . . .It's 12 checks times 12 check 90.  7,500 times 12 checks-12 checks . . . two, two, two, two, two . . .*

CHS:     [OV] *Yeah, because you'll do me, Cindy, me, Cindy, me, Cindy.*

MY:      *...two, two, two, two,* 15, 30, 45 [Pause with noises] *It has to be it. That's why I wanted to do six weeks.  The problem is I can't do* [UI]

CHS:     [OV] [UI]

MY:      *Six weeks, 15,000 a week.*

CHS:     Just like last time then.

MR:      [OV] *Mike!*

Case:       ███████████
CD:         1D128-127-O
Session:    S4-5  Wednesday, June 24th, 2009, 15:20:59 to 15:23:31 [Video]


MY:         Exactly.

            [End of Session]

Case:
CD:        1D128-127-O
Session:   S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

[Session begins]

MY:   *We need to give him checks.*

MR:   *OK, let's go what, where and how much?*

CHS:  *I—I reran the other check.*

      [Snickering]

MR:   *Do you want me to rewrite it?*

CHS:  *I rerun- I-I'm rerunning it.  Yeah.*

      [Noise]

MR:   *Are you rerunning it?*

CHS:  *Yeah.*

MR:   *OK, Mike, what checks, clubs am I writing these from?*

MY:   *So-so, Madi, you're gonna write 12.*

MR:   *OK.*

MY:   *Right?  Six from one account.  Six from another.*

      [Noise]

MR:   [UI] *account?*

      [Noise]

MY:   *Huh?  Or we can write uh two, six and six.* [Noise] [UI] *We've been doing---we're doing Pure, no. Which club have we been doing?*

MR:   *Vicci and... Pure.*

Case:  ████████

CD:  1D128-127-O

Session:  S4-6  Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

MY:  *Have we been doing Vicci and Pure or Vicci and Qua?*

CHS:  *No, you did Vicci and then you did, uh, Kiss and Fly.*

MR:  *Vicci is Kiss and Fly.*

CHS:  *Oh, yeah, I forgot!* [Laughing]

MR:  *It's Pure. Vicci and Pure.*

MY:  *OK, so keep going.*

MR:  *What dates do you want 'em?  Once a week?*

MY:  *Yeah, once a week.  Two checks.  Six from Pure and six from—do you follow me?*

MR:  *Yep.*

MY:  *And then I want you to make copies of those, so we're gonna do a spreadsheet.*

  [Pause with noises]

CHS:  *What's a spreadsheet?*

MR:  *It's for Mike* [UI] *Uh...*

MY:  *So, when are we gonna start, Moe?  Starting when?  Next Monday?*

CHS:  *Yeah.*

MR:  *Next Monday, which is the 20th of [UI]*

  [Noise]

MY:  *Hey, Rommel.*

RG:  *Yes, sir.*

CHS:  *So . . .*

Case: ███████████
CD:        1D128-127-O
Session:   S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

MR:    [OV] *Am I doing Moe and Cindy, Moe and Cindy?*

CHS:   *Yeah, so-so, we're doing 12 checks, right?*

MY:    *Right.*

MR:    *Six checks.*

MY:    *Six checks.*

MR:    *From each account.*

MY:    *From each account.  So you're gonna pay him the same date.*

MR:    *I know.*

CHS:   *OK.*

MR:    [UI]

       [Noise]

CHS:   *Yeah.*

MY:    *Moe, Cindy, Moe, Cindy, Moe, Cindy, Moe, Cindy, six.  And we start by the* [UI] *account*

CHS:   *I need you to give me the date.*

MY:    [OV] *I'm gonna date, one . . .* [Dog barking] *and then this one, two, three, four, five, six.*

CHS:   *What date is the first one gonna be on?*

MR:    *06/29/09.  OK, then...*

MY:    [OV] *This will be three.*

MR:    *...and then this one goes the next Monday?*

Case: ███████████
CD:      1D128-127-O
Session:  S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

MY:     *Which Monday?* [Dog barking]
        *Put 06/30.*

MR:     *This is next Monday.*

MY:     *Yeah, put 06/30.*

MR:     *That's Tuesday.*

MY:     *OK, six—*

MR:     *So, let me ask you a question. So, this is . . .*

MY:     *06/29, 06/29.*

MR:     *OK.*

        [Breath]

MY:     *Then the next one on Monday.*

CHS:    [OV] *For two checks.*

MR:     *OK.*

        [Pause]

MY:     *Rommel,*

RG:     [UI]

MY:     *Shred this.*

        [Pause with noises]

CHS:    *So six—two checks, six checks.*

MY:     [OV] [UI]

CHS:    *Yeah, so since it's 12 altogether, right, Madi?*

Case:
CD:        1D128-127-O
Session:   S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

MR:      *Who?*

MY:      *Right.*

MR:      *Daniel?*

MY:      *Daniel and push it 15.*

MR:      *Can you call Daniel, please and ask him if he can move the appointment
          15 minutes behind?* [Pause with noise]
          *Right.  Instead of 4:00 to 4:15?* [Pause with noise]
          *Thanks.* [Pause] *God forbid you all do something for me.  Golly! I swear
          to God.  The laziest motherfuckers I know.  And they get paid more than
          me* [UI] *6/09...*

MY:      *So, Moe!*

CHS:     Yeah.

MY:      You're getting the money now or what?

CHS:     No, that's fine.

MY:      Huh?

CHS:     No.

MY:      Why?  When?

CHS:     When I need it.  I don't need it now.  Uh, when the days will be tired.
          [*sic*]

MR:      [OV] *Are they all going for 7,500?*

MY:      *$7,500 each.*

MR:      *Do you have any more gum Moe?*

CHS:     *I'm not chewing gum.*

MR:      *Oh.*

Case:
CD:        1D128-127-O
Session:   S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

CHS:      *I'm chewing a piece of plastic.*

MR:       [Laughing]

CHS:      *It's cheaper.* [Laughing]

MR:       It's cheaper is it! [Laughing]

          [Loud noise]

MY:       *Did BJ not come and do the payroll?*

MR:       *Yeah.*

MY:       *Where is it?*

MR:       *It's right here.*

MY:       *They are done?*

MR:       *Uh-huh.*

MY:       *Huh?*

MR:       *No.  Cindy . . .*

CHS:      [Clears throat] *So me and Cindy are* [UI]

MR:       [OV] [UI] *I don't-I don't put Cynthia?*

CHS:      *Uh . . .*

MR:       *Does it matter?*

CHS:      *What did we do last time?*

MR:       Cindy.

CHS:      *Cindy is fine.* [Pause]
          *So, it's gonna go to what—what month?  The Ju—July what?*

Case:          ████████████
CD:            1D128-127-O
Session:       S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]


MR:     *I don't know yet, Moe, sorry.  Hold on.*

MY:     Rommel?

RG:     *Yeah...*

MY:     *Can you call* [UI] *please?*

MR:     *Fuck!* [Pause with noises]
        *So every . . . So, Mike, you told me 06/29—06/29, so there's two checks
        that are gonna go through every week, on the same day.*

MY:     *We-we've been doing it—*

MR:     [UI] *One for Cindy and one for Moe.  I just wanted to make sure.*

MY:     *Right.  One from Pure and one for . . . but you're gonna split it in your
        work-in your . . .*

MR:     *I'm not worried about that right now.  Right now-right now I'm worried
        about this.*

MY:     [UI] *But I want you to make me a spreadsheet—*

MR:     [OV] *I know.*

MY:     *--as soon as you write these checks.*

MR:     [OV] *I know.  But, I have to write the checks first.*

        [Pause]

CHS:    *Mi-Mi-Mi-Mike right now* we're in June, right?  That will go until when?
        The end of *July?*

MY:     *Six weeks.*

CHS:    *Yeah, so the end—the-the last day of the last check will be when, you
        think?*

Case: ▮▮▮▮▮▮▮▮

CD:        1D128-127-O

Session:   S4-6  Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]


MY:        *So, the last day will be, one, two. one... Two, three, four, five . . .the end of July.*

CHS:       *OK, cous'.*  Look, they asked me for three—

MY:        [OV] *By the end of July, you'll be done.*

CHS:       *--at what time?*

MY:        *By the end of July, you'll be done.*

CHS:       *OK.  The-the question they asked me is ·- because I had said that we wouldn't do any more this mo-this-this-that month.  They had asked me which-uh-when we could start next year, and we could do it until when? They want to do 1-1,000,000.  That in twelve- that in a year.*

MY:        *Hmm?*

CHS:       1,000,000 in a year.  It will be how much?  100,000; 100,000; 100,000?

MY:        *Uh, once that's done.*

CHS:       *Uh-huh.*

MY:        *Bring me another.*

CHS:       OK, but you had told me, "No."

MY:        Can he do 200,000 at the same time?

CHS:       He can do it!

MY:        You should have brought me another 100,000?

CHS:       Well, I didn't know that you—I'm afraid for me now.  How am I gonna *file my taxes?*

MY:        *To file the taxes?*

CHS:       Yeah, *because if I took 200,000 at a time,* how am I gonna do?

Case:    ███████████
CD:      1D128-127-O
Session: S4-6  Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]


MY:    *Now, I'm gonna give you a solution.*

CHS:   *Give me a solution.*

MY:    [UI] help [UI] the guy is caught.

CHS:   But cous', you're acting like they're going to catch him!

MY:    I gave you the money this time . . .

CHS:   Right, you had me sign a paper about that.

MY:    But that was the first thing.

CHS:   OK, do a second one.

MY:    No, secondly I gave you the money.

CHS:   OK.

MY:    *And you—you pay me—you're gonna pay me back,* that's all.  It's obvious. [UI]

CHS:   *So you'll tell them it's a loan.*

MY:    *Yeah.*

CHS:   *OK.* [Pause with noises]
       *So I'm gonna get 12 checks, or six checks?*

MR:    *Let's wait until I finish and then--*

MY:    Tell me something.

MR:    *-- you all can ask me stuff and then I mess up and--*

MY:    Can the guy put in 100,000 now?

MR:    *--you all wonder why I mess up.*

Case:        ████████████

CD:          1D128-127-O

Session:     S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]


CHS:     Yeah.  I can ask him

MY:      Ask him.

         [Pause]

CHS:     Do you want to get another 100?

MY:      Huh?

CHS:     Do you want a second 100?

         [Noises]

MY:      [UI]

CHS:     Not today.  I can't do it.
         [Noise] It means I'd have to delay my fly.  It means I'd have to delay my flight.

MY:      *Probably.*

CHS:     If you want to do *another deal*, it means I'll stay until Friday or Saturday.  To Friday.

MY:      Yeah.

CHS:     If I don't stay past Friday, I am OK.  If you really want to do it.

MY:      The guy has 100 now?

CHS:     He can have it of course.

MY:      Today?

CHS:     No not today.

MY:      [Clearing throat] When, tomorrow?

CHS:     Tomorrow.

Case: ████████████
CD:      1D128-127-O
Session  S4-6   Wednesday, June 24th, 2009 [In Video=15:24:51 to 15:33:18]

MY:      Just call and ask him! [UI]

CHS      Why?

MY:      [UI] I'm going, I'm taking off!

CHS:     Where are you going?

MY:      For two weeks.

CHS:     Where are you going?

MY:      Huh?

CHS:     Where are you going?

MY:      Somewhere.

CHS:     OK. *And when are you leaving?  Next week?*  So we need to do this week, or what?  Huh, Mike?  Mike!

MY:      Huh?

CHS:     I should do that now, or what?  [Long pause with noises]
         *Hey, my flight's at 6:00.  You think I'll make it Madi?*

MR:      *Um-hmm. [UI].  You just flew in for the day?*

CHS:     *I got here at si---when you called me Monday, remember?*

MR:      *Uh-huh.  Oh, you were?*

CHS:     *Yeah, and then-then I waited for this . . .*

MR:      *Did you come with Cindy then?*

CHS:     *No.*

         [Pause]

MR:      *Just by yourself?*

[Noises]

[End of session] 

Case:
CD:        1D128-<u>127</u>-O
Session:   S4-7   Wednesday, June 24th, 2009 [In Video, starts at 15:34:10]

[Session begins]

[Noise]

CHS:   *Mike.*

MY:    Yeah.

CHS:   Excuse me, tell me . . . if I [UI], I bring a second 100, [UI].  If I bring a second 100, OK, it means I'm depositing, in not even three months, in my account, $300,000, huh?

MY:    Yeah, but there is no problem.

CHS:   Huh? Before, look how I used to deposit—I used to deposit like 9,000, 4,000 once a month.  And then now I'm depositing 15,000 now.

MY:    It's no problem, I gave you the money.

CHS:   OK.

MY:    *Now, you're giving back to me.*

CHS:   So you can-uh--the problem is that I-you started to get me to panic. I'm afraid that if something truly happens, what am I gonna say?

MY:    Look*, that's why you have to be honest with me.*

CHS:   *Cous', I'm not lying to you.*

MY:    *I hate to* [UI] *the guy.* If-if they catch the *guy,* you need to tell me, you *back* me *up.*

CHS:   Well, but off course I'll tell you.

MY:    [OV] [UI]

CHS:   How could I not tell you!

Case:          ███████████
CD:            1D128-<u>127</u>-O
Session:       S4-7   Wednesday, June 24th, 2009 [In Video, starts at 15:34:10]


MY:            I can back it up, no problem, it's no problem.

CHS:           [UI]

MY:            *That's not a problem, I'm not worried about that. I'm worried about*
               *other things.*

               [Ringing noise][pause]

CHS:           Here, [UI][pause with noises]
               You-you need—you-you can do that on Monday?

MY:            No, but I'm leaving for two weeks.

CHS:           You-you cannot do it on Monday?

MY:            You—I won't be here. I'm splitting for two weeks.

               [Noise]

               [End of session]

Case:          ███████
CD:            1D128-127-O
Session:       S5-1   Wednesday, June 24th, 2009, 15:37:20 to 15:39:05 [Video]


                [Session begins}

MR:             *Your last check is gonna be August the 10th.*

MY:             *That's not right!*

MR:             *Yes, it is!*

CHS:            *Yeah, it is right.  That's how it was last time.*

MR:             *Six checks.*

MY:             *I counted August 3rd.*

MR:             *If you want six checks,* [Noise] *then it's August the 10th.  If you want five
                checks, it'll be August the 3rd.  6/29th, and then July 6th, and then July
                13th, July 20th, July 27th.  One, two, three, four—no, you're right.  August
                3rd.*

MY:             *Huh?*

CHS:            *You're right—you're right, Mike.* [Pause]
                *Madi, you should come visit us.  In California.*

MR:             *Shit.*

CHS:            *I'll take you out.  I'll take you to dinner.  I'll take you to Hollywood
                video.* [Laughing].  *Universal City, I said Hollywood Video.* [Laughing]

MR:             *What's up?*

UM3:            *Mike said to bring these.  They were left over from this weekend.*

                [Noises]

MR:             *OK.  You put the tip--put it in the refrigerator, please.* [Pause with
                noises] *I'm doing someone, and no-no-nobody gives a fuck what I'm
                doing.  I could be here, fucking talking to someone and you know.  Mike
                is so A.D.D.  OK.  Whoops! And who am I doing this with?*

                [End of session]

Case:          ████████████

CD:            1D128-127-O

Session:       S5-2   Wednesday, June 24th, 2009, 15:39:19 to 15:41:12 [Video]


[Session begins]

CHS:        *Hey, Mike?* [Noise] *Mike?* [UI]

MY:         Yeah. [Pause] Tell me.

CHS:        Uh.

MY:         [UI] call me!

CHS:        OK. You'll be in France?  I'll call you.

MY:         Yeah!

CHS:        You're going to have…

MY:         [UI]

CHS:        [UI]

MY:         If you send me a text message.

CHS:        Yeah.

MY:         It's better.

CHS:        OK.

            [Noise]

MY:         [UI]

CHS:        It's not a problem.

            [Noise]

MY:         Tell me! [Phone ringing] [Noise]
            Even if I see you [UI] then we *can wait until we meet next time.*

Case:

CD:         1D128-127-O

Session:    S5-2   Wednesday, June 24th, 2009, 15:39:19 to 15:41:12 [Video]

CHS:        No [UI]

            [Noises]

MY:         Your guy is in *Austin or* ...

CHS:        No, San Antonio.
            [Noise]
            [UI] we came two or three times at the club, they had tables. *They're really nice cous'!*

            [Noise]

MY:         [UI]

CHS:        No, it was the weekend.

MY:         You're lying.

CHS:        Yeah. [Pause]
            But what's good with him cous' [UI]  I wanted to come, right? I said—I
            told him to pay for the plane ticket.  He went to the airport, he paid $800
            for my plane ticket.

MY:         M-huh.

CHS:        You see? Because I wanted to come, a week and a half ago.

MY:         M-huh.

CHS:        I continued to delay, delay, delay. [Pause] [Noise]
            *I'm going to Hawaii next week.*

MY:         Hey! [Noise]
            You told me you weren't working, huh?

CHS:        [Laughing]

MY:         This is good! Huh?

            [Noise]

Case;  ▮▮▮▮▮▮▮▮
CD:        1D128-127-O
Session:   S5-2   Wednesday, June 24th, 2009, 15:39:19 to 15:41:12 [Video]


CHS:       *But you know cous'? It's gonna be [UI]. Look at my relationship with you, it's better than it used to be ever. Cous' I don't work for you anymore* [Laughing].

MY:        Business [UI].

CHS:       *Yeah* [UI]

           [Noise]

           [End of session]

Case:          ████████████
CD:            1D128-127-O
Session:       S5-4   Wednesday, June 24th, 2009, 15:45:39 to 15:46:07 [Video]

              [Noises]

              [Session begins]

MR:            *He said okay.*

MY:            *Here you go, cous'.*

CHS:           *Thank you, cous'.  I'll call you when I—in the next half an hour, and I'll let you know.*

MY:            *What do you mean?*

CHS:           Tomorrow at the earliest [UI].

MY:            Huh?

CHS:           Tomorrow morning—tomorrow afternoon, 9 o'clock.

MY:            Y-You have until Sunday.  I told you I'm splitting *on Sunday.*

CHS:           Yeah, but I'll [Phone rings] I'll keep my plane ticket until Friday.

MY:            At 9 o'clock [UI].

MR:            Yes.

CHS:           Friday *is the latest. I'm gonna tell you.  I can move it back—*

MY:            [OV] *You're going to Vegas.*

MR:            *OK.*

CHS:           *Yes.*

CHS:           *I can move it back —*

MR:            [SC] What do you wanna do?

MY:            [UI] *today! Yes or no…*

CHS:           See-if it they wanna do it today, *I'll have to go pick it up.*  So it will be

Case:
CD:        1D128-127-O
Session:   S5-4   Wednesday, June 24th, 2009, 15:45:39 to 15:46:07 [Video]

tomorrow morning for sure.

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:          ████████████

Serial Number:        1D-130

Task Number:          -

Date:                 06/24/2009

CD#:                  1D-130-O

Session#:             S1-2, S1-3 [Two calls]

Languages:            French, English

Linguist:             Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
CHS                   Confidential Human Source
MY                    Mike Yassine

Notes:
*Italics denotes conversation in English*
[UI]                  Unintelligible
[OV]                  Overlapping Voices
[ ]                   Translator's notes
[PH]                  Phonetic
[IA]                  Inaudible

Government Exhibit 24 - 0236

Case: ███████████
CD:       1D130-O
Session:  S1-2 [Call #2]   Wednesday June 24[h], 2009, around 16:05:06 to 16:06:40.

[Session begins]

[Phone rings]

MY:     Hello.

CHS:    *Mike*?

MY:     *Yeah.*

CHS:    *The guy*—I can you—I can send 200.

MY:     When?

CHS:    By Saturday.  If you want.

MY:     Yeah, *by* Saturday [UI] because I'm taking off Sunday night.

CHS:    Yeah, but-I have to leave Saturday m-afternoon.  If you want—to do that
        early in the morning, can't do that.  But they asked me on the condition
        that I can really promise them that I'll keep on doing that next year.

MY:     No—it's—you're not—you're not forced to do it.  If he doesn't want to
        do that, it's not worth it.

CHS:    Huh?

MY:     Uh.  If he doesn't want to do that, it's not worth it.

CHS:    They're afraid that you—that I won't want to do it again after that.  It's
        over.  That's why they asked me if I can keep on doing it.

MY:     Yeah, *I mean it's not*—next year is next year!

CHS:    *OK.*

MY:     Hey, tell me something.

CHS:    *Yes, cous'.*

MY:     Uh, will he—he gives 10% the guy?

Case:          ████████████

CD:            1D130-O

Session:       S1-2 [Call #2]   Wednesday June 24[h], 2009, around 16:05:06 to 16:06:40.

CHS:           Ten percent for what?

MY:            On the 200,000.

CHS:           Yeah, you'll be taking 10%, which means you'll be taking 20%.

MY:            No, 10%.

CHS:           Why? It's 10% on each 100,000…

MY:            *Right, right, right, right.*

               [Phone rings]

CHS:           Yeah, it's 10% on each 100,000. I'd told them—you increased it, because I-I told them that I'm giving it to you and I don't take from them anymore. What do I take--two or three thousand from them? I did not set that up that way for you so that you could make more. If I need any, you would be giving me, I mean.

MY:            *OK. Let me know* if you want to do it or not.

CHS:           *OK.* I'll do it.

MY:            Also, what I mean is that you *tell him you have to give me a little bit more time!*

CHS:           How's that? Yeah, that means if we do 200 that will be done over two months and one week.

MY:            That's it.

CHS:           Huh?

MY:            Yeah.

CHS:           It isn't very much you know, *Mike*--I'm afraid, you know? Wouldn't it be too much money showing in my account?

MY:            Hello? Hold on. Don't leave.
               [Pause]
               Hello?

Case:          ▮▮▮▮▮▮▮▮
CD:            1D130-O
Session:       S1-2 [Call #2]   Wednesday June 24[h], 2009, around 16:05:06 to 16:06:40.


CHS:           Huh?

MY:            Hold on.  *The guy—the guy, uh, from BM-BMW's calling me.  Hold on.*

CHS:           *OK.*

               [Noise]

               [End of session]

Case:        ██████████
CD:          1D130-O
Session:    S1-3 [Call #3]   Wednesday June 24$^h$, 2009, around 16:09:43 to 16:11.


[Session begins]

CHS:       [Music]
              Hello?
              [Pause]

MY:        Yeah. *Sorry about that.*

CHS:       It's OK. Yeah, *cous'*, tell me, so uh--what were you telling me?

MY:        *I forgot.* I don't know.

CHS:       I forgot myself, but I told you I can do that Saturday, if you want. That's all.

MY:        OK, but you're telling me, you're going *out of town Friday.*

CHS:       Who? No, me? I'm traveling—I was going to leave today, and I was going to return Saturday morning to do—

MY:        But you—you're going to leave—*you're still gonna go out today?*

CHS:       Yeah, I'm leaving today. I'll be back Saturday morning.

MY:        OK  Let's [UI]

CHS:       [OV] I'll arrive at 11:00. I—I—we'll do the deal around 4:00PM, and I'll go back, I leave on Sunday.

MY:        Yeah, good. Call me—tell me *for sure* if you're gonna come Saturday or not.

CHS:       It's for sure, *Mike!* When I tell you it's for sure, it's for sure!

MY:        No, no, if you change—if the guy changes his mind *let me know.*

CHS:       *OK. Mike,* can you do me a favor, please?

MY:        What?

Case:
CD:          1D130-O
Session:     S1-3 [Call #3]   Wednesday June 24[h], 2009, around 16:09:43 to 16:11.

CHS:    Can you find out how I'm gonna handle the-so that I- how I will *file* my taxes? Because I--

MY:     [OV] I know—*I know. I already know, man. I already got that covered.*

CHS:    But you know, when we're done with this Mike, it will amount to a million, almost a million, Joe. It's a lot!

MY:     *Hey, it doesn't matter. It's fine. Cous', I bring-I bring-I bring in* twelve million a year. *Do you think that it's gonna cause a problem?*

CHS:    *OK, as long* [Static] *as you're OK then,* there's no problem.

MY:     *I-I bring in 12*—I don't want to speak in front of her--

CHS:    [OV] Yeah, that's fine.

MY:     --12 million per year, I take. It's not a problem.

CHS:    *OK*, that's fine cous'. *I'll—I'll call you for sure.*

MY:     But, uh, I need to know—I need to know if the guy, he gets-gets caught.

CHS:    Cous', if he gets caught—I'll tell you. I--how will I-how will know? If I know that they will catch him, I'll tell you right away, of course. Do you think I'll sit idly and watch?

MY:     *OK.* OK.

CHS:    *OK cous'.*

MY:     Good- uh--

CHS:    [OV] *I'll call you Friday.*

MY:     Well, call me and *let me know when.*

CHS:    *Yeah, I call you Friday.*

MY:     *Bye.*

Case:          ████████
CD:            1D130-O
Session:       S1-3 [Call #3]   Wednesday June 24[h], 2009, around 16:09:43 to 16:11.


CHS:           *Bye.*

               [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████ |
| Task Number: | - |
| Date: | 7/02/2009 |
| CD#: | 1D-131-O |
| Session#: | S1-1, ███ S1-3 |
| Source Languages: | French, English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| CHS | Confidential Human Source |
| MY | Mike Yassine |
| MR | Marisse Ruales |
| UF | Unkown Female |

Notes:
*Italics denotes conversation in English*

| | |
|---|---|
| [UI] | Unintelligible |
| [OV] | Overlapping Voices |
| [ ] | Translator's notes |
| [PH] | Phonetic |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [sic] | Incorrect in the original form |

Case:  ████████████
CD:    1D131-O
Session: S1-1  July 2nd, 2009

[Session begins]

UF:     *No, not answering.* [Chuckles]

CHS:    *Hey...can you just tell her to call me because I-I'm at--*

UF:     [OV] *I got it-I got I--*

CHS:    *--the house today.*

UF:     *--alright bye.*

CHS:    OK. *Huh?*

MR:     *Oh sorry.  OK, hey that one check--*

CHS:    [OV] *it bounced.*

MR:     *--that bounced.*

CHS:    *Yeah, it bounced.*

MR:     *Mike I said. I- I'm not to mail you another one because that-they're not gonna put it through.*

CHS:    *OK.  Is there any way you can just do a direct wire, direct-uh-uh-wire to my-- from your bank to my bank?*

MR:     *Well, no because-uh-our bank--our chick that does all that--*

CHS:    *Uh-huh.*

MR:     *--she's not-she's not in--till next week. I can do it next week or I can mail you a check today and then can get it—by--.I mean--*

CHS:    *Uh-uh—OK.  Can-can you hold on and let me see if I can try to get a hold of Caroline if she can pick up that check for me?*

MR:     *OK, OK.*

CHS:    *Alright, I'll call you right back Madi.*

MR:     *OK.*

CHS:    *Alright bye.*

MR:     *Bye.*

[End of session]

Case:
CD:        1D131-O
Session:   S1-3  July 3rd, 2009, 11:15am.

[Phone rings]

MR:   *Yassine Enterprises.  How may I help you?*

CHS:  *Hey Madi it's me.*

MR:   *Hey Moe, what's going on?*

CHS:  *I just got your message.*

MR:   *Cool, hold on.* [Pause] *Hey! OK.  I'm gonna need like uh-some information from you--.*

CHS:  [OV] *I have it.*

MR:   *OK.*

CHS:  *OK.  You-you have a pen?*

MR:   *Yes.*

CHS:  *It's Frost Bank.*

      [Noise]

MR:   *Hold on.* [Pause] *Frost Bank.*

CHS:  *And uh—the-the main branch is, they said is San Antonio, Texas.*

MR:   *Not like--you're gonna have to call your bank and ask them if I--cause there-there's gonna be a wiring.  I don't think I can just wire--unless you have a Bank of America account?*

CHS:  *No. Well-well, I-I asked him.  What they- they said is that all you have to do is to do the--from your bank--*

MR:   [OV] *Uh-huh.*

CHS:  *--and then you call your bank and just tell them, it's the Frost Bank San Antonio, Texas, and your routing number and account number.*

MR:   *OK. San Antonio, Texas.  OK.*

CHS:  *And the routing number is 1-1*

MR:   *Uh-huh.*

CHS:  *4-0-0.  How many zeroes did I give you?*

CASE:        ███████████
CD:          1D131-O
Session:     S1-3  July 3rd, 2009, 11:15am.


MR:        *You just gave me 1-1-4-0.*

CHS:       *1-1-4-0-0-0-0-9-3*

MR:        *Uh-huh.*

CHS:       *And account number is 5-8*

MR:        *Uh-huh.*

CHS:       *4-1-8-5-4-6-3*

MR:        *OK.  So the routing number is 1-1-4-0-0-0-0-9-3.  And the account number is 5-8-4—1-8-5-4-6-3?*

CHS:       *Yes.*

MR:        *And what's the name?*

CHS:       *Mohammad Yassine or Cynth-- or Cynthia-Cindy-Cynthia Yassine, either way. Mohammad Yassine is fine.*

MR:        *OK.  Uh-I'm-I'm gonna uh--I've been trying to call my girl—-that-that--Vicky at the bank. Because the banks are open today.  Yeah--*

CHS:       *[OV] Yeah.*

MR:        *--they're open. OK, alright. I'll call you as soon as it's done.*

CHS:       *Are you doing it or do I-how-who the hell--you gonna do it or who--*

MR:        *[OV] Yeah, I'm gonna call--I call my banker and she does it.*

CHS:       *OK.  Hey-and what-what—if you can't do it today, that's fine.   If not, can you do it by Monday?*

MR:        *Yeah.  Well Mike told me to do it today.  So--*

CHS:       *[OV] Well, I appreciate Madi--*

MR:        *--I'll do it today.*

CHS:       *--you taking care of it.*

MR:        *[OV] But if she doesn't call me back, I-I'll have to do it on Monday.*

CHS:       *That's cool.*

MR:        *OK.*

Case: ▮▮▮▮▮▮▮▮
CD: 1D131-O
Session: S1-3  July 3rd, 2009, 11:15am.

CHS:    *But thanks for doing it.  Thanks.*

MR:     *No problem.  Sorry.*

CHS:    *You have a good weekend.*

MR:     *You too.*

CHS:    *Bye-bye.*

MR:     *Happy Fourth.*

CHS:    *You too.  Bye.*

MR:     *Bye.*

        [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



## 5740 UNIVERSITY HEIGHTS
## SAN ANTONIO, TX 78249

File Number:　　　　　██████████

Date:　　　　　07/23/2009

CHS Call#:　　　　　1900

Language(s):　　　　　English

Linguists:　　　　　Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:　　CHS　　Confidential Human Source
　　　　　　　　MR　　Marisse Ruales

Notes:　　　　[ ]　　　Translator's note
　　　　　　　[UI]　　Unintelligible
　　　　　　　[PH]　　Phonetic
　　　　　　　[OV]　　Overlapping Voices
　　　　　　　[IA]　　Inaudible
　　　　　　　[SC]　　Simultaneous Conversation
　　　　　　　[sic]　　Incorrect in the original form

Case:
CD:        CHS Consensual
Session:   1900-O July 23rd, 2009. 14:32:50

[Session begins]

[Phone rings]

CHS:    *Hello?*

MR:     *Hey Moe.*

CHS:    *Hey, what's going on?*

MR:     *Just, nothing... Just want to let you know that check that bounced, they put it through again, so it just went through.*

CHS:    *Okay.*

MR:     *So I don't need to wire you anything.*

CHS:    *Thank you Mady [PH].*

MR:     *No, thank you.*

CHS:    *Still coming?*

MR:     *Huh?*

CHS:    *Are you still coming in California [sic]?*

MR:     *Yeah. I want to. I'm trying to come in August. I'm gonna—just for a weekend. I want to go see my friend Fernando. So, uh... I'll have ya'll pick—I'll probably gonna stay with ya'll like--one night. If that's okay.*

CHS:    *You can stay every night!*

MR:     [Laughs]

CHS:    *We'll pick you up.*

MR:     *Okay. I'll call you around then if--There shouldn't be any more problems. Just deposit them on the day. For some reason if something--*

Case:
CD:        CHS Consensual
Session:   1900-O July 23rd, 2009. 14:32:50

> *like--if I see the night before, it's gonna be—I'll call you.  But it shouldn't be.*

CHS:       *Okay, thanks Mady* [OV]

MR:        *Okay, thanks.* [OV]

CHS:       *—I appreciate it.*

MR:        *Tell Cindy hi.*

CHS:       *I will.*

MR:        *Bye.*

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number: ████████████

Date of recordings:   07/29/2009

CHS Call #:   2164

Languages:   French/English

Linguists:   Thu Nhi D. Barrus

### VERBATIM TRANSLATION

Participants:   CHS   Confidential Human Source
MY   Mike Yassine
MR   Marisse Ruales
KL   Kamal LNU

Notes:   *Italic* denotes conversation in English
[UI]   Unintelligible
[PH]   Phonetic
[OV]   Overlapping Voices
[SC]   Simultaneous Conversations

Case:          ███████████
CD:            T-III 141-O, CHS, PH
Session:       02164-001   Date: 07/29/2009, Time: 16:02:39

        [Session begins]

        [Phone ringing]

KL:            *Yassine Enterprises.*

CHS:           *Uh, can I speak to Mike?*

KL:            *Uh, let's see who's available.*

MR:            [OV]*This is Madi* [PH].  *One second.  I got it.* [Noise] *Hold on, Nounou.*

CHS:           *Yeah.  Thank you, Madi.*

        [Pause]

MY:            *Hello?*

CHS:           *Mike?*

MY:            *Yes, sir.*

CHS:           *How are you doing, cous'?*

MY:            *What's up, cous'?*  What's up?

CHS:           *Sorry* I'm calling you so much.  I have--because I'm in Austin.  *Uh, I got back—I got in town yesterday.*

MY:            *Oh, yeah?*

CHS:           Yeah, but I'm in—I-I need to ask you five questions, and I have-uh-I-I-I--do you have ten minutes of your time you can give me?

MY:            *Tell me.*

CHS:           OK.  The first question, I'll tell you because I wrote down the questions I was asked.

MY:            *Uh-huh.*

Case:       ████████
CD:        T-III 141-O, CHS, PH
Session:   02164-001   Date: 07/29/2009, Time: 16:02:39

CHS:        Uh, *we talk about the check. OK, uh*-they want to know if we can do—
                    *we need to about, uh, the check for the*-- how many checks can we do
                    next year-year?

MY:         Next year?

CHS:        Yeah, between now-between now and next year.  How many can you do
                    for us?

MY:         Now or next year? *Now or* next year?

CHS:        Oh, from now, you're continuing until-uh-with them until next year,
                    right?

MY:         *Let's do one thing at a time, Moe.  One thing at a time.*

CHS:        *OK,* well now we know already.

MY:         *One thing at a time.*

CHS:        Now, there are two checks left for this month.

MY:         Yeah, two checks.

CHS:        Monday-Monday there are two checks left.

MY:         Yeah.

CHS:        That's the end.

MY:         Yeah.

CHS:        Now do you want me to bring you some more?

MY:         Send it if you still have some.  Send it!

CHS:        There is, cous', but if I--

MY:         OK.

CHS:        --but--and now they-they want to know if they can continue with you

Case:
CD:         T-III 141-O, CHS, PH
Session:    02164-001   Date: 07/29/2009, Time: 16:02:39


|          | until next year?  Will you be able to do 1,000,000, 2,000,000?  How much and how much time? |
|----------|--------|
| MY:      | But… |
| CHS:     | How much do I bring in-in-in-in-in capacity, per month? |
| MY:      | But-*uh there should be*--we should just *do like uh* 100,000 *at the time. Right now* if you have one hundred thousand, send it. |
| CHS:     | *OK, so* 100,000 *at a time.* |
| MY:      | *But* for next year, I can't-I can't tell you. |
| CHS:     | OK because cous'—it's because they want me to ask you. |
| MY:      | [OV] Tell him, Yes. *Tell-tell him, Yes.* |
| CHS:     | Because I need to—do you see-- do you understand where I am?  I want-I need to-I gave him—I'm working so I can continue making money. |
| MY:      | *Uh-huh.* |
| CHS:     | And if—when I—if I have the guarantees that you guarantee me, uh, they'll tell me, OK.  See?  Because they're happy with that. |
| MY:      | Yeah. |
| CHS:     | Comfortable--*he is—they fee-they feel that—like in—there's n-no-nothing bad, you know?* |
| MY:      | Yeah. |
| CHS;     | They *trust* me.  *That's why* I wanted to ask you how much I can bring—if you can do more than 100,000 in one ye-one year, how much can I bring in one time? |
| MY:      | Uh, in one time? |
| CHS:     | Yeah, see?  Next year, if I come, let's say that you tell me to bring 1,000,000.  In how long, will I divide the 1,000,000, in how many |

Case:
CD:        T-III 141-O, CHS, PH
Session:   02164-001   Date: 07/29/2009, Time: 16:02:39

months? You see? I mean—

MY:    [OV] Uh- uh . . .

CHS:   --they're asking me questions like this, and I don't understand how I'm going to answer them. Because I can't say something that you won't do.

MY:    We can-we can do-we can do 1,000.000 in a year.

CHS:   OK, but how much per month if you do it?

MY:    Well, 100,000 per month.

CHS:   Is that all?

MY:    Yeah, not more than that.

CHS:   Just like now, we'll keep it as is.

MY:    100,000 per month.

CHS:   OK, *and the last question I have, cous'.* If we do all that.

MY:    *Uh-huh.*

CHS:   What should I do so the IRS does not know.

MY:    Well, we need to do something else. I-I have another idea.

CHS:   OK.

MY:    I have another idea, we do—*I have another idea.*

CHS:   OK.

MY:    Yeah, *don't worry. But I think it won't—for the next—*

CHS:   [OV] OK so—

MY:    —the next 100, I have another idea.

Case:
CD:        T-III 141-O, CHS, PH
Session:   02164-001   Date: 07/29/2009, Time: 16:02:39

CHS:    OK, so you-I—when I-I finish with them, I can come by and see you later and then you explain to me?

MY:     [OV] yeah-yeah—

CHS:    Because me—we need to think—

MY:     [OV]—tell-tell me if—when they— they still have that or not?

CHS:    They have it, cous'! They have-uh-*as much as you want.* But the problem is—

MY:     [UI] For when?  When do they want to do it?

CHS:    As soon as the stuff moves, I'll take you 100,000.

MY      OK.

CHS:    But that's not the problem, cous'.  I'm starting to worry about myself. You see?

MY:     Yeah, we'll talk about that when-when I see you.

CHS:    [OV] OK.  OK, cous'.  *I appreciate it.*

MY:     *Cool?*

CHS:    OK.

MY:     OK.

CHS:    *Bye bye.*

MY:     *Alright.*


[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



### 5740 UNIVERSITY HEIGHTS
### SAN ANTONIO, TX 78249

| | |
|---|---|
| File Number: | ▮▮▮▮▮▮ |
| Date: | 07/30/2009 |
| CHS Call #: | 2327 |
| Language(s): | English |
| Linguists: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

| Participants: | CHS | Confidential Human Source |
|---|---|---|
| | MR | Marisse Ruales |

| Notes: | [ ] | Translator's note |
|---|---|---|
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [SC] | Simultaneous Conversation |
| | [sic] | Incorrect in the original form |

Case:
CD:        CHS Consensual
Session:   2327-O July 30th, 2009. 13:10:25

[Session begins]

[Phone rings]

MR:     *Yassine Enterprises. How may I help you?*

CHS:    *Hey, good morning Mady [PH].*

MR:     *Hey, what's up?*

CHS:    *Hey, I'm just wondering and ask you. Mike told me to come by to talk to him. I was wondering if you—I can come by at 4:30 today?*

MR:     *Hold on [Pause] Today is Thursday, right?*

CHS:    *Yeah—yah.*

MR:     *He has a two, a three, a four, a seven and an eight, so...*

CHS:    *Two, three, and four?*

MR:     *He's—Yeah. He's booked all the way until about five o'clock. So, he can probably see you at five or six.*

CHS:    *Can I come by five.*

MR:     *Yeah. Let me huh... I'm gonna put you down, but I'm gonna call you back if he gets in and says something like "No, that's not okay" or something.*

CHS:    *Okay.*

MR:     *Okay, so I have you at five right now.*

CHS:    *Thank you.*

MR:     *Thanks. Bye Moe.*

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 UNIVERSITY HEIGHTS
SAN ANTONIO, TX 78249

File Number: ▮▮▮▮▮▮▮

Date: 07/30/2009

CHS Call#: 2334

Language(s): English

Linguists: Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:
| | | |
|---|---|---|
| CHS | Confidential Human Source | |
| MR | Marisse Ruales | |
| MY | Mike Yassine | |

Notes:
| | | |
|---|---|---|
| [ ] | Translator's note | |
| [UI] | Unintelligible | |
| [PH] | Phonetic | |
| [OV] | Overlapping Voices | |
| [IA] | Inaudible | |
| [SC] | Simultaneous Conversation | |
| [sic] | Incorrect in the original form | |

Government Exhibit 24 - 0259

Case:          ▮▮▮▮▮▮▮▮
CD:            CHS Consensual
Session:       2334-O July 30th, 2009. 13:22:47


          [Session begins]
          [Phone rings]


CHS:      *Hello?*

MR:       *Hey.*

CHS:      *Yeah.*

MR:       *Mike wants to know—do you have a hundred grand?*

CHS:      *Oh, no, not yet.*

MR:       [Chuckles] *Uh-- shit. Not yet?*

CHS:      *Not yet.*

MR:       *Okay, hold on.* [Long pause] *Nounou!*

CHS:      *Uh huh.*

MR:       *He said, "bring the money and then he'll talk to you." He said, " what-what do you need to talk to him about?"*

CHS:      *He told me he'll tell me what I need to do about the uh—uh--how I'm gonna file and stuff.*

MR:       *Okay, hold on.*

CHS:      [Snort] [Pause]

MR:       *He said since he's booked today, there's no sense of two meetings.*

CHS:      *Okay.*

MR:       [OV] *Cause then you're gonna have to come back and—he said, can you all do it all at the same time?*

CHS:      *All right, I'll talk to him later. I'll get—I'll get it. So--if-if I get it, he wants to--do it right now?*[UI]

Case:
CD:        CHS Consensual
Session:   2334-O July 30th, 2009. 13:22:47


MR:        [Speaking to a third party]
           *If he gets the money, do you want to do it right now?*

MY:        [Speaking in the background]
           *Yeah, tell him to open a* [UI] *in the meantime. Tell him to open a* [UI]

MR:        [SC] *In the meantime, you need to go op—have a bank account at a
           different bank.*

CHS:       *Oh, a different bank?*

MR:        *Uh huh.*

CHS:       *Okay.*

MR:        *Okay.*

CHS:       *Alright, I'll go and do that. Bye.*

MR:        *Alright, bye.*


           [End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number:        ████████████

 Task Number:       5006

Date:               09/18/2009

CD#:                1D138-O

Session#:           S1-1

Languages:          French/English/Arabic

Linguists:          Thu Nhi D. Barrus [French, English]
                    Basam Aourani [Arabic]

## VERBATIM TRANSLATION

Participants:   CHS   Confidential Human Source
                MY    Mike Yassine
                MR    Marisse Ruales

Notes:          *Italics denotes conversation in English*
                <u>Underline</u> denotes conversation in Arabic
                [UI]    Unintelligible
                [PH]    Phonetic
                [OV]    Overlapping voices
                [SC]    Simultaneous conversations
                [ ]     Translator's note
                [IA]    Inaudible
                [sic]   Incorrect in the original form

Case:
CD:        1D138-O
Session:   S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.

[Session begins]

[Loud noise interference]

CHS:    *Hello?* [Pause] *Oh, yeah?* [UI] *cous'* [UI] the money [UI] with the guy. My guy is here.

MY:     Uh-huh.

CHS:    He's outside.

MY:     Hmm.

CHS:    He's here.  You told me to make a bank account [UI] I know how to do it.

MY:     Where is he?  Downstairs?

CHS:    He's *across the street*—he's having a cup of coffee.

MY:     Um-hmm.

CHS:    That's it.  *Mike,* [UI] I deliver.  For me, I need to work, so you see?  *Not to underst—to help you out.*  The guys are a little complicated with me. He is going to give me 500 each time.  That's what he wants to do, 500, 500.  He does not want to do 100, 100, 100.  And they want you to do it as quickly as possible.  How can you make that happen?  I need to do the deal because I need to make money.

MR:     *He returned the case of the champagne flutes because they were broken.*

MY:     *Which one?*

MR:     *I don't know.  Champagne flutes.*

MY:     *You called Sami?*

MR:     *Uh-huh.*

Case:            ████████████
CD:              1D138-O
Session:         S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

MY:      *To come over here and take a copy of this too.  OK, champagne flutes.*
         *[Pause with noises] You tell him he can drive by and I'll give it to him.*

         [Long pause with dog barking]

CHS:     So, cous' do you see?

MY:      Yeah.

CHS:     These guys-they-they-they-they want to give me the money.

MY:      Yeah.

CHS:     Huh?  But, to give me the money, they want me to do 500,000, 500,000
         [pause] each time.  And how many times I can make that happen faster
         because they want to do it with the mon—they want to do it with the
         money.  Me, right now, my problem is that --

MY:      It's what money?

CHS:     --all they want to do is to bring me the money that I make any way.  My
         problem is that I need to make [UI].  But I know with 50,000, you do
         that [ringing sound] you can do--you'll make 50.  I'll take their money.

MY:      50,000?

CHS:     It's 10,000, 10,000 out of every 100,000.

MY:      Yeah.

CHS:     So, you see?  10 percent.

MY:      50,000.

CHS:     That makes 50,000.  So, if I, myself have 15 in there, huh? I get
         comfortable, cous'.  But, I don't work.  So you see, if I bother you when
         I come, I ask you, you see? [UI] there's only one thing, the guy now
         [noise] wants to give me 500,000 [UI] [noise] How much-how much I
         can do that in all [UI]

MY:      *Make me a copy of this* [Pause] *four lines and one percent.*

Case:     ▮
CD:       1D138-O
Session:  S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

MR:    [UI] *a copy.*

CHS:   [SC][UI]

MY:    [SC] *huh?*

MR:    *I already have a copy.*

MY:    *OK, then, don't* [UI]

MR:    *Then give this to Sami?*

MY:    *Don't-don't make copy, yeah.*

MR:    *Make it one?*

MY:    *No.*

MR:    *Just give it to Sami.*

CHS:   So you see? Every--

MR:    *Turn off the A/C?*

MY:    *Turn off the air.  I'm cold* [UI]

MR:    *You're cold or hot?*

MY:    *Cold.*

CHS:   --Every time I come, I tell you *Mike* I want to talk to you—I want to talk to you.  You come with me and then only cous' and then I bring the money and then we do the *deal.*

MY:    500,000, how will I give that to you, in how much time?

CHS:   But that's it [dog barking] you are the one who tells me—You must tell me, because I—they want to give it to me all at once.

MY:    [OV] *So they want me to give* 100,000 per month?

Case:          ████████████
CD:            1D138-O
Session:       S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:     Yeah, they want to give 500, 500.

MY:      This is not--not clear.

CHS:     Why isn't it clear, cous'?  It's more money!

MY:      Why do they want to *give* you 500?

CHS:     Well, if you don't want 500, 500 then I say that it won't work for him
         500, 500.  But I want to do it so I could make some money.  I am over-
         charged.  I can't cous'.

MY:      What-what happens?

CHS:     Yeah?

MY:      When-when you *cash the check*, how did you manage to give it back to
         them?

CHS:     To give it back to them?  Sometimes that takes me one or one and a half
         month.

MY:      Now,  you're not giving it back [UI]

CHS:     No!  How?  I don't do that!

MY:      Now, how do you give it back to them? [UI]

         [Noises]

CHS:     [OV] I do it like this.  I put the check into my account.  Do you see?
         But, at the end he tells me: "Give me some money", I withdraw-
         withdraw day by day.  I withdraw a little-a little as if I am doing my
         expenses, on the *debit* and all of that.  I withdraw from the account.  I put
         to the side.  When he tells me, I need some.  Then I give it back to him.
         So you see?  Do you understand? [Pause] I withdraw the money from my
         account as if I-as if I am doing my phone bill.  I pay something.  I
         withdraw like *edi-edi-everyday activity.* I withdraw at the end of each
         month, each month.  I withdrew from the account.

MY:      [OV] [UI]

Case:        ███████████

CD:          1D138-O

Session:     S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:    *The cash, the debit cards, like* that.  Sometimes he tells me, "here, take this thing".  The-*for example,* he had a car that cost $3,000.  Yeah?  I bought the car for $3,000 from him, from another person.  He gave me the *title*.  I paid, I sold, I bought the car, I had cash.  But I didn't even have the car.  So you see?  Things like that.  I don't even understand.  For me, I go, I give him back the money little by little cous'.  But that-that-the deal is there's too much money.  200,000 have landed on my account.  Now, I need *to file* at the end of the year for my *taxes*.  How am I going to *file*?  Do you see?  I can't understand things like that.  [Pause] It's not sinking into your head, is it?  Huh?

MY:     Is it--*what happened*?  When you give that to them.  You give money to them - money to the other?

CHS:    The money's gone.  Yeah *Joe*!  It's been more than three months now.

MY:     [UI]

CHS:    I've given everything back.  It's finished.  Now, I need to make money.  [Pause] I don't have any money, cous'!  If you don't do it, I can't do it because I no longer--

MY:     [UI] *what happens* if-if you give me-you give me the money, I give you the checks---

CHS:    *Uh-huh.*

MY:     --then you don't give them anything anymore?

CHS:    He'll kill me.

MY:     Huh?

CHS:    He'll kill me!  Like if I give you the money and then the checks bounce?

MY:     No!

CHS:    If I-I screw them-them-them.

MY:     You don't give it.

Case:          ███████████
CD:            1D138-O
Session:       S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:      If I screw them-them.

MY:       Yeah, you screw him. You don't give him nothing more.

CHS:      [OV]Yeah, I screw him. I flee the country. I leave for Abidjan.

MY:       And then?

CHS:      Well, cous' he is gonna come and look for me in Abidjan.

MY:       He'll come to my place! [UI]

CHS:      [OV] But I don't want to screw them, cous'.  He'll kill me, *Joe*!

MY:       If you don't pay him?

CHS:      Yeah.

MY:       You are in California, he going to go look for you there?

CHS:      Are you crazy or what? He is the one giving me the plane ticket to come here!

MY:       Where is he gonna find you?

CHS:      *Come on, cous.* He knows my address.  He knows everything *Joe*! [UI] you know, *Joe* [Phone rings] Do you imagine?

MY:       If you don't pay him.

CHS:      Yeah, [UI] that's why the guy is here, he wants to meet you.

          [Noise]

MY:       What does he want to do?

CHS:      He wants to- *just meet with you.*

MY:       And if you don't pay him, what is he going to do?

Case:          ████████████
CD:            1D138-O
Session:       S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:     How? Why wouldn't I pay him, cous'? Unless I screws him.

MY:      Yeah.

         [Noise]

CHS:     Why would I want to do that, cous? So I *put my family in jeopardy.* It's
         been two to three years that I've not been doing things with them. He-he
         kills me, cous'! They-they'll kill me, *Joe*! [UI] with 500,000, 1,000,000,
         yes, that counts! I'll leave the country. But where would I go? Me, I'll
         waste that in two months. And then I'm becoming poor again. Now
         cous', you can tell me if you don't want to do the deal, then at least I'll
         know I'll re-return to the things I used to do before. My kids have
         complicated my life a little, see?

MY:      [UI]

CHS:     He told me, if you --he doesn't even want to talk business with you. If
         you tell me how long it'll take-it'll take you to be able to do the 500,000,
         cous', huh? I'll bring you the 500,000. The guy is at the coffee shop.
         And-and all the guy wants--he doesn't even want to-to talk to you about
         *business. He wants to shake your hand knowing that's who he's making
         business at.* [sic]

MY:      *No, I don't do that.*

CHS:     *I-I told him that tonight, cous'.* [Noise] [UI] Fine. *OK.* Give me the
         dates, how much you can do for me so I can go get the money, so I can
         leave Monday morning.

MY:      [OV] [UI] Monday morning.

CHS:     If you give me the date and you get me in order and all, I'll leave
         Tuesday morning at 3:00 in the afternoon.

MY:      Umm.

CHS:     I'm not-I'm in *LA.* I need to get there. If you do that for me, then I--
         from here—I'm here, Monday, today. If you do that for me, I not going
         to get him [UI], right now. The guy's outside, he's drinking coffee. He

Case:        ████████████
CD:          1D138-O
Session:     S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

came to get me at the airport.

MY:     [OV][UI]

CHS:    I'm not *bullshitting you, Mike.*

MY:     How much did we used to do before, 15,000 per week?

CHS:    You-ub-you used to make 6,500, 6,500.

MY:     No, 7,500.

CHS:    No, cous'!

MY:     Last time we did 9,000, 9,000.

CHS:    Yeah, and then stop to make me look stupid.  You told me to change the dates.  You give it on what-what-Vicci and then the other one-uh-the same checks every time.  But cous', *OK but*—if for me all of that, it is not penetrating my head, what am I trying to do so I *cash in*-at-at this point?  Why?  Someone's asking me.

MY:     Who is-who is-who is going to ask you?

CHS:    But cous'—shouldn't I-I do something for tax?

MY:     Who'll know?

CHS:    But my bank account?  It's questions like that I want to ask you!

        [Noise]

MY:     [UI] bank account you see?

CHS:    Yeah.

MY:     *The account*--

CHS:    *OK.*

MY:     --you open another one.

Case:        ███████████
CD:          1D138-O
Session:     S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:    But in--when I put money in the account, they don't-dec-declare it. The-the bank declares that under my name?

MY:     They don't do it if it's under 9,000 at a time.

CHS:    Yeah. Ah!

MY:     I don't want to do it, *give me a check*.

CHS:    Yeah. *OK*. Well, tell me how you can do it? I'm going to get the money, cous'. I need the money, cous'. I swear to you. I'm rotting. I don't even have a Franc, *Joe*!

MY:     You're going to bring 500 dollars.

CHS:    I swear on my mom's grave on my son's head and Brandon and Brandy and Dooda [PH].

MY:     $500.

CHS:    I'll bring you 500,000.

MY:     [OV] you, aren't you afraid?

CHS:    Me, afraid? See. You don't worry. I bring it to you. But if you want I give it to someone else. I don't give it so you take if you're afraid.

MY:     I'm not afraid.

CHS:    I'm not afraid. Why would I be afraid?

MY:     [OV] I have not said anything. I'm giving you checks—

CHS:    Yeah.

MY:     From my bank account.

CHS:    Well that's true. But I am afraid for you, cous'? You put in my head, 'cous stuff like that? I don't think about that. I'm telling you the [UI] I don't think about that. When you talk to me like that I start to think. I

Case: ▮▮▮▮▮▮▮▮
CD:        1D138-O
Session:   S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.

|       | don't think about that. I take from everyone—I see the money. You know what's the difference between you and me? That's why *you're not burned out.* I'm *burned out. I need to make money.* |

MY:      [UI] [Noises] If the guy comes [UI] you don't pay him, if the guy comes here and he will cause problems.

CHS:     Yeah, cous', no-you [UI] *oh, you bad!* [Noise] *You still bad! I'm not gonna fuck him, cous'.* Cous', I can't!

MY:      [UI] I screw the-the guy.

CHS:     No, cous'. What is 500,000, cous'? I can spend 500,000 in three months, *Joe*! What will I be doing for 500,000!

MY:      [UI]

CHS:     Yeah. No, I can't do that. *Come on, Joe.*

MY:      [UI] put the money in there.

CHS:     Yeah, but no. I only need all that. My problems are solved with $15,000. My problems are boom-boom, I'm *out!* I'll live comfortably for two or three months.

MY:      [UI]

CHS:     Fine, do you want to do less? The less money we do, the less I make.

MY:      I do it in five months [UI]

CHS:     But it's too slow cous'.

         [Noise]

MY:      100,000 per month, [UI] if it's 100,000 per month. I make 6,000. How much money do you think I make? [Pause] Not more than—more than 5-600,000 per month?

CHS:     *OK*, so 25-100,000 per month, that means—that comes to the same thing, you know. I deposit with [UI] five months. It's like, it's the

Case:           ████████████
CD:             1D138-O
Session:        S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


100,000, 100,000.  Every-every-uh-every-uh-every-uh-uh-fi-uh-first
Monday he'll *cash* [UI] two checks.

MY:      Huh?

CHS:     So you'll do the same thing again.

MY:      *No, it's* [UI] we were doing-we were doing 100,000 every—every uh . . .

CHS:     Every two months.  We did 200,000.  200-300-200 you have uh 20,000,
         that's all.

MY:      [IA]

CHS:     Yeah, it makes 80 and more. [Noise] But finally if I bring you 500,000,
         how long--can't you make that go through in less than five months?

MY:      Five months, did I say five months?

CHS:     Less than five months, can't you?

MY:      Less than five months?

CHS:     Yeah [pause] But yes, it's because me--look *Mike*, the problem, I'm
         asking you. You need to be honest with me, *straight out.*

MY:      I don't understand the guy.  The guy gives you *cash* and you give him
         *cash* back.

CHS:     I put-I put it in my account, *Mike.*  And now I give him a little—when he
         need--when he tells me, "Give me the money", I withdraw—[UI] a day
         I withdraw, *activity.*

MY:      You give him *cash* only.

CHS:     I withdraw it.  I give him *cash.*

MY:      So you don't give him any checks.

CHS:     No, I don't give him any checks in my name.  But I--I gave him a check

Case:        ████████████
CD:          1D138-O
Session:     S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

                 once.

MY:          [OV] [UI] why does the-the guy have it?

CHS:         Well, because I-I understood the guy, *Mike*. The guy *take* the money
             *out*, he *saved* it from their drugs. He does not *move* it. Now he wants to
             take it out. When he gives it to me, he doesn't have it anymore. And
             when he takes back from me, he takes what he needs per-per month. He
             tells me: "OK I would need that". But now, I have 30 days to start
             withdrawing the money a little, a little, a little, as if it's my money from
             my bank account day by day.

MY:          But if he needs money, what does he do if he does not do this.

CHS:         But, he's afraid! He wants—he wants to clean the money, so it won't be
             for him. That's what he told me. Because it's not his money. Because
             money isn't with him! So I'm—at the end, I'm paid.

MY:          [UI] when-when he is caught the guy.

CHS:         When he is caught, there is no money with him! And I am the one who
             knows that the money he gave me is the money he had. He doesn't have
             any other money with him. So you see? *So* he knows that it is *bad* on
             him. It's money he made. It's money that's not good money. He can't
             declare it. But when he gets money from me, now I'm a-I'm work-
             working on the checks *Mike*.

MY:          [UI]

CHS:         But that's fine, explain! Talk to me about something that I—

MY:          [OV] he tells me—

CHS:         [OV] as long as you put in--something in there for me.

MY:          [OV] he tells me, why do I need another problem? I need [UI] and with
             me you see I give a paper, a contract at a lawyer's office!

CHS:         OK, repeat, repeat, repeat, I don't [UI]

Case:
CD:        1D138-O
Session:   S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


[Noise]

MY:    You come.

CHS:   Yeah.

MY:    I give one to you.

CHS:   Yeah.

MY:    You are *OK*, he wants uh--someone like me. *And he'll invest in some investment. He's not a partner who came in a new bar—an investor.*

CHS:   Yeah.

MY:    *In a new bar--*

CHS:   Yeah.

MY:    *--for what, 20%,*

CHS:   Yeah.

MY:    *--something like that.*

CHS:   Yeah.  How do I do a [UI]

MY:    Huh?

CHS:   Yeah.

MY:    *And now he'll be a partner for 20%--or 30%.*

CHS:   Yeah.

MY:    Huh?

CHS:   And he gives you the money.

MY:    *And this way I can pay him, directly, no problem.  30% I can pay him,*

Case: ████████████
CD:       1D138-O
Session:  S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.

*right?*

CHS:    Ah, he gives you the money and you give it back to him every month as if—as if they're taking a percentage.

MY:     [OV] *As-as-as-as long as you give me that's nobody's business.*

CHS:    *Right! That's something like* you give him a percentage, right, from the profit.

MY:     [OV] *Well, I pay him money. That's not, I make money. I pay him--*

CHS:    Yeah.

MY:     *--a percentage.*

CHS:    Well, that's what I'm saying. That's—now when all's said and done, it's a percentage from the sale of all you're giving him. That doesn't have anything to do with it.

MY:     [UI]

CHS:    [OV] It's better than all of that!

MY:     He invests in a bar at 20 %

CHS:    [OV] OK, and me what am I-suppo--will I owe or not?

MY:     [OV] [UI]

CHS:    You, you take care of me. OK?

        [Noise]

MY:     [OV] [UI]

CHS:    That's better!

MY:     Because at one point [UI]—*my-my new business.*

CHS:    Y-you are *a-a-a corporation.* Different *corporation.* Not [UI]

Case: ▮▮▮▮▮▮▮▮
CD:       1D138-O
Session:  S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

MY:    [OV] *I want to do business.*

CHS:   OK.

MY:    *He needs to be an investor.*

CHS:   *OK.*

MY:    *That's what I need you to do.*

CHS:   Basically you give the *cash* and you—*for* every month—in five months, you give him something.

MY:    [UI] [OV]

CHS:   And then every uh—every—

MY:    [OV] Every day.

CHS:   And every—and –and he can put in every time 500, 500 when he wants.

MY:    You can send 500 until the end of the month.

CHS:   *OK.*

MY:    He can send one million if [UI].

CHS:   OK. Did you see—that's good, cous'!  As long as I make money, because I don't want to sell, cous'.  I don't want to go back to that. That's too much *hit.*  I don't want to.

MY:    But, you want $200,000 *legally in case* [UI]

CHS:   But you are the one who is not going.  But are-are you *willing* if he comes, to meet with hi-hi-hi-him?

MY:    [UI] *he want to see me*?

CHS:   And if he tells me yes.

Case: ▮▮▮▮▮▮▮▮
CD:        1D138-O
Session:   S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.


MY:    *OK*, give me the money.

CHS:   But can we do that between now and Monday?  Because I need to leave Tuesday.

MY:    He can just give the money. I'll type the papers from here.

CHS:   But if he's going to bring the money, then you'll come once with me to do the papers.  You know that, right? He won't give it to me.

MY:    *Yeah* [UI]

CHS:   *And then call you back?*

MY:    *Yeah.*

CHS:   *Or come back?*

MY:    Tell him: "Go ahead, why not do as if it's for real [UI]"

CHS:   No, it's [UI] I will tell him.

MY:    [OV] [UI]

CHS:   --I think that he won't do that, cous'. [Pause]  OK.  And if I tell him that and then he says-uh-I'll put him at ease.  *Alright, cous'?*

MY:    Huh.  You do as if [UI] it's up to me-you. [UI].

CHS:   You are—and then me [noise] I do not have my hands in the pockets. But this comes to the same thing—you give the money to me!

MY:    Yeah, sure [UI].

CHS:   But it comes back to me.

MY:    [UI] *give you money as much as you want to* [UI].  [Noise] [UI].

CHS:   OK, and if he accepts that and then I bring the money, huh? You can't even say hello to the guy at a coffee shop?  And have a cup of coffee,

Case: ███████████

CD:       1D138-O

Session:  S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.


for me, cous'?  Even—you know—he doesn't want to talk about that. *He just wants to say Hi.  I'm-I'm-I'm* [UI]

MY:      *Do I know that guy?*

CHS:     You saw him the last time at the club when I—[Phone rings]--came I paid for the ten bottles.

         [Noises]

MY:      *Hello*? [Pause with noises][MY speaking to another party]
         *Yeah.  You told he's not to come here*? [Pause]
         *What, he is here*? [Pause with noises]
         *Hmm, the first thing I told you is to call him and tell him not to come.*
         *Hmm. Ah!  When did-when did she call* [UI]? [Pause with noises]
         *OK.*

         [Big bang]

CHS:     And I'll do that.  I'll tell him that.  Fine, what do I tell him now? That I can—the only solution is that we do-we can do it like the *business*, but on me—not on him.

MY:      Uh-huh.

CHS:     Huh?

MY:      [UI]

CHS:     OK, cous', *but cous—would you not even have coffee?  He doesn't know what to talk to you about nothing.  He's just an uh--.*

MY:      [OV][UI] for a moment, *two minutes* [UI].

CHS:     [OV] *OK, OK, let me—but if I can get the money, Mike-cous', when-* when-when can we do the papers legally?

MY:      *That's easy.  Monday.  We can do that in one hour.*

CHS:     I'll go talk to him and I'll come back.  Don't *involve him—involve* me.  *I*

Case:          ███████████
CD:            1D138-O
Session:       S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

                am the one to do it and you set me up in a *corporation* and then—but
                he'll follow me, he'll tell me: "How are you going to withdraw the
                money?"

MY:             [OV] [UI]

CHS:            Will you—will you give me checks again like you give them to me?

MY:             *Well cous'*, however you want. *It doesn't matter, check* [UI]

CHS:            Ah OK. In fact with-- it means—what you mean by that is, when all is
                said and done, I'll become *legit* because I'm-I have a percentage.

MY:             Yeah!

                [Noises]

CHS:            That's it cous'. You see why I like talking with you, cous'? Cous',
                sorry, this time we'll do the deal, right? Because I-I-I came, I swear to
                you. I come here when I'm not even supposed to be here!

MY:             Speak to the guy. And if he has—-me-me --*I don't believe he has
                anything.*

CHS:            I swear by the Qur'an, I saw the 500,000.

MY:             Huh?

CHS:            I saw the 500. I'm not lie--why would I lie to you? Before I used to lie
                to you. But now I'm not lying to you.

MY:             Did you tell him [UI]?

CHS:            The guy has 500,000.

MY:             [UI]

CHS:            He told me: "Go talk with your cousin, and if the cousin agrees and all,
                you go bring him the money." But me, that's what I'm asking you. I
                need to know. How can I say: "Yeah, give me 500,000. I'll put it in-in

Case:  ▆▆▆▆▆▆▆
CD:     1D138-O
Session:  S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

my bank account" and then the next day I'll go to prison. [Pause] I'm afraid!

MY:     [OV] [UI]

CHS:    If you give me checks, are you going to give me 500,000 in five months?

MY:     Are you sure he doesn't work for uh-for the government?

CHS:    If he worked cous', he would have arrested me a long time ago. Why would he not have--waited till now?

MY:     But you know. You're sure he doesn't work for the government.

CHS:    No, he doesn't work. It's a Mexican *Joe*, from south of the border of drug. [Pause] Why? In any case, if he worked t-- cous', wouldn't he have arrested me since the first time? Huh?

MY:     But, you have your problems, but we have [UI] problems.

CHS:    *OK.* But why do they need you, why then?

MY:     [UI]—that's important that you tell me.

CHS:    Yeah.

MY:     Because I can [UI]. Does the guy sells-sells-he-he really sell drugs?

CHS:    He sells.

MY:     Are you sure?

CHS:    Ask. I don't want to tell you. If I tell you this, this is—you are not gonna say. Ask *Steve.* <u>Is it more than</u>, your brother?

MY:     I'm sure [UI] government.

CHS:    So, you want to talk about how many-how many kilos I've sold to people here?

Case:          ████████████
CD:            1D138-O
Session:       S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.


MY:     How many kilos did you [UI]?

CHS:    Now I stopped.  I don't have—I don't do it anymore.

MY:     How much does he sell a kilo?

CHS:    I-I had-in a week I used to do four.

MY:     Ask him how much he sells.

CHS:    Ah!

MY:     How much does a kilo costs?

CHS:    Well he-he buys at-at-at 15, to sell at 25, 26.

MY:     Same price as we used to sell.

CHS:    Yeah. [Pause] No, *he's le-legit*, cous'.  Do you know Karim, the-the *cabdriver*?

MY:     Which one?

CHS:    The little, but who is always with Nino and what's his name?  I-I-I paid 1,000-- he took 1,000 kilos with me, *Joe.*

MY:     [UI]

CHS:    It's a Moroccan, *Joe*.  He sells.  He has a limousine and everything.  No, cous', he's *legit*.  He has a gun, he has everything. Yeah, yeah.

MY:     [Laughing]

CHS:    He has everything, cous'! [Laughing]

MY:     [UI]

CHS:    He's *legit, legit. Like a thief*. [Pause]
        And I'm going –

        [Noise]

Case;          ███████████
CD:            1D138-O
Session:       S1-1   Friday September 18, 2009, 17:40:15 to 17:58:59.

MY:            [UI]

CHS:           These days, I'm talking to him every day, cous'. Just like when I used to
               work for you.

MY:            Is your father still in California?

CHS:           Huh? Yeah, he is there *Joe*. My father is on *Facebook*. He-he plays
               poker [UI] He doesn't shave anymore. He-he doesn't dress anymore. He
               plays poker. *You know poker on Facebook*?

MY:            No, but if he is on *Facebook* uh-he's going to meet lots of women.

CHS:           Yeah, *he went on three dates-four dates*. He-he-he goes, he eats, and
               then when he comes back, the-the *girl* never calls back.

MY:            [UI]

CHS:           He-he doesn't even have uh-uh-*the-the game is gone!* He goes on *date*,
               yeah. When they meet him, *the first date* he has—

MY:            [UI]

               *—they just* [UI] *cous', he come back--*

MY:            [Laughing]

CHS:           --he's mad for four days! He stops talking. I said, "What's going on?"
               He said: *"Then what happened to the girl?"* He does not have it
               anymore. I don't know. He is dead. He is dead. He is *blind*. And when
               he goes on the first *date-- he's been to a lot of dates. He went to a girl
               that he—that's gonna give him a house, who leaves in, uh, Big Bear.*
               Every day she calls. Every day until he has no more *charge, she-she*
               calls him on the telephone. He talks when she calls. *The first meeting*
               with her, he went to eat. [Slapping sound] [UI] somewhere. Yeah, that's
               the way it is over there. [Pause] But you—in addition-you-uh-uh-uh
               *economy is hard over there, cous', in California.*

MY:            *Look,* if—if it's—[UI] 200, 250,000, it's not a problem. I'll give the
               checks in two months.

Case:          ▮▮▮▮▮▮▮▮
CD:            1D138-O
Session:       S1-1  Friday September 18, 2009, 17:40:15 to 17:58:59.


CHS:        The way we used to do it.

MY:         Yeah. 200,000 *no problem.* [UI]

CHS:        I want to open a new account at *Wells Fargo.*

MY:         *That's good! Ex*cellent! I want [UI].

CHS:        And, if cous'—and, and in the end-we—OK, so in all of that—I-so you
            prefer to do 250,000 or 500,000?  For me-me-the more I do, it's more
            because the more I can get money cous', because I tell you the truth.
            Everything I had *saved up* and everything I have. I don't even have one
            Franc left. [Noise] I am broke. I don't even have *cash* so much that I'm
            currently two payments behind with my car. I must do the deal today
            before I leave on Tuesday.

MY:         [UI]

            [End of session]

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ▇▇▇▇▇▇ |
| Task Number: | - |
| Date: | 11/29/2010 |
| CD#: | 1D150-O |
| Session#: | S1-1 |
| Languages: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

| Participants: | CHS | Confidential Human Source |
|---|---|---|
| | MY | Mike Yassine |

| Notes: | *Italics* | denotes conversation in English |
|---|---|---|
| | [ ] | Translator's note |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [OV] | Overlapping Voices |
| | [IA] | Inaudible |
| | [SC] | Simultaneous Conversation |
| | [sic] | Incorrect in the original form |

Case: ▮▮▮▮▮▮▮▮

CD:      1D150-O

Session:  S1-1   November 29th, 2010, 12:26pm

[Session begins][Noise]

[[RC]MY:   *Hey, cous. What's up? Happy Thanksgiving. I had a dream about your father. Listen, if I don't hear from you today, I guess that means he's not up—you guys don't want to do it. Well* [UI], *I just wanted to know. I have to prepare myself. OK, talk to you later.* [RC]]

[End of session]

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number: ▮▮▮▮▮▮▮▮

Task Number: -

Date: 12/04/2010

CD#: 1D151-O

Session#: S1-1

Languages: French/English

Linguist: Thu Nhi D. Barrus

## VERBATIM TRANSLATION

Participants:   CHS        Confidential Human Source
                MY         Mike Yassine

Notes:          *Italics*   denotes conversation in English

                [ ]        Translator's note
                [UI]       Unintelligible
                [PH]       Phonetic
                [OV]       Overlapping Voices
                [IA]       Inaudible
                [SC]       Simultaneous Conversation
                [sic]      Incorrect in the original form

Case: ███████████
CD:       1D151-O
Session:  S1-1   December 4th, 2010, evening.

[Phone call]                                                    .

        [Session begins]

        [Phone ringing and child's voices in the background throughout]

MY:       *Hey, you lied to me again, bro.*

CHS:      *Cous', I've been calling for three days, cous'...*

MY:       *No, no, no, no, no, naaaaa...*

CHS:      I called you in the morning at 11 o'clock.

MY:       [UI] *the phones don't-don't lie.*

CHS:      *I called you at noon.*

MY:       *Only you lie...*

CHS:      Cous', I called you three times, Joe. Three times in one day, twice in-in
        the day. [OV]

MY:       *OK, OK. I gave up on you; I don't want nothing* [sic] *from you. What do
        you want? I don't want anything, bro.*

CHS:      But I was calling because I'm telling you *it's*—

MY:       *Not to lie.*

CHS:      —*g-it's good...*

MY:       Yeah.

CHS:      But I'm telling you, hey-you-give me an appointment. Monday I'm
        coming to your house, Joe. At what time do you want me to come to the
        office to see you?

MY:       I told you-*I told you I needed to know by Monday. Yes or no. You didn't
        call me back!*

CHS:      *I know, cous', but you told me don't call you until I get a confirmation.
        "Don't tell me, 'Yes*—

Case:        ████████████
CD:          1D151-O
Session:     S1-1   December 4th, 2010, evening.


MY:        *Yeah I told—*

CHS:       *—and no, yes and no.'"*

MY:        *I said-I told you, I said, "If you don't call me back, I'm going to take it as a no."*

CHS:       Yeah, but you told me, you told me, cous', "If you don't have any news..."

MY:        [UI] *now...*

CHS:       ...don't call me."

MY:        *...so, now what's the deal—yes or no?*

CHS:       *Yeah, they said to-they don't have a problem; they only made the-the business with you before. They have no problem with you. I'm uh- 1* [UI]-*Monday I need to come in the office with you. Someone* [UI]-*tell you-you tell me how you are going to do the checks. I will-you* [UI] *cous'* [UI] *how you want to do it to give them the money back and then I bring the money straight to you, Joe! That's what I told them...*

MY:        Are they going to give the money or they're not going to give you the money? [sic]

CHS:       They're going to give the money, but *just* tell me how we're going to get it back to them.

MY:        OK, send the money! *I'll give it to you however you want it!*

CHS:       Well *h-It's however you want..* What time [sic] can I come to the office, cous'?

MY:        *I told you. When can you bring the money?*

CHS:       *Cous', I ju—I come to the office on Monday* and we'll do the *deal*

Case: ███████████
CD:       1D151-O
Session:  S1-1   December 4th, 2010, evening.


*Monday*, Joe. You tell me, give me--

MY:    [OV] *No* ... [UI]—

CHS:   --give me the money...

MY:    *--give me the money and I'll give you the checks.*

CHS:   *OK,* then *you're gonna do it by check...*

MY:    *Yeah.*

CHS:   OK, no problem!

MY:    *What do you want? Why? You want it by cash? I thought that's what you wanted.*

CHS:   Well no, because they have—they have another idea in mind. They wanted to s-ask if you could [UI]. That's why I want to talk to you real quick-it'll take. For them--the money is here! I can call you back-I take—I give that to you Monday... But I need to ask you--.

MY:    Yeah.

CHS:   --two or three questions. I don't want to talk about that over the telephone...

MY:    OK.

CHS:   But when you-when--

MY:    Just call me-call me later.

CHS:   At what time-at what time can I come on Monday so you're *free*. It's ten minutes and then I'll go back--I'll go get you the money.

MY:    *Anytime.*

CHS:   *No...*

MY:    *Anytime.*

Case:    █████████
CD:      1D151-O
Session:  S1-1   December 4th, 2010, evening.

| CHS: | *--what time* [sic] *are you going to be in the office 'cause you don't come in until five sometime?* [sic] |
|---|---|
| MY: | *Four o'clock.* |
| CHS: | *Four o'clock Monday?* |
| MY: | *Yeah.* |
| CHS: | OK, you have the *grand opening* tonight? |
| MY: | *Yeah. That's why you're calling me.* |
| CHS: | No, I called you because of-it's been three days. I even called Hadi to tell him "Tell Mike to call me." Sorry, Joe... |
| MY: | Mhhh but you're lying to him-damn it... |
| CHS: | But I'm not lying to you cous'. [UI] your cousin... And then I brought you—and then you're going to give me a percentage, yeah! |
| MY: | *OK, I told you,* [UI] *I was going to give you, but...you're a liar.* |
| CHS: | I'm not a liar cous'! You told me, "Don't call me, don't tell me, yeah tomorrow, the day after". I waited until I had news, Joe. |
| MY: | Hmm. Well OK. |
| CHS: | Alright, cous'. |
| MY: | Alright, bye. |
| CHS: | [UI]. |

[End of session]

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

| | |
|---|---|
| File Number: | ███████████ |
| Task Number: | - |
| Date: | 12/06/2010 |
| CD#: | 1D152-O |
| Session#: | S1-1 |
| Languages: | French/English |
| Linguist: | Thu Nhi D. Barrus |

## VERBATIM TRANSLATION

Participants:    CHS           Confidential Human Source
                   MY             Mike Yassine

Notes:           *Italics*            denotes conversation in English

| | |
|---|---|
| [ ] | Translator's note |
| [UI] | Unintelligible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [sic] | Incorrect in the original form |

Case: ███████████

CD:       1D152-O

Session:  S1-1   December 6th, 2010. From approximately 15:39 to 15:41.


[Phone call]

        [Session begins]

        [Phone ringing]

MY:  *Hello.*

CHS:  *Hey, cous'.*

MY:  *Cous', what's up?*

CHS:  *It's your favorite cous'.*

MY:  *My favorite cous' in Dec—in-in December only.*

CHS:  *Only in December. Cous', look, we have to reschedule.*

MY:  Hmm?

CHS:  *...until tomorrow.*

MY:  *Of course.*

CHS:  No, no, but-loo—I prom—I haven't slept since five o'clock this morning. I'm at the hospital with Brandon. Ask Steve.

MY:  Why, what's wrong with him?

CHS:  He has—he [UI]—he has acne and Cindy brought him a medication—he put it on his mouth—it swelled up—it became with inflammation [sic] with puss, the poor thing, he couldn't sleep. You know—

MY:  OK.

CHS:  —so, I called my guys. You-if you want, we can do it at noon, or at eleven o'clock or two o'clock. It's however—

MY:  OK, call me tomorrow when you wake up.

CHS:  No, but I wake up at 6:30 to go to the school. *I'm up*, I'm up. Give me— give me the time, I'll come to your place, Joe.

Case: ███████████
CD:      1D152-O
Session: S1-1   December 6th, 2010. From approximately 15:39 to 15:41.


MY:     *Anytime, yeah.*

CHS:    Noon?

MY:     Noon is good, yeah.

CHS:    At the-at the house—where?

MY:     *Yeah, at home.*

CHS:    OK, at your house?

MY:     Yeah.

CHS:    But I don't know how to get to your house. It's like arriving at Roth-chi-chi-at- at Onasis-s Joe,

MY:     Yeah, it's no biggie. I am going to tell you-ask for Onasis if you want to-They will…call me.

CHS:    OK, I'll see you tomorrow at noon, cous'.

MY:     OK.

CHS:    *Bye.*

MY:     *Bye.*

          [End of session]

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



5740 University Heights
San Antonio, TX 78249

File Number: ███████████

Task Number: 10788

Date: 12/07/2010

CD#: 1D-153-O

Session#: S2-1, S2-2

Source Languages: French/English/Arabic

Linguists: Thu Nhi D. Barrus [French, English]
Basam Aourani [Arabic]

## VERBATIM TRANSLATION

Participants:

| | | |
|---|---|---|
| CHS | Confidential Human Source | |
| MY | Mike Yassine | |
| Concierge | Hilton's Concierge | |
| UF | Unknown Female [Mike Yassine's girlfriend] | |

Notes:

| | |
|---|---|
| *Italics* | denotes conversation in English |
| <u>Underline</u> | denotes conversation in Arabic |
| [ ] | Translator's note |
| [UI] | Unintelligible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [sic] | Incorrect in the original form |

Government Exhibit 24 - 0295

Case:
CD:        1D-153
Session:   S2-1, Monday, December 07, 2010. From 11:47:20 to 11:48:10.

[Hilton, downtown Austin Texas, Mike Yassine's residence]

          [Session begins]

          [Noises and music]

CHS:       [UI] Yassine.

Concierge: Mr. Yassine?

CHS:       [Noise] [UI]

Concierge: [UI]?

CHS:       Mohammed Yassine.

          [Noises]

CHS:       Just say, Moe Yassine.

          [Noises]

Concierge: Moe Yassine?

CHS:       Yeah.

Concierge: Moe?

CHS:       Yeah.

          [Noise and music] [Long pause]

Concierge: *He's not answering.*

CHS:       *He's not?*

Concierge: *Uh-uh. He'll call back, usually he's very quick.* [Noise and music]

          [End of Session]

Case:     ▮▮▮▮▮▮▮
CD:       1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

[Hilton, downtown Austin Texas, Mike Yassine's residence]


              [Session begins]

              [Music, elevator noise and ringing]

Concierge:   *Good morning* Mr. Yassine, Mario. [Noise] [UI] Moe Yassine. [Noise] *31* [Noise]

CHS:         *30 what?*

Concierge:   *3121.*

              [Pause] [Noise]

CHS:         *Which one is that?*

Concierge:   *30-31rst floor...*

              [Elevator's noise]

CHS:         *31, 30 what?*

Concierge:   *3121.*

CHS:         *3121?*

Concierge:   *Yes, sir.*

              [Pause] [Noise] [Elevator's noise] [Long pause with noises] [Knocking]

MY:          Cous'!

CHS:         Good morning, cous'.

MY:          You're trying to scare me or what?

CHS:         Why?

MY:          Your shirt with the chain, and-and-and...

Case: ████████
CD:      1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:     Cous'.

MY:      So?

CHS:     I'm calling you, you don't answer me.

MY:      [UI]

CHS:     Huh? [Noise]

MY:      [UI] [Noise]

CHS:     *OK, cous'!*

MY:      Yeah. How are you?

CHS:     I'm going to get the money for you, huh?

MY:      What is the guy saying?

CHS:     Today.

MY:      [UI].

CHS:     The *deal,* that's it. [Clears throat] Do you remember how you had said you wanted to do the contract?

MY:      You-you are—*grey*!

CHS:     Huh?

MY:      *Grey person.*

CHS:     Yeah. You remember? But, you have a beautiful view huh cous'. That's for sure. If I could only be you! *I wish I* [UI] [Laughs]. Hey, if you could make a contract, huh?

MY:      [Clears throat]

CHS:     For like—you know how you said, the fake corporation. So that way they'll have money. They want-they want the money to come so that-that

Case:         ▇▇▇▇▇▇▇
CD:           1D-153
Session:      S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

> They-they have *income, generating income. That's one question.* Do you remember? We had talked about that. Or otherwise, if you don't want do it that way, the checks are OK. [Noise] Hey h-how long until you write the checks?

MY:    However he wants!

CHS:   It's up to you, Joe! They want them as soon as possible. *The sooner the better.*

MY:    I'm telling you *two weeks.*

CHS:   *Two weeks from today?*

MY:    *No, I start in two weeks.*

CHS:   *You start from two weeks. So after December? You say...*

MY:    *January 1st.*

CHS:   *January 1st you-you just start cashing in the checks.*

MY:    Yeah.

CHS:   So, that's going to be what, one month, 30 days to *cash* all of that?

MY:    How much time do they want?

CHS:   How much do you want? Didn't you say you wanted 200?

MY:    Yeah.

CHS:   Yeah so.

MY:    They want to give only 100-100?

CHS:   It's however you want huh? Me, it's because of you. Me, cous'—me, I'm doing it because I want to make the percentage, that's it. In God's name—

Case:
CD:       1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

MY:       [OV] If they want to give 100, I take 100.

CHS:      If you want 200--

MY:       [OV] Or 200 [UI].

CHS:      --I'll give you 200. But I want whatever you want huh...

MY:       What do they want, the contract for what?

CHS:      You had offered me—"I'm making you a contract of the fake
          corporation", saying that I *own a part-a percentage of the company*--

MY:       Uh huh.

CHS:      They want to generate money, you see, no? The checks--in the end, see,
          the checks also [noise] don't really work for me, I told Steve. Because
          I'm afraid, cous'--

MY:       But they are giving money to the company, it is the same thing.

CHS:      No, if they come, that means some-uh--it's--you have a business.

MY:       Yeah, but what kind of business?

CHS:      *Percentage of the club*?

MY:       [Whisper] Well, that's a problem.

CHS:      You're the one who had mentioned that. If you don't agree with that,
          checks are okay. You can write checks to me and checks to Cindy.
          [Pause] The checks are because I--cous', the checks scare me, that's why.

MY:       They, do they want checks?

CHS:      And then you—Steve scared me, Joe. You know Steve started talking to
          me about stuff uh, yeah, I don't know what--that sometimes, people do
          this with you for years. He did—

MY:       [OV] [UI]

Case: ███████████
CD:       1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:    Me, I've known the guys for six years. Steve talked to me, you see.
        Scared me, Joe. [Clears throat]

MY:     Tell me, these guys, they have--

CHS:    They have the money, cous'. [UI]

MY:     [OV] When-when-they give-give you the money, how do you give it to
        them?

CHS:    Some-when I put it in the checks, huh? Sometimes they come, they tell
        me, OK, he [UI] me--the last-last time he sold me *fuc-a fucking* car for
        10,000 dollars; I didn't even see the car, with the *title,* [noise] as if I have
        signed it. *They did stupid things like that, but it's not working out
        because they*—it's not even—what does it mean? It's better than to come
        give me the money and to take it back? *It's not working out, cous'.* I need
        to create a [noise] corporation, like a *D.B.A.* or something like that, as if I
        have--that's what you told me! And I talked to them about that; they told
        me that was the best thing. Me-me, the 200,000 scares me; I'm telling
        you the truth. Not that's a lot—It's a lot of money. It's not like last time,
        Joe.

MY:     Uh huh.

CHS:    And me I—me cous', I-I get-get 4,000, 4,500; I spend it in one week,
        Joe. I just cashed on the first; ask Steve. If I hadn't given Steve 1,000
        dollars the day before yesterday-uh, Wednesday, today I was going to be
        *broke.* I went to pick it up this morning.

MY:     Damn! In one week, you're done with the money.

CHS:    [OV] I am done cous', I'm done. I'm not lying to you! I work, I work,
        I'm risking my life, I-I waste money; 4,600 I've wasted Joe! I waste, my-
        my, I'm wasting, cous'. *Uh, my lifestyle is too expensive.* [Pause] That's
        why I wanted to talk to you, and-uh *get this thing going, cous',* so I can
        do Christmas at the same time. [Laughing]

MY:     What did they tell you? How do they want the money?

CHS:    Cous', they told me, "*Go figure out a-what's* [noise] *a payment plan's*

Case: ████████████
CD:      1D-153
Session: S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

<table>
<tr><td></td><td><em>back and</em> all that. <em>How do they come back.</em> And then there's one-there is one thing; <em>I know you're not--you're gonna freak out, but I'm gonna tell you. That when I get-bring the money,</em> huh? <em>They're gonna want somebody to come because in case something happen</em> [sic] <em>to me they want their money back. They want...</em></td></tr>
</table>

MY:      [OV] What?

CHS:     <em>...somebody to meet-to come meet you so they can come get the check in case that something goes wrong. If I go wrong it's a—</em>

MY:      <em>Well, I'm going to give you all the check</em> [sic] <em>at the same time.</em>

CHS:     Yeah, but they're afraid. If I move—they're doing business with you, that's what they said. The boss wants to see you Joe. [Noise] He wants to speak with you. And you don't want to talk to him. It's just, "<em>Hi, hi, yeah, nice to do</em> [noise] <em>business with you. In the future we'll buy a boat."  I don't know, fucking do something, cous'.</em>

MY:      But, before—If these are guys-maybe-if-if they work for the government.

CHS:     Cous'! I've been working with them [noise] for six years! How is this going to be the government, Joe? We've done 200 Joe! How is this going to be the government? You think they'd let us do something like this? For you-you, it's just a little 200. Me, what I'm doing every day, ask Steve; your brother knows cous'! [Pause] It's not just you, Joe. I've—

MY:      Huh?

CHS:     —bought guns, I've bought stuff with Nino. I do a 1,000 things a day, cous'. You think that now, they're going to come—they're going to—and why would they be watching me?  But you've-you've been messing up my mind since yesterday, Joe. I-I've been thinking about this. If it's-- you're telling me it's the government. How, cous'? If you think they're going to sit around, watching me... Who am I, uh, Scarface? It's not like that, Joe. They're guys from San Antonio, Joe, they-they're Mexicans, Joe.

MY:      The Mexicans from San Antonio, they are dangerous.

CHS:     They're no Mexicans; they're <em>Puerto Rican</em> [sic]. [Laughing]. It's even

Case:
ID:        1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52

better. They're *nice*, cous'. They *take cares* [sic] *of me.*

MY:     They don't know people in the—at *INS*?

CHS:    No, I don't know—and how would they know *INS*? *Come on, cous'.*
        [Laughing]

MY:     [Laughing]

CHS:    Cous', you're giving me stuff, Joe.

MY:     [Snorting]

CHS:    Cous', the house is beautiful, Joe. <u>God bless-God bless</u> [Knocking]

MY:     You never came here?

CHS:    No, cous'!

MY:     You're lying.

CHS:    *You're moving on up!* Anyway, when I was singing the song to you, at
        Platinum X, it was the truth at the same time huh? I--*moving on up cous'.*
        Cous', talk to me [noise] because, look, I have to-I have to go all the way
        to San Antonio to pick up the money for you, and come back today
        [noise]. I need the money. It's Christmas [noise]—

MY:     [OV] I told you—

CHS:    I didn't even buy—

MY:     I'll give you 5,000!

CHS:    I know! I haven't even bought—

MY:     How much are they going to give you? They're going to give you--

CHS:    I'm going to give 1,000 to Steve. [Laughing]

MY:     How much are they going to give you?

Case:
CD:        1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:    Huh?

MY:     How much are they going to give you?

CHS:    They're going to give me 200. You asked for 200. They have more if you want it. There's more than that.

MY:     The maximum they want to give you.  [Noise]

CHS:    Cous', but more—but you have to give me a plan cous'--

MY:     [OV] The price [UI]—

CHS:    [OV] *I can't be stupid—*

MY:     The *corporation*, it's between you and me [noise], or between me and them?

CHS:    It's however you want, *whatever makes you happy.*

MY:     The *corporation* stuff you're telling me.

CHS:    [OV] Yeah, yeah.

MY:     It's between you and me or between me and them?

CHS:    It's however you want. It's the same thing.

MY:     I'm not doing a *corporation* with them [noise]. Never in your lifetime.

CHS:    Well, I know, you have... But the *fake corporation* isn't even real *anyway.*

MY:     Yeah but even, I don't do it with them.

CHS:    You want to do it with me?

MY:     I'll do it with you if you want.

CHS:    With me? Well OK.  But even if I do it with me [sic] [noise].  In return-in return, is that—OK, how am I going to give the money back to them,

Case:
CD:         1D-153
Session:    S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

to launder it for them? Last time, with the checks, I was taking. But it was--*it doesn't make sense, cous'.* I take it, I put it in my account, they come, I withdraw it for them; I withdraw here, I withdraw there on my debit card; they withdraw, they withdraw, they pay, they pay, they pay. But it-it took at least a year, Joe! Yeah, I don't have the right to touch the account. Ask Steve, I couldn't even touch. Yet, I wanted-I wanted to steal the account even. I needed it.

MY:        [OV] They give you the money, and you—

CHS:       When you give me the checks.

MY:        —how-how do you give it back to them?

CHS:       But I told you, the 7,000, 7,000--

MY:        Are you giving them—

CHS:       —you give to me.

MY:        --a-a check card?

CHS:       I give my debit card. They pay what-what they have to pay as if it were *legit.* And sometimes they give me a car, they tell me the *title*, they tell me, "*You bought this for 20, 15,000".* They *sell* me the *title* [noise]; I *never saw the title.* The-the car. Fakes stuff that I cannot do. At the end, when I *file* my taxes that year, I-I was-I received—I got back only 1,500 dollars, from the government; because I *c-claimed I didn't make any money.*

MY:        And so what? *You didn't make any money, you can't claim that. Nobody's going to know.*

CHS:       I'm afraid, cous'.

MY:        You need to close that a—that account [noise] *you have to close it and open another one.*

CHS:       I closed it! I no longer have an account. I'm going to open one with Far West now.

Case: ▮▮▮▮▮▮▮
CD:        1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

MY:    *Different bank.*

CHS:   *Far West, I never use* [sic] *Far West.*

MY:    *Different bank.*

CHS:   OK, but it's not--

MY:    *Go with, uh, Wells Fargo.*

CHS:   Wells Fargo, I said Far West. Because I'm going to the hospital after I finish with you. You see? I have too much stuff—Brandon is sick Joe. He's going to the hospital; Steve is going meet me there.

MY:    Well, if you want, you go—I'll tell you how you can open a company?

CHS:   But, tell me what I need to do. That's why I came to sit down with you, because when I come to the office, you think I'm coming to bug you. I'm not there to bug you cous'. I make money, that's how I live. I'm not-I'm not *lucky*, Joe; that's how it is. Whether you want it or not, that's how it's going to go. For those 5,000, I'm going to tell you what's gonna go.  If we do it [noise] today, tomorrow, [noise] I'll waste them; I'll buy [noise] a Christmas tree, I'm gonna buy 3,000 dollars worth of toys, and then I'm done, all at once. *Maybe, maybe if I get lucky, I'll buy the-the flat-screen TV. I'll put it in the living room.*

MY:    Damn... [Noise] [UI] you-you're not doing anything.

CHS:   Yeah, I'm not doing anything. But I live like-like a king. Two t-two-two days-two mo-twice [laughing]—

MY:    [Laughing]

CHS:   —twice a month [noise] in the week. [Laughing] And then the rest I'm *broke.* Cous', you have to tell me, cous'. Put a plan together for him [UI] *you need to put* your-your *kin-thinking hat!*

MY:    But this, we're *not going to do-we're not going to do that all the time, man. This is a one-time deal, cous'.*

CHS:   *Cous', me—I didn't come to you for this* [UI] I-I-I said OK *because I*

Case: ████████████
CD:       1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

|  |  |
|---|---|
|  | *want to do this because it Christmas* [sic]. |
| MY: | [OV] *OK. It's a one-time deal.* |
| CHS: | [OV] Me, it's because of that.  I don't want to do this anymore, Joe! |
| MY: | [OV] Within one month I give them back the money, that's it. |
| CHS: | [UI] Even if you don't get it back to them Joe; that's it, they'll kill me, you have to give it back to them. [Laughing] |
| MY: | No, of course I'll give it back to them. What do you want? |
| CHS: | It's like-cous', me, it's because of Christmas, otherwise I [UI]. |
| MY: | [OV] How much time did they tell you they want to—how much time? |
| CHS: | Cous', he told me... |
| MY: | They want the money *back* [Noise] *in how long*? |
| CHS: | *The fastest way and they want to make the-the—as-as more legit as possible, looking-wise. That's what they want to do it* [sic]. |
| MY: | Well, okay, *let me think about a plan.* |
| CHS: | *Man, you need to make a plan cous'.* |
| MY: | *Do you have-you have to tell them right now?* |
| CHS: | No, cous'! Me, it's you--You are the one who needs money. |
| MY: | I'm gonna give you a plan. |
| CHS: | Me, I have time. |
| MY: | I'm going to give you a good plan. |
| CHS: | Sorry, cous'. *A good plan. And not a plan* with the checks that you give me, that I have to withdraw from my account. |

Case:         ██████████
CD:           1D-153
Session:      S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


MY:     No. I'll give you plan.

CHS:    That-that's going to—because you-you-you're *covering your ass, cous'.*
        You did the papers the last time. I thought about this last night when I
        was at Steve's-with Steve, we were sitting.

MY:     I'm really not covering against you—against them.

CHS:    I know! But you had *cover your ass in case anything happen* [sic]. If
        something happens with me concerning the checks, I can't *cover. You
        have to give me a good plan for me.* [sic]
        [Pause]
        You see, no? I know you can find something for me. Because even Steve
        told me; he told me, "Joe,"--it doesn't sink into my head, Joe--"You're
        going to-you're going to get caught", I'm going to have problems. Yet,
        cous', what I'm doing is *simple*.

MY:     I have a plan for you.

CHS:    I'm going-I take two, three things, I put them in the car, I deliver them, I
        come—

MY:     [OV] No!

CHS:    -–I get 3,500--

MY:     I give you-I give you a car.

CHS:    OK.

MY:     *I give you a car.*

CHS:    OK.

MY:     *You sell it.*

CHS:    OK

MY:     *You give them uh-- You sell the car.*

Case: ▬▬▬▬▬
CD:       1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:    OK.

MY:     *They give you a check, whoever gives you a check, somebody else.*

CHS:    Yeah.

MY:     And this check--

CHS:    Who do I sell the car to? To anyone?

MY:     We put it in the newspaper.

CHS:    And then afterwards the money that comes in is the money that is--

MY:     Or else-or else, we go buy a car, and you sell it to me, and I pay you.

CHS:    Cous', you have--that's a good idea.

MY:     [To UF] *Hey, baby.*

UF:     *Can I turn the heater on?*

MY:     *Yeah.*

CHS:    *Hey, good morning.*

UF:     *Good morning. How are you?*

CHS:    *Or good afternoon, whatever it is.*

UF:     [Laughs]

CHS:    *Yes, please turn the heater on; it's cold.*

UF:     *Yeah it's cold in here* [UI]—

MY:     *Turn it on.*

UF:     [UI]

MY:     [OV] [UI]

Government Exhibit 24 - 0309

Case:
CD:         1D-153
Session:    S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:        Cous', right now, you're in the process of using your *thinking cap* and
            it's quickly done like that--it-it's-your-your car idea. Take your time, and
            think about a good plan, Joe. You're going to go take a shit—you'll think
            over it well. [Pause] Cous', you had told me 200—I told you—I said I--
            they have-they have *up to* 500. I'm not lying to you cous'; they have
            more-they have 500. I know they have 500. They want to wash their
            money--

MY:         [OV]They just have to set up the plan the way it's good for them. [UI]

CHS:        [OV] They want to give the money--

MY:         [UI] the money, *how many is-- you wan—they want it, how long*? [Noise]
            *From* 100 *to* 500, whatever they want. [Noise]

CHS:        However you do it, but the-the-the—

MY:         Every, every---

            [Noise]

CHS:        Cous' if you do it, it's *legit*—

UF:         [Coughing]

CHS:        --like it's a *corporation*. They don't mind [UI]

MY:         [OV] [UI]

CHS:        --they don't mind even wait-waiting.

MY:         Well, I'm-I'm scared, Joe...

CHS:        You are *scared*? What are you afraid of? We've done this 10 times.

MY:         *Let me find a plan for you.*

CHS:        *OK.*

MY:         *I'll find a plan. I'm going to think of a good plan.*

Case;  ▮▮▮▮▮▮▮▮
CD:  1D-153
Session:  S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:  OK, sorry, cous'.

MY:  *Uh-uh you're gonna have to open a bank account* [noise] *and open a business and everything.*

CHS:  *I go right now!* I've already talked to the guy from b-uh...

MY:  I have an--I have an idea.

CHS:  What? I'm—you've-you've mixed me up. I don't think about all these—

MY:  I said why-each month if you come--

CHS:  [OV] And then yesterday, Steve, he got me mixed up like that, he mixed me up!

MY:  We're going to open a business--

CHS:  OK.

MY:  --with you as the maintenance and cleaning--

CHS:  OK, as if--

MY:  Huh?

CHS:  -- I had the company?

MY:  [UI] uh-hu-uh-uh-uh-uh-uh...

CHS:  *Caroline Express Cleaning*? Do you remember that?

MY:  But you're the one [UI]--you're not *cleaning* anything, you don't do anything.

CHS:  Yeah, like Juan.

MY:  Every week *you clean all my business, you wash all my carpets.*

CHS:  Like Juan.

Case: ▮▮▮▮▮▮▮▮
CD:      1D-153
Session: S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

MY:    *And I give you, I give you checks*, that's it.

CHS:   And then it's done.

MY:    *Yeah.* [Noise] *You're cleaning all of my businesses. You're washing—*

CHS:   [OV] And then at the end—

MY:    *--all my carpets...*

CHS:   *--I file my own taxes. As if they pay me the* [UI]...

MY:    And then I give you from each club, every month, 1,000 dollars from each—each week, 1,000 dollars from each club [UI]...

CHS:   So that makes seven...

MY:    7,000—*so* 8,000 dollars—

CHS:   8,000 dollars-eight clubs...

MY:    --per week.

CHS:   Cous'... [Noise]

MY:    That makes 32,000 dollars per month.

CHS:   32,000. Uh, in—200,000, it'll be--fuck, how many months to give it back to them? Calculate [UI]; calculator...

MY:    [Noise] 1,000 dollars per week multiplied by each club, it makes eight clubs.

CHS:   It makes eight-eight clubs.

MY:    32,000 [pause] times four...

CHS:   And are you going to take a percentage for doing this, for taking it off their hands?

MY:    ... four...

Case:
CD:         1D-153
Session:    S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:    Did you buy the G4, cous'? [Noise] You don't mess around!

MY:     ... Four times two, eight. Four times three, 12, 128. This is going to take time.

CHS:    Yeah! Hey, if it's legit *and stuff* [UI]; *whatever the plan is*, look...

MY:     Six months...

CHS:    ...what you have, however you're gonna do it, you're going to have to explain it all to me because my head, when I talk, I talk fast, fast. I'll need to put in [noise] so I can go talk to them.

MY:     This will take time. We must—

CHS:    [OV] [UI]

MY:     --come up with a quicker...plan.

CHS:    But you need to put a plan *together* and tell me. When-when you put your plan--

MY:     It depends how much time they want.

CHS:    When do you want the money, Mike?

MY:     *--how long they want* [UI]

CHS:    You, when do you want the money? The money is there, when you want It--when you need it. The time--as soon as you set the plan *in-in-uh*, in motion.

MY:     Me, I have to pay Monday, but--you're gonna give me *cash*? Oh, am I gonna go to the bank with [noise] 100,000, give them 200,000 in *cash*? I have to do it little by little.

CHS:    But I know, I understand. But what I understand, I told you that the sooner you come up with the plan for me, the sooner I can give it to them. Because with them, if I don't have a good plan, they aren't going to give me the money. I'm telling you right now. And they told me, "*Make us a good plan.*" Because we--our interest in this is so that they

Case: ██████████
CD:        1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

wash their money. They're-they're-they're-they're gangsters, Joe.

MY:    But when-when you give the money back to them, do you give it to them by check or how do you give it to them?

CHS:   Sometimes I give it to them by check; sometimes I give [noise] my debit card. I told you, sometimes, they give me a car that I sell. The last time they sold me a boat; I don't even know where the boat is...with the *title*. But that's the way I was able to give back to them quickly; it was 100,000. Now, we're talking about 200-250,000 dollars in one--not even two months cous'. How am I going to--if someone comes to check out my *bank* account, what am I going to do? Every month, they're going to tell me "It coming from my-my cousin who's hitting me up with 200,000 dollars in one month."

MY:    That's fast, Joe.

CHS:   200,000 dollars in a month, cous'? It is sure; if even I was even i-i-in Vegas, I wouldn't make 200,000 in a club.

MY:    You divide. You do different accounts.

CHS:   You know it's-this isn't a small thing that you're doing, cous'. You have to-to do this for me fast because I'm going to deposit that in my account every week, Joe. *From negative*—I'm going to go *from negative*— *because* I'm going to open the account with nothing—from 100 dollars, and in one day I'll start getting 10,000, 10,000, 10,000, hey cous', don't you think that that will--

MY:    But that's it, that's time! [Noise] You can't do this in one shot. If you do this--

CHS:   *Okay, so what's the time?*

MY:    --32,000 per week.

CHS:   The *timeframe*, cous'.

MY:    35,000 per week that makes [noise] damn, six months, it's a long time! [snorting]

Case:

CD:         1D-153

Session:    S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:    And you want to-you're going to take 10% on the side from that, you're going to take 10-10,000 dollars to-to-to take [noise] the money, or you are not going to take anything like last time?

MY:     No, I'm going to give it to you. [noise]

CHS:    So you're not going to take a percentage from this?

MY:     I'm giving it to you. No. [Noise]

CHS:    OK; OK, so it's 5%; I just need 5,000, that's all. I'll tell them that their *fee*-your *fee* is 5,000, Joe. Last time did you charge a *fee*? Do you want to take 10,000 or do you want to take 5,000? That's what I told you.

MY:     You take the *fee*; I need money. If I didn't need it, I wouldn't have told you [noise], I'd have said OK.

CHS:    I know, cous'.

MY:     I'm the one who came to you.

CHS:    OK.

MY:     Go-go-go ahead. *I'm going to find you a good plan.*

CHS:    You're going to call me? How am I going to know when the—what the plan is? I can't tell them the plan until you give me one!

MY:     I already gave you one plan.

CHS:    But, cous', you have to give me a plan so I can go. *I'm not going to* [UI] *uh...*

MY:     This is--that depends, but you-you said—*you're not-you're not telling me how long.*

CHS:    *Cous', because you're not offering me the-the terms...* I have to know *the terms, cous'!*

MY:     32 per month.

Case:

CD:        1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:    OK.

MY:     Huh?

CHS:    Hey, give me a piece of paper so I can remember all of this, Joe. I can't remember.

MY:     If it's… [noise] If it's like that, if you-if you want we find-I find another—

CHS:    32 per month, I, cous', how many months does it mean, Joe?

MY:     I told you six months.

CHS:    32--six months!

MY:     Yeah.

CHS:    Pfuhh, fuck, they won't accept that.

MY:     OK, so uh—

CHS:    Disregard—

MY:     —so we have to find another solution.

CHS:    Yes, you have to find me a solution...

MY:     OK, we do-we do 64--

CHS:    I'm watching...

MY:     —64 per month because that makes three months.

CHS:    64 what? 64,000 per month?

MY:     Yeah. That—

CHS:    [OV] How are you going to do that?

MY:     That makes three months.

Case:
CD:         1D-153
Session:    S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:        OK, three months.

MY:         2,000 per club.

CHS:        *That's-that's-that's*—Yeah, it's possible.

MY:         You'll have to open a business.

UF:         [Coughing]

CHS:        That—-I'm going to go to the—[UI] *take uh what*—*take*-pay 11 dollars
            and do a *D.B.A.*, right?

MY:         Hmm.

CHS:        All of that, I need to do all of that today, and I have *doctor appointment*
            [sic] at the doctor's; my son hasn't slept these last two days—at- at Far
            West, at the clinic.

MY:         Hmm?

CHS:        I have to go the clinic at 1:30 and then I need to go get you the money.
            You have to give me a plan, cous', so that when I sit down—

MY:         [UI] I said-I-I told you, tell them it'll take three--for three months.

CHS:        *OK, I won't pay* [UI].

MY:         60,000 per month.

CHS:        OK, now, [noise] when the guy--the guys will come—-the guy—you're
            not going to--they want to meet with you, you don't want to do
            *introduction* with them [sic]? Have a coffee and [UI]?

MY:         Ohhh. We can have a coffee, yeah.

CHS:        To the club! I'll bring them to the club, they drink a beer, you buy them a
            bottle.

MY:         Yeah, [UI] they want [noise]

Case:          ████████████
CD:            1D-153
Session:       S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


CHS:      That's it!

MY:       [UI].

CHS:      You don't have to sit down with them! It's Mike—just like you did last
          time, "Hi, I'm Mike." That's it, Joe.

MY:       Uh-huh.

CHS:      That's all. I brought money back, cous'. But-but it's—but the guys too--
          do me a favor [noise], I'll make money [UI] them. [Noise] I don't know
          cous'. I'm going to go get the stuff, I'll say this. If they don't acce—
          "Okay, well, this is two plan [sic]. You have one for six months; you
          have one for three months." Is this true or not?

MY:       Yeah.

CHS:      And if they don't accept either one, what's the *back-up*? [Noise]

MY:       *No, just* tell them three months.

CHS:      OK.

MY:       Not six months.

CHS:      The-the 30-36,000 then?

MY:       64, that's it… 60

CHS:      60? No, 2,000 [UI]

MY:       65,000.

CHS:      Sixt—no cous'.

MY:       64,000.

CHS:      64,000. Huh? Times three months. A month.

UF:       [Coughing]

Case:         ▮▮▮▮▮▮▮▮▮
CD:         1D-153
Session:   S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:      OK, if-if now they say, "*Well, we want it in two months.*" What should I do?

MY:       OK.

CHS:      Are you going to find another solution? OK, now, how am I going to open the company? [Noise] I have to do all that.

MY:       Huh?

CHS:      I have to go—How-but I open the company? Why am I opening the company? *For what*? But I've already got a company.

MY:       [UI]

CHS:      My father's company, the *Caroline Express*. I give-I go [UI], I get it going again, I pay the *fee* to—

MY:       [OV] That's better.

CHS:      —to open the name, that's it. The name is already established; *I just have to pay the*—

MY:       Is it in your father's name?

CHS:      It's a name of—uh *D.B.A...*

MY:       Yeah, your problem is over, Joe. [Noise]

CHS:      Yeah.

MY:       Your father is [UI].

CHS:      *Caroline Express*—it's what we were *cleaning* the apartments with my father [sic]. But I haven't used the company for a long time, Joe.

MY:       So what? It's in your father's name?

CHS:      But I don't know if the *D.B.A.* is still good. [UI]

MY:       [OV] How are you going to open—

Case: ████████████
CD:      1D-153
Session: S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.

CHS:     [UI] *check it.*

MY:      —how are you going to open an account if your father's not here?

         [Knocking]

CHS:     How did I go get the *title* to my car without my father here? I have *a power of attorney.*

MY:      [UI] you put that in your account—your father—you take your father off, he he's not even here.

CHS:     Yeah. But I won't even use my father because—

MY:      [OV] They'll never [UI].

CHS:     —my dad is Hamad Yassine, Anouar Yassine [noise]; I'm Hamad Nour Yassine.

MY:      [UI] going to open—[UI] going to open an account and leave it open. Just like me, I have an account in my father's name.

CHS:     Hey OK huh yeah, but the old man--your old man is different case Joe. He's not my old man. [Laughs] [Pause] So what should I do? I'm going-I'm going--how do I check to see if the company is still open? Do I *check* the *D.B.A? I go to that place right there. Whatever it is, and pay the 11 dollars? I tell them I want to check if my company's name is still available or no?*

MY:      Uh-huh.

CHS:     Because if it's *still there,* I [UI] I—

MY:      [OV] [UI] *Guadeloupe,* there is one on *Guadeloupe.*

CHS:     *Yeah, but I never paid the taxes on those.* On the accounts—

MY:      [UI]

CHS:     —on the *cleaning.*

Case:          ████████████
CD:            1D-153
Session:       S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


MY:     It doesn't mean anything.

        [Pause]

CHS:    So, I'm going to get the stuff, cous'. [Pause]

MY:     *I mean* you're stubborn huh?

CHS:    But I-I'm giving it some thoughts, cous'. I don't think—I-I-I'm thinking.
        I-I'm leaving to go to [UI]—first to your brother's in *Riverside,* Joe. I'm
        going to go—I told you cous', I'm going to go to the hospital and then
        I'll go get the [UI].

MY:     *Riverside?*

CHS:    Yeah, at the-the-at the *house, Riverside house.* He's building a *fence.*

MY:     Oh yeah?

CHS:    Yeah, he has-he wants to rent the house.

MY:     He's going to rent.

CHS:    [Noise] Joe, your-your brother, he has-he has—he is another case, Joe.

        [Noise]

MY:     He wants to rent...

CHS:    [Noise] [UI] *take care-he doesn't take care of himself.*

MY:     [Noise] [UI] *uh, from drink, uh cigarettes--*

CHS:    [OV] What *drink, cous'? He goes to bed at 10. First of all, his kidney is
        hurting; it's been through it two weeks.* He's *on Vicodin huh? Vicodin
        that absorbs all the fluid out of your body. And he doesn't drink any
        water* [UI]. *He's-he's not-he's not healthy, cous'. He needs to go to a
        hospital and take care of his thing.* [UI] I don't know [UI]

        [Noises]

Case:          ▮▮▮▮▮▮▮▮
CD:            1D-153
Session:       S2-2, Monday, December 07, 2010. From 11:49:45 to 12:10:52.


MY:            You're gonna bring it today?

CHS:           That's my plan, cous'.

MY:            Go get it.

CHS:           I'm gonna do it because I need the money.

               [Noise]

MY:            [UI]?

CHS:           I have 200 dollars on me [UI].

MY:            [UI]?

CHS:           Answer my call, please, cous'. [Noise] Bye.
               [Noise] How do we get out of your-your *fortress*?
               [Noise and door closing]

               [End of Session]