```
 1                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                        AUSTIN DIVISION

 3   UNITED STATES OF AMERICA  ) Docket No. A 12-CR-105(3) SS
                               )
 4   vs.                       ) Austin, Texas
                               )
 5   HADI ALI YASSINE          ) January 25, 2013

 6
                        TRANSCRIPT OF SENTENCING
 7              BEFORE THE HONORABLE SAM SPARKS

 8

 9   APPEARANCES:

10   For the United States:      Mr. Gregg N. Sofer
                                 Assistant U.S. Attorney
11                               816 Congress Avenue, Suite 1000
                                 Austin, Texas 78701
12

13

14   For the Defendant:         Mr. E.G. Morris
                                 608 West 12th Street, Suite B
15                               Austin, Texas 78701

16

17   Court Reporter:            Ms. Lily Iva Reznik, CRR, RMR
                                 501 West 5th Street, Suite 4153
18                               Austin, Texas 78701
                                 (512)391-8792
19

20

21

22

23

24

25   Proceedings reported by computerized stenography, transcript
     produced by computer.
```

10:16:10  1          THE COURT:  Mr. Morris, if you and Mr. Yassine will

10:16:15  2  come forward, please.

10:16:26  3          State your name, please, sir, and your birth date.

10:16:28  4          THE DEFENDANT:  Hadi Yassine, July 4, 1976.

10:16:32  5          THE COURT:  Mr. Yassine, before I sentence you, you

10:16:35  6  have the right to say anything that you wish.  You're not

10:16:38  7  required to say anything, but you have that right.  I'll be glad

10:16:40  8  to listen to you.

10:16:43  9          THE DEFENDANT:  Yes, your Honor.

10:16:52  10         Your Honor, this past year, I was faced with the worst

10:16:57  11 experience of my life, and since then, so much has changed.

10:17:03  12 Also, something amazing happened.  I'm experiencing something now

10:17:07  13 that I never have before.  What my wife and I have tried for a

10:17:12  14 year and a half finally happened.  We were expecting our first

10:17:17  15 child.  We will have wished under different circumstances, but we

10:17:23  16 are ectatic it finally happened.  Hazen Michael was born.  Due to

10:17:31  17 all the stress, we almost lost our son in the events of many

10:17:34  18 complications my wife was having during pregnancy.  I was very

10:17:39  19 fortunate to be out on bond and be able to take care of Ashley.

10:17:42  20 I would like to say thank you for making that possible.

10:17:47  21         My son was born two months premature, spending 36 days

10:17:52  22 in the NICU, and is now monitored regularly by his pediatrician.

10:18:00  23 Ever since my son was born, I have never felt more peace about

10:18:04  24 life.  I get to say I'm a dad.  My wife has also been under a

10:18:13  25 doctor's care and is being treated for depression, anxiety and

10:18:18  1  severe stress.  I'm not mad nor angry, or even wanting to blame

10:18:26  2  anyone else for this happening.  Every day that I get to spend

10:18:29  3  with Ashley and him has been a blessing.  Ashley and Hazen are

10:18:37  4  all I have, sir.  I would have been the saddest person on Earth

10:18:42  5  if I was not able to be there for them and watch Hazen grow up as

10:18:48  6  I have in the past three months.

10:18:50  7          They need me just as I need them.  Just the idea of how

10:18:55  8  they would get by on a daily basis without my help scared me to

10:18:59  9  death.  I can't stop thinking about who will hold my wife's hand

10:19:04  10  during the hard times, or either for Hazen when he cries.  Ashley

10:19:11  11  has me now to pass him on to when she needs a break.  She needs

10:19:16  12  my help, your Honor.  I've learned so much from this and realize

10:19:21  13  how things could change so quickly.  My view on life has

10:19:25  14  completely changed now, now that I have my son in my life.

10:19:30  15          I've learned many things throughout this ordeal.  I've

10:19:33  16  learned how important the parent's job really is; also, how every

10:19:38  17  step I take as a family man calls for an extra careful decision

10:19:42  18  and the right one as it could hurt me and, most importantly, my

10:19:46  19  loved ones.  My heart aches for my wife and I would be grateful

10:19:52  20  to be able to raise my son with her as she tends to forget about

10:19:56  21  herself, since she's such a devoted mother.

10:20:02  22          I have quit drinking.  And I hope that the Court will

10:20:05  23  grant me probation so that I could continue to support and be

10:20:09  24  there with my family.  If given the chance, I will abide by every

10:20:15  25  term of probation 100 percent as I have with this year from

10:20:22  1  Pretrial.  Thank you for this opportunity to speak.  And I'm

10:20:24  2  hopeful that this can give you a better insight of me personally,

10:20:28  3  your Honor.

10:20:30  4          THE COURT:  Yes, sir.  Mr. Morris.

10:20:32  5          MR. MORRIS:  First thing, your Honor, is housekeeping.

10:20:35  6  Your ruling on the relevant conduct encompassed several of my

10:20:41  7  objections, but I want the record to be clear.  I believe you

10:20:44  8  overruled my objection as to inclusion of the funds from June

10:20:49  9  21st into relevant conduct.

10:20:51  10          THE COURT:  On which one?

10:20:52  11          MR. MORRIS:  June 21st of 2009.

10:20:56  12          THE COURT:  No.  I didn't -- I sustained that objection

10:21:00  13  as well as the million dollars.  I placed nothing on Mr. Yassine

10:21:09  14  before the date of the conspiracy.

10:21:12  15          MR. MORRIS:  That would --

10:21:13  16          THE COURT:  I placed it on Mike, because he was found

10:21:17  17  guilty of the substantive count of laundering to calculate his

10:21:28  18  guidelines.  But I did not on Hadi Yassine.

10:21:32  19          MR. MORRIS:  I understood you to say that you found the

10:21:35  20  amount that he's responsible for to be $188,000?  Is that

10:21:44  21  correct?

10:21:44  22          THE COURT:  Yes.  That's 90,000, 90,000 and the $8,000.

10:21:48  23  That was within the conspiracy.

10:21:50  24          MR. MORRIS:  The second 90,000 would be the

10:21:52  25  transaction, I believe, on June 24th.

| | | |
|---|---|---|
| 10:21:55 | 1 | THE COURT:  That's true, and I included that.  And I |
| 10:22:00 | 2 | came close to including another 90,000 on that because of the |
| 10:22:04 | 3 | same ruling that I did on the other, but I didn't. |
| 10:22:11 | 4 | MR. MORRIS:  I understand your ruling.  The point is -- |
| 10:22:13 | 5 | THE COURT:  And so, I overrule your objection on June |
| 10:22:18 | 6 | the 24th, 2009.  That's one of those no good deed ever gets |
| 10:22:25 | 7 | unforgiven because I could have easily put another 90,000 on Mr. |
| 10:22:30 | 8 | Yassine on that day when his brother said, "I want another |
| 10:22:35 | 9 | hundred." |
| 10:22:35 | 10 | MR. MORRIS:  I just want to make sure the good deed was |
| 10:22:38 | 11 | clear on the record, your Honor. |
| 10:22:38 | 12 | THE COURT:  Well, I think it's clear now. |
| 10:22:41 | 13 | MR. MORRIS:  I've asked in my sentencing memorandum |
| 10:22:46 | 14 | that the Court consider a sentence based on 18 U.S.C. 3553 and |
| 10:22:52 | 15 | basically a variance to the guideline range the Court's found. |
| 10:22:57 | 16 | I've pointed the Court to three categories of issues for the |
| 10:23:02 | 17 | Court to consider under that statute.  The first is Hadi |
| 10:23:08 | 18 | Yassine's role in the offense.  That would be the circumstance -- |
| 10:23:10 | 19 | nature and circumstances of the offense.  I'll be brief with that |
| 10:23:14 | 20 | because the Court has certainly sat through this trial as we all |
| 10:23:18 | 21 | have. |
| 10:23:18 | 22 | The Court is aware that "Mo" Yassine approached Hadi |
| 10:23:27 | 23 | Yassine to try to get him involved in the drug deal.  It was |
| 10:23:29 | 24 | obvious from the conversation back and forth with Hadi Yassine |
| 10:23:35 | 25 | didn't want anything to do with that.  He played some small part |

10:23:38  1   in getting a price for a kilo quantity and then, refused to go

10:23:42  2   forward with setting up the deal.  There is no indication that

10:23:47  3   Hadi Yassine actively sought to get involved in a

10:23:51  4   money-laundering offense.  His role in the offense was not to

10:23:56  5   plan, execute, design the offense.

10:24:00  6          The evidence reflected that he may have gotten some

10:24:03  7   money on October the 10th, and that he got some unspecified sum

10:24:08  8   of money on April 30th.  There were sums of money that were

10:24:11  9   deposited in his accounts, but there's no evidence that that was

10:24:14  10  the money that was involved in the money-laundering transactions.

10:24:18  11  You can tell from the conversations where Hadi was present when

10:24:23  12  some of the details were discussed, but he wasn't paying any

10:24:29  13  attention.  He would repeat some of the details.  He would get

10:24:31  14  them wrong.  He was certainly not a big player in this offense.

10:24:38  15         But moving on to the next point, the circumstances of

10:24:44  16  Hadi Yassine.  I've included as exhibits in the sentencing

10:24:48  17  memorandum information concerning the medical condition of Mr.

10:24:52  18  Yassine's son.  He was born two months premature.  He has ongoing

10:24:57  19  medical needs.  His mother and Hadi attended those needs up until

10:25:04  20  now.

10:25:05  21         She doubts that her -- Hazen's physician doubts that

10:25:10  22  she's going to be able to continue to do that alone.  Her

10:25:13  23  fallback position is to ask her parents to help her.  Her father,

10:25:18  24  as the Court notes, has been diagnosed with Stage IV colon

10:25:23  25  cancer.  Anytime, you know, I bring something like this up, I

| | | |
|---|---|---|
| 10:25:27 | 1 | know I'm inviting the response of, you know, that's using Hazen's |
| 10:25:35 | 2 | condition to try to benefit Hadi.  But what else would a father |
| 10:25:39 | 3 | do in this circumstance than to ask his lawyer to present this |
| 10:25:44 | 4 | information to you and ask you to take that in consideration, and |
| 10:25:49 | 5 | look at his unique circumstance, the unique circumstance that |
| 10:25:53 | 6 | he's needed to take care of his son.  That his son has this |
| 10:25:59 | 7 | special need, and that there is a sentence that the Court can |
| 10:26:03 | 8 | assess under 3553 that will meet all of the other goals of that |
| 10:26:08 | 9 | statute which would allow Mr. Yassine to care for his son. |
| 10:26:13 | 10 | I've asked the Court to consider either a split |
| 10:26:16 | 11 | sentence or a sentence of probation to allow Mr. Yassine to take |
| 10:26:20 | 12 | care of his son.  But his situation with his son, I think, says |
| 10:26:28 | 13 | more about his circumstances or who Hadi Yassine is other than |
| 10:26:31 | 14 | just he needs to take care of his son.  What the Court's heard |
| 10:26:38 | 15 | during the trial is basically the criminal conduct.  The Court |
| 10:26:40 | 16 | didn't hear much else about Hadi Yassine. |
| 10:26:42 | 17 | There's various ways to judge someone's character, |
| 10:26:46 | 18 | various things we look for.  Among those ways, I'd submit to the |
| 10:26:49 | 19 | Court, that we might agree on is to look to see how a man treats |
| 10:26:54 | 20 | his family, how he steps up when they need him in a circumstance |
| 10:27:02 | 21 | such as Mr. Yassine was presented with.  How he was going to the |
| 10:27:05 | 22 | hospital at night during the trial to be with his wife, how he |
| 10:27:09 | 23 | sat with her, sat with his son.  The letters reflect that when |
| 10:27:12 | 24 | her father was sick, he comforted the family during that |
| 10:27:17 | 25 | circumstance.  I think that says a lot about Mr. Yassine. |

| | | |
|---|---|---|
| 10:27:20 | 1 | There's a third circumstance that I'd ask the Court to |
| 10:27:23 | 2 | take into account in assessing the sentence under 3553 is what's |
| 10:27:28 | 3 | happened in the other cases that were involved in this |
| 10:27:31 | 4 | investigation.  Steve Yassine was indicted along with Hadi |
| 10:27:36 | 5 | Yassine.  Of course, he was found not guilty of the |
| 10:27:39 | 6 | money-laundering case.  But the evidence in the trial showed that |
| 10:27:42 | 7 | he was, in fact, guilty of actual drug deliveries, and at least |
| 10:27:48 | 8 | one of those deliveries involved a firearm taken in trade, I |
| 10:27:52 | 9 | believe it was, for some of the drugs. |
| 10:27:55 | 10 | Steve Yassine negotiated a deal for a year and a day, |
| 10:28:01 | 11 | even though what he pled to was dealing drugs.  Actually dealing |
| 10:28:05 | 12 | with drugs.  What may be more analogous to this particular case |
| 10:28:10 | 13 | would be Ms. Ruales' case.  The Court heard a lot of evidence of |
| 10:28:15 | 14 | her involvement.  She was very involved.  She wrote the checks. |
| 10:28:18 | 15 | She suggested how the checks were to be made out, who they should |
| 10:28:21 | 16 | be made out to on the phone.  She coordinated meetings between |
| 10:28:25 | 17 | "Mo" Yassine and Mike Yassine.  She was very involved.  I don't |
| 10:28:34 | 18 | know exactly what's going to become of her because her |
| 10:28:39 | 19 | proceedings are sealed.  The Court knows. |
| 10:28:39 | 20 | THE COURT:  She hasn't been sentenced.  And, of course, |
| 10:28:41 | 21 | Mr. Yassine, Steve Yassine has an agreement with the government |
| 10:28:47 | 22 | was that he waived all objections and was to be deported |
| 10:28:52 | 23 | following his last day in confinement.  That was a pretty tough |
| 10:28:58 | 24 | sentence for anybody. |
| 10:29:01 | 25 | MR. MORRIS:  But with conviction that Mr. Yassine |

| | | |
|---|---|---|
| 10:29:04 | 1 | received in this case, that's an aggravated felony.  It's not |
| 10:29:09 | 2 | discretionary whether he's deported unless the government drops |
| 10:29:19 | 3 | the ball somewhere. |
| 10:29:19 | 4 | THE COURT:  I'm not going to comment on the immigration |
| 10:29:23 | 5 | court. |
| 10:29:24 | 6 | MR. MORRIS:  Ms. Ruales hasn't been sentenced yet, but |
| 10:29:28 | 7 | I suspect that part of the agreement is going to be for a much |
| 10:29:31 | 8 | less sentence than the guideline range that Hadi Yassine's |
| 10:29:34 | 9 | facing. |
| 10:29:34 | 10 | THE COURT:  May well be.  I don't know.  I don't know |
| 10:29:36 | 11 | the extent of anything about that.  I have not seen anything. |
| 10:29:41 | 12 | But it is scheduled. |
| 10:29:42 | 13 | MR. MORRIS:  Mr. Faiq, if I'm pronouncing that |
| 10:29:44 | 14 | correctly, ran off, jumped bond.  I understand that failed a |
| 10:29:53 | 15 | urine analysis and was caught, brought back to court.  He was |
| 10:29:57 | 16 | indicted for -- the most serious thing he was indicted for was |
| 10:30:03 | 17 | conspiracy to deliver in excess of five kilograms of cocaine. |
| 10:30:06 | 18 | That is a minimal ten-year sentence, maximum of life. |
| 10:30:12 | 19 | From looking at the Court's docket, it looks as though |
| 10:30:14 | 20 | voir dire actually began in his trial, and he pled for a |
| 10:30:21 | 21 | misprision of a felony, which is a statutory maximum of three |
| 10:30:24 | 22 | years.  Whatever the Court decides the guideline range is, that's |
| 10:30:28 | 23 | the most he's going to get. |
| 10:30:32 | 24 | When we look at disparity in sentencing, I'm not sure |
| 10:30:37 | 25 | exactly what that means, but it must surely mean that if someone |

10:30:42  1  outside of this courtroom were to look at the conduct that both

10:30:46  2  of these gentlemen were charged with engaging in, and looked at

10:30:52  3  Mr. Faiq's sentence and said, well, he's going to get a maximum

10:30:55  4  of three years, he ran off, he failed the UA, is it fair that

10:30:59  5  Hadi Yassine should get more than that?  I'd submit to the Court

10:31:03  6  it's not fair.

10:31:03  7          THE COURT:  Well, there's not anything fair at all, Mr.

10:31:08  8  Morris, about the sentencing guidelines.  It makes no sense at

10:31:12  9  all, but it's the law.  You and I both have to abide by it.

10:31:18  10  There are individual characteristics in each of those cases that

10:31:21  11  I'm not going to go into.  Mr. Yassine had the same

10:31:25  12  opportunities, I am sure.

10:31:27  13          MR. MORRIS:  I would not disagree with you on the

10:31:30  14  guidelines, but I would point out that the guidelines have been

10:31:34  15  held unconstitutional partly for that very reason that they're

10:31:39  16  inflexible and that 3553 --

10:31:41  17          THE COURT:  Oh, I understand my discretion well.

10:31:50  18          MR. MORRIS:  I'd point out the Court can do what is

10:31:56  19  reasonable.  What I suggest is reasonable in this case would be a

10:31:59  20  sentence certainly not in excess of the statutory maximum that

10:32:01  21  Mr. Faiq is facing and taking into account the other factors that

10:32:06  22  I've pointed out.  I'd suggest to the Court that a sentence lower

10:32:10  23  than that is, in fact, reasonable and meets the requirements of

10:32:15  24  3553.

10:32:19  25          THE COURT:  Government have anything they wish to say

10:32:21  1   at this sentencing?

10:32:22  2          MR. SOFER:  Your Honor, I'd ask you to impose a

10:32:24  3   guideline sentence here.  Just briefly with respect to the

10:32:27  4   sentence disparity, the Court properly points out that there are

10:32:31  5   unique circumstances with respect to each of the cases that was

10:32:34  6   mentioned by counsel.  He is not aware of the strength of those

10:32:41  7   cases, what the defendants may or may not have done to assist the

10:32:45  8   government, and what other rights they may have waived, and the

10:32:48  9   record will speak for itself on that.  But there's no reason to

10:32:50  10  vary or depart based on his argument.

10:32:59  11         THE COURT:  Probation have anything for the record?

10:33:01  12         PROBATION OFFICER:  No, your Honor.

10:33:02  13         THE COURT:  Anybody wish to speak at this sentencing,

10:33:03  14  please come forward.

10:33:25  15         SPEAKER:  Good morning, your Honor.  I would like to

10:33:35  16  thank you for this time that I need to speak about Hadi.  I was

10:33:40  17  first introduced to Hadi several years ago because he was dating

10:33:48  18  my niece Ashley.  We had several warm conversations together, and

10:33:54  19  he acted like I was already a part of his family.  Now, he is the

10:34:03  20  wife -- he is the husband to my niece Ashley and the father to my

10:34:10  21  Hazen.  We got to talk several times before we ever got to meet

10:34:15  22  face-to-face.

10:34:18  23         But once I come to Austin for a visit, Hadi took us out

10:34:21  24  for a nice meal at a restaurant that had a patio, and all the

10:34:24  25  family was together and we sit and visited.  I watched Hadi, the

10:34:29  1  way he would look at Ashley, even when she wasn't looking, and

10:34:34  2  the love I see in his eyes for her, I was thrilled to find out

10:34:39  3  when he asked David, Ashley's dad, if he could marry her.  The

10:34:46  4  love between these two is once in a lifetime.

10:34:50  5        Hadi is a good husband and now is a good dad.  He loves

10:34:57  6  singing and dancing, even though Hazen's only three months old.

10:35:02  7  I don't want to think back to that he has to be without his dad,

10:35:10  8  without us.  Hadi's always been a very giving person, rather it

10:35:18  9  was for a charitable cause or to a family, anybody.  My life is

10:35:25  10 better because I have him in my life.

10:35:28  11       Your Honor, I really appreciate having the chance to

10:35:33  12 say a few of the many wonderful things about Hadi and his family.

10:35:37  13 I speak on behalf of all of Ashley's family with us today, and we

10:35:45  14 ask you to grant Hadi with probation or the minimum sentence

10:35:51  15 possible to keep this family together.  Thank you.

10:35:57  16       THE COURT:  Thank you, ma'am.

10:36:10  17       MRS. YASSINE:  Good morning, your Honor.  How are you?

10:36:13  18 Thank you for giving me this chance to speak to you about my

10:36:16  19 husband today.  My name is Ashley Yassine.  I am Hadi's wife.  I

10:36:21  20 have had a relationship with Hadi since late 2006.  I then

10:36:27  21 married Hadi in February of 2011, where we were finally able to

10:36:32  22 have our first child on October 1st, 2012.  Hazen Michael.  Hazen

10:36:36  23 was born at 32 weeks.  He was eight weeks premature and remained

10:36:40  24 in the care of the neonatal intensive care unit at St. David's

10:36:43  25 Medical Center for 36 days.

| | | |
|---|---|---|
| 10:36:46 | 1 | During this time, it was very hard for us.  Not only |
| 10:36:49 | 2 | was Hadi going through this trial for the case, but he was -- but |
| 10:36:52 | 3 | I was delivering our son alone, not knowing the medical |
| 10:36:55 | 4 | conditions he could be facing.  Since Hadi and I -- since Hadi |
| 10:36:59 | 5 | was not able to be at the birth, as soon as trial day one was |
| 10:37:04 | 6 | adjourned, he rushed over to meet his son and to be with me. |
| 10:37:08 | 7 | When I took Hadi down to the NICU to see Hazen for the first |
| 10:37:11 | 8 | time, he looked at him through the enclosed incubator with single |
| 10:37:14 | 9 | tears of joy and hope running down his face.  It was Hadi's |
| 10:37:17 | 10 | happiest day.  He was finally a father. |
| 10:37:21 | 11 | I take extreme pride and compassion in the relationship |
| 10:37:24 | 12 | that Hazen and Hadi have already formed.  The bond my son has for |
| 10:37:28 | 13 | his father is not one that I will be able to provide alone.  Hadi |
| 10:37:32 | 14 | has spent countless late nights up with Hazen as he suffered from |
| 10:37:36 | 15 | severe colic and reflux.  Hadi has taken the bulk of the weight |
| 10:37:40 | 16 | off my shoulders by helping me nurture our son.  He has been |
| 10:37:44 | 17 | there with me through multiple doctors' visits and remain |
| 10:37:47 | 18 | watching for Hazen as the doctors try to diagnose the health |
| 10:37:50 | 19 | conditions that I have faced. |
| 10:37:51 | 20 | I know Hadi to be a very hard-working man who is driven |
| 10:37:55 | 21 | to help out the community.  I've seen Hadi attend countless |
| 10:37:59 | 22 | number of charities.  He works hard and strives to provide for |
| 10:38:04 | 23 | our family.  In 2009, Hadi took pride in his business with Famous |
| 10:38:09 | 24 | Vodka and was pleased to be in business on his own.  The man that |
| 10:38:13 | 25 | was perceived in your courtroom, your Honor, is not the man that |

10:38:16  1  lives with me.  The man that lives with me is a family man who is

10:38:19  2  a faithful father.

10:38:21  3       I am aware of the events regarding the guilty verdict,

10:38:23  4  and I truly believe that Hadi has suffered extensively through

10:38:26  5  the past ten months.  Not only has he lost credibility in the

10:38:30  6  public eye, he is despondent for what he has put our family

10:38:34  7  through.  He is a magnificent husband and an out-of-this-world

10:38:37  8  dad.  I could not have done it without him being here these past

10:38:42  9  three months.

10:38:42  10       Your Honor, I would like to thank you for the chance to

10:38:46  11  have him out on bond so he could be with me.  I do not know how I

10:38:50  12  will make it if he is not here with me after today.  I have some

10:38:53  13  health issues that have came up since all the stress and

10:38:55  14  suffering.  I had an MRI, lab testing done where they were not

10:38:59  15  able to diagnose my symptoms and have now referred me to a

10:39:03  16  neurologist.  Hadi has been there to help me by providing

10:39:06  17  compassion and support.  I depend on him for taking care of us

10:39:10  18  and our home so he will have a place to live.

10:39:12  19       If Hadi is sentenced today, your Honor, to the utmost

10:39:14  20  prison term or sent away from Hazen and I to serve an extreme --

10:39:19  21  this will serve an extreme hardship for us as we are trying to

10:39:22  22  raise a son who is under constant care by physicians for his

10:39:25  23  premature birth.  I do not know how I will pay the restitution

10:39:28  24  costs and to be able to support Hazen myself if Hadi is required

10:39:32  25  to go to prison.  There will be tremendous difficulties that will

10:39:37  1  be faced by us who are the unimpeachable in this case.

10:39:40  2          If Hadi was sent away from us, I will be forced to move

10:39:42  3  back into my parents' and ask for help from them.  I do not want

10:39:45  4  to put the stress on my parents anymore.  As you've already

10:39:48  5  heard, my father was diagnosed with Stage IV colon cancer at the

10:39:52  6  same time of the indictments, which is also the beginning of my

10:39:54  7  pregnancy.

10:39:54  8          I would like for you, Judge, to grant my husband with

10:39:57  9  this probation or at least the possible sentence -- lowest

10:40:01 10  possible sentence.  I need him to be there to help me with my

10:40:04 11  family, Judge.  I believe that the loss of credentials, his loss

10:40:09 12  of vocation, and the loss of respect in the community, as well as

10:40:11 13  the freedom he had prior to indictments that were filed in March

10:40:14 14  of 2012, has affected him enough for the actions that were

10:40:17 15  brought to the attention in your courtroom.

10:40:19 16          I cannot imagine that he will ever be involved in any

10:40:22 17  illegal activity, your Honor.  I will be responsible for Hadi

10:40:27 18  Yassine.  I will make sure that he is a law-abiding citizen,

10:40:30 19  which I have no doubt that his actions forthcoming, you would

10:40:33 20  approve of greatly.  I ask that you please give permission to my

10:40:36 21  husband to reside with us and enable him to continue to care for

10:40:40 22  Hazen and I.  Thank you for giving me this opportunity to speak

10:40:42 23  to you and hope that the information given to you helps you

10:40:45 24  decide the future for my husband.

10:40:48 25          THE COURT:  Thank you for coming.

| | | |
|---|---|---|
| 10:40:50 | 1 | MRS. YASSINE:  Thank you. |
| 10:41:02 | 2 | THE COURT:  Mr. Morris, Mr. Yassine.  Anything further? |
| 10:41:18 | 3 | MR. MORRIS:  No, your Honor. |
| 10:41:22 | 4 | THE COURT:  Well, Hadi Al Yassine, I sentence you to a |
| 10:41:27 | 5 | term in the penitentiary of 60 months on Counts 1, 3 and 4 to run |
| 10:41:32 | 6 | concurrent for a total of 60 months, followed by three-year term |
| 10:41:36 | 7 | of supervised release.  As Mr. Morris indicates, you may well be |
| 10:41:43 | 8 | deported, and if you are deported, I place the conditions of 18 |
| 10:41:46 | 9 | United States Code 3583 on that supervision, which means if you |
| 10:41:51 | 10 | attempt to come back over here illegally and are caught within |
| 10:41:55 | 11 | three years of your deportation, you could be sentenced again in |
| 10:41:58 | 12 | this case, as well as any other case, for coming over here |
| 10:42:03 | 13 | illegally. |
| 10:42:03 | 14 | In the event that you are supervised here in the United |
| 10:42:08 | 15 | States by the United States Probation Department, I place the |
| 10:42:13 | 16 | mandatory requirements by the government that you will be tested |
| 10:42:19 | 17 | within 15 days of your release for the use of drugs.  You will |
| 10:42:25 | 18 | not take any illegal drugs.  You will not drink alcohol.  You |
| 10:42:28 | 19 | will be subject to drug and alcohol abuse programs in the |
| 10:42:31 | 20 | discretion of the United States Probation Department.  You will |
| 10:42:35 | 21 | be also subject to mental health evaluation and counseling, in |
| 10:42:43 | 22 | the event it's necessary, in the discretion of the United States |
| 10:42:47 | 23 | Probation Department.  You will pay what you can afford to pay on |
| 10:42:52 | 24 | those programs if you're placed in them. |
| 10:42:54 | 25 | You will provide any and all financial information of |

| | | |
|---|---|---|
| 10:43:00 | 1 | any nature, including executing a release for financial |
| 10:43:05 | 2 | information, to assist in the payment of your liability to the |
| 10:43:10 | 3 | United States, to the state of Texas, or to any judgments that |
| 10:43:13 | 4 | are rendered against you.  All other terms and special conditions |
| 10:43:23 | 5 | of the United States District Court for the Western District of |
| 10:43:30 | 6 | Texas in the standing order will be in full force and effect. |
| 10:43:32 | 7 | I'm going to fine you in this case $10,000 for each |
| 10:43:37 | 8 | count for a total of $30,000.  And I assess the mandatory |
| 10:43:49 | 9 | assessment of $100 per felony for $300, which you must pay or |
| 10:43:54 | 10 | work off at your earliest opportunity. |
| 10:43:57 | 11 | I'm going to seal the presentence investigation. |
| 10:43:59 | 12 | Nobody has the right to have any of your personal information. |
| 10:44:11 | 13 | You have the right to execute a release if you want anybody to |
| 10:44:15 | 14 | review it.  But, again, as I've indicated to your brother, don't |
| 10:44:19 | 15 | do that without calling and talking with your lawyer because I |
| 10:44:22 | 16 | don't believe that you want anybody to see contents of that.  In |
| 10:44:28 | 17 | the event of any appeal -- and I anticipate appeal in this |
| 10:44:30 | 18 | case -- it will become part of the record. |
| 10:44:38 | 19 | My final obligation to you is to give you this letter |
| 10:44:41 | 20 | that Mr. Morris will go over with you.  That is, you have 14 days |
| 10:44:45 | 21 | from today to file a notice of appeal, that is, to have Mr. |
| 10:44:48 | 22 | Morris file the notice of appeal if you wish to contest any part |
| 10:44:53 | 23 | of the jury conviction or any part of this sentence, you must |
| 10:44:58 | 24 | file the notice of appeal within 14 days, otherwise, you lose |
| 10:45:03 | 25 | that right. |

| | | |
|---|---|---|
| 10:45:05 | 1 | I will put in there that I request, but it's just a |
| 10:45:09 | 2 | recommendation.  I have no authority as to where the Bureau of |
| 10:45:12 | 3 | Prisons will put you, but I'll request that they put you in |
| 10:45:17 | 4 | Bastrop, as close to Austin as possible. |
| 10:45:19 | 5 | Anything further? |
| 10:45:20 | 6 | MR. MORRIS:  Yes, your Honor.  A couple of things. |
| 10:45:22 | 7 | The presentence report indicates that Mr. Yassine |
| 10:45:26 | 8 | around the time of the offenses was drinking excessively and has |
| 10:45:30 | 9 | had a problem over the years with drinking.  If he is eligible, |
| 10:45:33 | 10 | I'd ask that the Court recommend comprehensive drug treatment |
| 10:45:40 | 11 | program. |
| 10:45:41 | 12 | THE COURT:  Well, he's 36 years old.  That's beyond the |
| 10:45:46 | 13 | point that I'll recommended.  However, if he gets with a |
| 10:45:49 | 14 | counselor and he qualifies for the program and he sends me a |
| 10:45:52 | 15 | letter, I've never refused to approve it at that time.  But I |
| 10:45:55 | 16 | will not approve it at this time and place it in the judgment. |
| 10:46:00 | 17 | MR. MORRIS:  I ask that Mr. Yassine be allowed to |
| 10:46:05 | 18 | self-surrender.  The Court, I believe, has received a report from |
| 10:46:09 | 19 | Pretrial Services indicating he's -- |
| 10:46:11 | 20 | THE COURT:  I have received the Pretrial Services. |
| 10:46:15 | 21 | What say the government? |
| 10:46:17 | 22 | MR. SOFER:  We oppose that, your Honor, and believe the |
| 10:46:19 | 23 | defendant should be remanded at this time. |
| 10:46:27 | 24 | THE COURT:  On the basis of what?  The fact that -- |
| 10:46:30 | 25 | MR. SOFER:  The defendant has ties overseas, the same |

10:46:33  1  arguments we made for detention at a lengthy hearing.

10:46:36  2          THE COURT:  They let him out at the time he was

10:46:43  3  convicted because of personal circumstances.

10:46:46  4          If you'll give me your word that you will stand by the

10:46:51  5  conditions of your bond, I'll allow you to voluntary surrender

10:46:56  6  when the marshals contact you.  It's kind of an obvious thing.

10:47:05  7  You've already had one person take off.  You have the ability to

10:47:10  8  live anywhere in the world, your languages and family.  On the

10:47:17  9  other hand, if you're serious and if your wife is serious about

10:47:21  10 trying to care for that baby, I'll allow you to do that.  But you

10:47:27  11 will have to abide by all of the rules that you are doing it, and

10:47:34  12 you'll have to give me your word that you'll abide by them.

10:47:36  13         THE DEFENDANT:  Absolutely, your Honor.

10:47:37  14         THE COURT:  All right.  Then you will --

10:47:39  15         THE DEFENDANT:  Thank you.

10:47:40  16         THE COURT:  You will report when and where the United

10:47:43  17 States Marshal tells you.

10:47:44  18         MR. MORRIS:  Lastly, your Honor, as I'm required to do

10:47:48  19 to the effect --

10:47:48  20         THE COURT:  Won't embarrass me for people to object to

10:47:51  21 my rulings.  I'll feel left out, Mr. Morris.

10:47:56  22         MR. MORRIS:  I'll make them particularly long then,

10:47:58  23 your Honor.

10:47:58  24         THE COURT:  Good.

10:47:59  25         MR. MORRIS:  Object that the sentence is procedurally

10:48:02   1   unreasonable and substantively unreasonable, specifically because

10:48:06   2   the sentence does not adequately take into account disparity of

10:48:10   3   sentencing with other defendants involved in these cases.  The

10:48:15   4   circumstances of the offense as I've outlined in my argument and,

10:48:20   5   also, the circumstances of Mr. Yassine's home life, his need to

10:48:27   6   care for his son.

10:48:28   7            THE COURT:  Well, for the record, I have carefully

10:48:30   8   looked at Mr. Yassine's earlier life before he met his present

10:48:36   9   wife, and the dissimilarity in sentences all have both factual

10:48:47  10   and legal significance, and those objections are overruled.  I

10:48:54  11   sustained the objection that he was not the organizer of this

10:49:04  12   activity.  He participated in it.  He got in it.  To make the

10:49:10  13   argument, for the record, that he was less culpable than anybody

10:49:14  14   other than his brother is a ridiculous argument, and the

10:49:18  15   objections are overruled.

10:49:21  16            But I will allow him on bond because of the condition

10:49:24  17   of his son and his wife's parents.  Anything further?

10:49:28  18            MR. MORRIS:  No, your Honor.

10:49:29  19            THE COURT:  All right.  We'll take a five-minute recess

10:49:32  20   and I'll take up the next case.

          21            (End of proceedings.)

          22

          23

          24

          25

1                          * * * * * *

2

3

4    UNITED STATES DISTRICT COURT)

5    WESTERN DISTRICT OF TEXAS    )

6

7        I, LILY I. REZNIK, Official Court Reporter, United States

8    District Court, Western District of Texas, do certify that the

9    foregoing is a correct transcript from the record of proceedings

10   in the above-entitled matter.

11       I certify that the transcript fees and format comply with

12   those prescribed by the Court and Judicial Conference of the

13   United States.

14       WITNESS MY OFFICIAL HAND this the 8th day of April, 2013.

15

16

17                                /S/ Lily I. Reznik
                                  LILY I. REZNIK, CRR, RMR
18                                Official Court Reporter
                                  United States District Court
19                                Austin Division
                                  501 W. 5th Street, Suite 4153
20                                Austin, Texas 78701
                                  (512)391-8792
21                                Certification No. 4481
                                  Expires:  12-31-14
22

23

24

25